Page 1

1          IN THE UNITED STATES DISTRICT COURT

2             NORTHERN DISTRICT OF ILLINOIS

3                  EASTERN DIVISION

4    DAVID OSTRINSKY,              )

5              Plaintiff,          )

6        vs.                       ) No. 1:2015cv01545

7    BLACK & DECKER (U.S.),        )

8    INC.,                         )

9              Defendant.          )

10

11

12          The deposition of MITCHELL KUSHNER,

13   called for examination pursuant to the Rules of

14   Civil Procedure for the United States District

15   Courts pertaining to the taking of depositions,

16   taken before WENDY A. KILLEN, CSR Number 84-003772,

17   a Certified Shorthand Reporter in the State of

18   Illinois, at 233 South Wacker Drive, Suite 6100,

19   Chicago, Illinois, on December 10, 2015, at the

20   hour of 10:14 a.m.

21

22

23

24

Page 2

1 APPEARANCES:

2     MATHYS & SCHNEID, by

3     MR. MARK T. SCHNEID

4     1730 Park Street, Suite 209

5     Naperville, Illinois 60523

6     (630) 428-4040

7     mts@mathyslaw.com

8       Appeared on behalf of the Plaintiff;

9

10     WILLIAMS, MONTGOMERY & JOHN, LTD., by

11     MR. JORDAN D. SHEA

12     233 South Wacker Drive, Suite 6100

13     Chicago, Illinois 60606

14     (312) 443-3200

15     jds@willmont.com

16       Appeared on behalf of the Defendant.

17

18

19

20

21

22

23 Reported by: Wendy A. Killen, CSR

24 License No.: 084-003772

---

Page 3

1         I N D E X

2 WITNESS              EXAMINATION

3 MITCHELL KUSHNER

4     By Mr. Shea.......................4, 106

5     By Mr. Schneid.........................96

6

7

8

9

10

11

12        E X H I B I T S

13 NUMBER            MARKED FOR ID

14 Kushner Deposition

15     Exhibit No. 1..........................4

16     Exhibit No. 2..........................4

17     Exhibit No. 3.........................52

18

19

20

21

22

23

24

---

Page 4

1       (Whereupon, Kushner Deposition

2       Exhibit Nos. 1 and 2 were

3       marked for identification.)

4       (Whereupon, the witness was duly

5       sworn.)

6       MITCHELL KUSHNER,

7 having been first duly sworn, was examined and

8 testified as follows:

9       EXAMINATION

10 BY MR. SHEA:

11     Q. Sir, could you please state and spell your

12 full name for the record?

13     A. Yes, sir. My first name is Mitchell,

14 M-i-t-c-h-e-l-l, middle initial S, last name is

15 Kushner, K-u-s-h-n-e-r.

16     MR. SHEA: Let the record reflect that this is

17 the deposition of Mitchell Kushner taken pursuant

18 to notice and set for today's date by agreement of

19 the parties. Let the record further reflect this

20 deposition will proceed pursuant to the Federal

21 Rules of Civil Procedure and any other applicable

22 local rules.

23 BY MR. SHEA:

24     Q. Mr. Kushner, I understand you've given

---

Page 5

1 some depositions before?

2     A. Yes.

3     Q. I will dispense with the usual rules.

4     Do you have any questions before we begin?

5     A. No, sir.

6     Q. We are going to start with your

7 background.

8     Could you please tell us who you are

9 employed by?

10     A. I am employed by the Office of the

11 Illinois State Fire Marshal.

12     Q. And how long have you been with the

13 Illinois State Fire Marshal?

14     A. I've been with them in different

15 classifications or employment. I will start at the

16 beginning. Does that sound good?

17     Q. That sounds great.

18     A. From June of 1987 to March 3rd of 1989, I

19 was employed as a clerk in the same agency.

20     Q. Sure.

21     A. From March 3rd of '89 until September 18th

22 of '89, I was an arson investigator trainee.

23 September 18th of 1989 until present -- or actually

24 until -- yeah, probably until present -- I'm an

---

2 (Pages 2 - 5)

1 arson investigator. My first title was an Arson
2 Investigator I. And now because I'm a K-9 handler
3 as of '92, but it was a few years after that, so
4 roughly '94 I became an Arson Investigator II,
5 which is just a classification for pay and for job
6 title I guess you would call it.
7    Q.   And does an Arson Investigator II always
8 work with a K-9? Is that what the title signifies?
9    A.   No.
10    Q.   Could you explain what the difference
11 between I and II is?
12    A.   What happens is is I is an investigator
13 and II could either be a K-9 handler, a lead
14 worker, a range officer, or something other than a
15 little bit more -- how do I say -- not
16 responsibility, but something added to being a I.
17    Q.   Sure. Understood.
18         Did you graduate high school?
19    A.   Yes, sir.
20    Q.   And what year did you graduate high
21 school?
22    A.   1980.
23    Q.   What high school is that?
24    A.   Mather High School in Chicago.

1    Q.   Between 1980 and 1987, did you have any
2 employment that in any way touched on fire
3 investigation?
4    A.   Yes, sir.
5    Q.   What did you do out of high school?
6    A.   Out of high school I joined the United
7 States Air Force Reserves. Actually, that was in
8 high school. I delayed entry for six months,
9 though.
10         I went to basic training at Lackland Air
11 Force Base on August 25th of 1980. I graduated
12 roughly October -- whatever six weeks and one day
13 after that was. Weekends don't count.
14         From there, I went to Chanute Air Force
15 Base for fire school to become a firefighter in the
16 United States Air Force Reserves.
17         If I'm going too fast, let me know and
18 I'll try to slow down.
19         When I came back from the Air Force
20 Reserves, it was roughly December of 1989 -- I'm
21 sorry -- 1980. I went to Oakton Community College
22 in Des Plaines for some fire science courses to
23 start working on my associate's degree in fire
24 science.

1    Q.   Did any of those courses at Oakton
2 Community College address fire cause and origin
3 investigation?
4    A.   No. But you have to start off with a
5 foundation to start building up for your
6 Firefighter II. Then once you are a Firefighter
7 II, then you can take the fire investigation class
8 and be certified. That's why I'm kind of building
9 the foundation.
10    Q.   Sure. Did you at some point become a
11 firefighter first?
12    A.   Yes.
13    Q.   Where and when was that?
14    A.   In 1983 I was a federal firefighter at the
15 Naval Air Station Glenview. I was there until
16 1987. That's where I left to become with the Fire
17 Marshal's Office in 1987.
18    Q.   When you were on the base in Glenview, did
19 you have investigation responsibilities?
20    A.   No. But in 1985 is when I attended the
21 Fire Service Institute Modules. Those were the
22 three modules that were the basic fire
23 investigation class. You had to be on the job
24 somewhere to go to the module. You had to be on

1 the job somewhere to go to the modules. You've got
2 to wait until you're on the job and they sent you
3 to the modules. They were in Flossmoor, if that
4 matters. In 1985 they were in Flossmoor.
5    Q.   So I'm going to ask you in a few minutes
6 about certifications, training, things like that,
7 but I'm going to continue with the employment for
8 the moment.
9    A.   It's your deposition.
10    Q.   Thank you, sir.
11         So in '87, you were no longer a federal
12 firefighter?
13    A.   Correct.
14    Q.   Where did you go?
15    A.   I went to the Office of the Illinois State
16 Fire Marshal in Chicago to become a clerk.
17    Q.   Have we covered all of your employment
18 from high school to date?
19    A.   I worked in a movie theater when I was in
20 high school.
21    Q.   After high school?
22    A.   I worked part-time at Central Stickney
23 Fire Protection District from roughly -- I don't
24 know -- '85 to '87 maybe. It's unincorporated

Page 10

1 Chicago at about 50th and Lotus right there. It's
2 an unincorporated section.
3        I was just a firefighter there -- not just
4 a firefighter. I was a firefighter.
5        Later on, I retired as a master sergeant
6 with the United States Air Force Reserves in 1997,
7 so I've have been there since 1980. That's all
8 firefighting and stuff like that.
9        Employment-wise, no. I mean just Glenview
10 and then the Fire Marshal's Office.
11    Q.  So now let's talk about education,
12 training, and certifications. We talked about
13 Oakton Community College. You took some fire
14 science courses.
15        Whether through educational facilities or
16 through your employment, can you take us through
17 courses that led to any sort of certifications?
18    A.  Yes, sir.
19    Q.  Okay. Please go ahead.
20    A.  In 1985, I became a Firefighter II in the
21 State of Illinois. There were three
22 classifications back then for firefighters, I, II,
23 and III; I being beginning firefighter, II is kind
24 of like the lead firefighter, and III is the one

Page 11

1 that tells lead firefighters what to do.
2    Q.  Let me ask you, what did that entail? Was
3 there a classroom component?
4    A.  Well, because I was in the Air Force
5 Reserves and I challenged the test for the State
6 and I took the written test through the State, all
7 of the practical stuff was done in the Air Force.
8    Q.  Got it.
9    A.  We covered the part about going to the
10 modules in '85.
11        I'm the current -- well, my one-year term
12 as the Fire Investigator Strike Force president,
13 that lasted 19 years, which I just got reelected
14 yesterday.
15    Q.  Congratulations.
16    A.  It's the Fire Investigation Strike Force.
17 I started out there as a member in 1985 when I got
18 certified. And that's an educational place where
19 you go and get monthly training. They meet every
20 month, except for July and August, and May and
21 October is the seminar. Usually it's six or
22 eight hours for a seminar. I've been doing that
23 since 1981.
24        I'll skip around a little bit. Some of

Page 12

1 the dates -- some of the stuff is like -- I believe
2 it was 2008 I took the test and I went through the
3 course for NAFI, National Association of Fire
4 Investigators. That was down in Springfield. I
5 became a National Association of Fire Investigators
6 certified fire investigator.
7    Q.  How long was that NAFI course?
8    A.  It was a week, 40 hours, tested. Seemed
9 like a year.
10    Q.  Feel free to continue as the
11 certifications come to you.
12    A.  Actually, about two weeks ago I became a
13 fire investigation technician through the
14 International Association of Arson Investigators.
15 I passed that test about two weeks ago. You had to
16 take classes on certified-fire-investigator-train
17 dot-net. It's online courses that you take through
18 the IAAI, International Association of Arson
19 Investigators.
20        They are tested and they do counts towards
21 accreditation and through continuing education.
22 You have to recertify every four years now through
23 them.
24    Q.  Does the IAAI give you a certification?

Page 13

1    A.  Well, they do have a CFI rating, but I
2 haven't taken that yet. I've been working on it
3 since 1989. I just haven't had a chance to
4 challenge the test. I thought take the FIT test
5 would be kind of a basis of me now taking the CFI
6 test.
7        Seminars and conferences and -- oh, that's
8 right. There's a good one. In 1993, I went down
9 to the Federal Law Enforcement Training Center --
10 they call it FLETC -- in Glencoe, Georgia. It was
11 a two-week tested program put on by the ATF,
12 Alcohol, Tobacco and Firearms -- I'm sorry -- the
13 Bureau of.
14    Q.  Sure.
15    A.  It was a two-week tested class on advanced
16 origin and cause and courtroom techniques. I got a
17 certificate from there. That entailed a bunch of
18 scientists in there talking to you about fire
19 technology and things.
20    Q.  Sure.
21    A.  They did a courtroom thing towards the end
22 how to prepare you for deps and court and stuff
23 like that.
24    Q.  That was two weeks?

4 (Pages 10 - 13)

Page 14

1  A.  That was in 1993.  Yes, two 40-hour full
2  weeks.  It was tested both weeks.
3      In 27 years I'm trying to think of all the
4  stuff I've done.
5  Q.  I'm not going to force you to remember
6  every little thing.  You've gone through quite a
7  bit of history.
8      Is there anything else you can think of,
9  such as certification that relates to --
10  A.  Oh, yeah.  I graduated from the Illinois
11  State Police Academy for my -- I forgot that part.
12  Q.  For what?
13  A.  What happens is in order for a fire
14  investigator to become an arson investigator, you
15  have to go through a police training institute or a
16  police academy.  I forgot about that.
17      So in 1989, I think it was five weeks.  It
18  was in May.  So five weeks after May I graduated.
19  They do the Chapter 38, the weapons, report
20  writing, everything that the State Police Academy
21  does, but it's the modified version so you don't
22  have to do their million-hour report writing or
23  chasing people in a car and that kind of stuff.  So
24  we do defensive tactics where you handcuff people

Page 15

1  and you do all that stuff.  That's a good one.  I
2  remember that one.
3  Q.  Illinois Fire Marshals are considered
4  peace officers?
5  A.  Uh-huh.
6  Q.  Is that right?
7  A.  (Nods head affirmatively.)
8  Q.  Yes?
9  A.  I'm sorry.  Yes.
10      That's why I took so long to get through
11  security, because somebody had to come and clear me
12  for my weapon.  I didn't want to leave it in the
13  car because it was in the parking lot.
14  Q.  Any other certifications that come to mind
15  related to fire investigation?
16  A.  I'm thinking.  Oh, yeah.  I'm a K-9
17  handler.  There you go.  I forgot about that.  I
18  have 23 years as a K-9 handler.  How could I forget
19  that?
20      The first K-9 I had, her name was Nikki,
21  N-i-k-k-i.  She worked for ten-and-a-half years,
22  from 1992 to -- I'm sorry -- from 2002 to when --
23  no, she was.  I'm mixing up their birthdays.  My
24  first K-9 was Nikki in 1992.  She retired in

Page 16

1  2002-and-a-half, kind of.  My second K-9 was
2  Raider.  He just turned 15-and-a-half.  He worked
3  from 2002 to whatever 11-and-a-half-years is, 2013.
4      My third K-9, Zoe, who is in the car right
5  now, she went to school for a third time in May.
6  It's 200 hours; not 199 and not 201, but 200 hours.
7  Q.  With each dog?
8  A.  With each dog over the last 23 years.
9      And what happens is I became an accelerant
10  sniffing K-9 handler in 1992 and I have to
11  recertify every year with the K-9.  We both have to
12  recertify as a team somewhere in the great United
13  States.  We get there Monday and the class ends
14  Thursday.
15  Q.  It's a big commitment every year.
16  A.  Oh, yeah.  I forgot about that one.
17  That's kind of an important one.  So I've been a
18  K-9 guy since '92.
19      I will think of them as they come.  I
20  don't think there's that many more.  I know them in
21  my head, but I don't talk about it.
22  Q.  That's fairly comprehensive.  I think
23  we're satisfied with all of that.
24      Now, I'm curious, was Zoe with you when

Page 17

1  you did this Ostrinsky investigation?
2  A.  February of 2013, no, because she started
3  in -- I went to school in April, so that would have
4  been -- Raider would have been at this one.  I
5  don't think he worked on it.  If there would have
6  been a K-9 -- there's no K-9 in here.  I didn't
7  think I needed to work him in there.  That's why.
8  I don't think Raider would have been there.  That's
9  R-a-i-d-e-r.  He just turned 15-and-a-half.
10  Q.  We will get into your investigation in
11  this case.  I will hand you what's been marked
12  Exhibit 1.  It's a copy of the report that your
13  office provided to me.
14  A.  Okay.
15  Q.  I see on the top of the page start date
16  2/19/2013.  Do you see that?
17  A.  Yes, sir.
18  Q.  Does that indicate that was the date of
19  the incident?
20  A.  Hang on one moment.  That might be the
21  time I was assigned to it.
22      Do you mind if I just look through it?
23  Q.  No.  Go right ahead.
24  A.  My narrative will tell you when I got

5 (Pages 14 - 17)

**Page 18**

1 assigned and all of that.
2    Q.  Let's turn to the page that's marked
3 Number 18 at the become. It's got a long Bates
4 stamp.
5    A.  You said 7 or 9? I'm sorry.
6    Q.  I said 18.
7    A.  I also went to the wrong building today,
8 too.
9       To answer your question, sir, where it
10 says on Page 00007, it says requesting person and
11 agency. So on 2/19/2013 at 10:15 a.m. is when I
12 got requested. So the start time at 08:50 would be
13 the alarm time.
14    Q.  I see. So looking back at Page 7, you
15 were asked around 10:15 a.m. and you arrived on the
16 scene just 45 minutes later -- well, what is that?
17    A.  An hour and 15.
18    Q.  That's right. An hour and 15 minutes
19 later.
20       So at 11:30 a.m. is when you arrived?
21    A.  Yes, sir.
22    Q.  Thank you.
23    A.  You're welcome.
24    Q.  And it was Division Chief Joe Schwarz that

**Page 19**

1 requested that you appear at the site?
2    A.  Yes, sir.
3    Q.  Do you know why it is that Chief Schwarz
4 may have requested your attendance?
5    A.  It's actually Schwarz.
6    Q.  Thank you. We actually met with him
7 yesterday, so should remember that.
8       I think he retired from Wauconda, didn't
9 he?
10    Q.  He did.
11    A.  I remember when he started.
12       The question was why he called for me?
13    Q.  Why he called, yes.
14    A.  Our office normally gets notified about
15 fatal fires, injury fires, fires that may have been
16 set, fires that they need assistance on as far as
17 doing origin and cause, and that request can come
18 from the fire departments, the sheriff's
19 departments or the police departments. We get
20 requested. We don't self-respond to anything.
21    Q.  Does the Office of the State Fire Marshal
22 recommend local agencies contact the Fire Marshal
23 when there is a death?
24    A.  That's a twofold question. I'm going to

**Page 20**

1 answer you both ways. The state statute says that
2 all fatalities must be recorded and sent down to
3 the Illinois State Fire Marshal's Office in a
4 reasonable time. Whether they request an
5 investigator to assist them in the origin and
6 cause, that's up to the department. I believe they
7 have to report all fire fatalities to the State of
8 Illinois, whether it's written, phone call, or
9 whatever, but they do have to make notification.
10    Q.  Did you have any understanding from Chief
11 Schwarz as to the reasoning he called you in this
12 case?
13    A.  Probably there was a fatal fire and they
14 wanted to make sure that they had another opinion
15 of how the fire may have happened and the
16 circumstances, that kind of stuff. I work with him
17 all the time. Well, I did until he retired. It's
18 kind of bad when all of your friends retire, huh?
19    Q.  If we look at the very last page of this
20 Exhibit 1, it appears there is an electronic
21 signature for you; is that right?
22    A.  That's Page 19?
23    Q.  That's right.
24    A.  Yes, sir. There is an electronic

**Page 21**

1 signature of myself on Page 19.
2    Q.  I think I see very small writing dated
3 March 12, 2013; is that correct?
4    A.  Hang on one moment. You're talking about
5 next to my signature or my electronic signature?
6    Q.  Just over the line various --
7    A.  Yes. 2013/3/12 at 15:38:11, yes, sir.
8    Q.  So does that indicate that you
9 electronically signed this report on March 12th of
10 2013?
11    A.  Yes, sir.
12    Q.  And you authored this report that's
13 Exhibit 1?
14    A.  Yes, sir.
15    Q.  You did so as part of your regular duties
16 as an Arson Investigator II?
17    A.  Every time, yes, sir.
18    Q.  You have drafted many other reports in
19 your role?
20    A.  On this one or any of them?
21    Q.  In your role as an Arson Investigator II?
22    A.  In my role, a lot of them.
23    Q.  So you told us that the alarm came in at
24 8:58 a.m. on February 19, 2013; is that right?

6 (Pages 18 - 21)

Page 22

1    A.  Yes, sir.
2    Q.  And you arrived on the scene at 11:30,
3  correct?
4    A.  Yes, sir.
5    Q.  What did you do upon arrival?
6    A.  Upon arrival, what I do is I first meet
7  with the fire department outside to see who is
8  going to be doing the investigation for the fire
9  department, meet with the police department, if
10  there is a police department or sheriffs's
11  department on the scene.  I find out who is going
12  to be taking the photos.
13      Fire investigation is not an individual
14  sport, so what we have to do is we have to work
15  together as a team.  So everybody decides -- not
16  everybody -- but Joe is in charge -- Joe Schwarz is
17  in charge at the scene, and, therefore, we are
18  working as a team together.  Then we decide at the
19  time who is going to take photos.
20      I found out about the fatality.  The
21  medical examiner's office was notified.  There was
22  family on the scene.  I believe a son was at the
23  scene.  And then we initiated our fire scene
24  examination once the photos were started.

Page 23

1    Q.  Did you take any photos when you were on
2  the scene?
3    A.  No, sir.
4    Q.  I believe it's in here, but do you recall
5  that it's Bruce Senneke of the Cary Fire Department
6  that took photos?
7    A.  Fire Investigator Bruce Senneke, yes, sir.
8    Q.  Have you ever seen those photos?
9    A.  I don't think I did.  I usually don't.  I
10  don't remember if I saw them or not.  I'm trying to
11  think.  I don't know if I did or not.  I figured he
12  knows what he's doing.
13    Q.  You didn't rely on Mr. Senneke's photos in
14  drafting your report?
15    A.  No.  He was taking them as I was doing it.
16    Q.  You relied on what you saw initially?
17    A.  Yes, sir.
18    Q.  Do you recall who advised you of the
19  condition of Mr. Ostrinsky?
20    A.  It had to be -- can I call him Joe?
21    Q.  Sure.  We understand Joe is Chief Schwarz.
22    A.  I don't know what his title is.  Joe
23  Schwarz -- I think, well, he told me on the phone,
24  too.  He said we've got a fatal, so I had an idea

Page 24

1  what was going on before I got there.  My office,
2  when they are notified -- there's an 800 number
3  that the fire departments, police departments, and
4  sheriff departments call.  It's 1 (800) 252-2947.
5  That's called the Arson Hotline.
6      What happens is they call the Arson
7  Hotline.  The Illinois Emergency Management Agency
8  in Springfield answers the phone.  We have a duty
9  investigator that's on from Friday at 16:30, or
10  4:30 in the afternoon, to 4:30 in the afternoon the
11  following Friday that dispatches all of the
12  investigators for the State once they get the call
13  from IEMA, Illinois Emergency Management Agency.
14      So what happens is that when the fire
15  department, the police department, or the sheriff's
16  department calls the 800 number, the Arson Hotline,
17  they inform them of what's going on, and, in turn,
18  the Arson Hotline IEMA people notify our duty
19  investigator, who then informs us of what's going
20  on.  So somewhere down the line we pretty much have
21  an idea or something that there's a fatal we're
22  going to.
23      I know that's kind of a roundabout way of
24  answering your question, but I figured I might as

Page 25

1  well.
2    Q.  Sure.
3      Now, when you arrived, Mr. Ostrinsky was
4  no longer on the scene, correct?
5    A.  I was thinking about that this morning on
6  my way here.  I don't think he -- I don't know if
7  they worked him or transported him to the hospital.
8  I'm not sure.  That's the part I can't remember.
9      Normally if they are going to work
10  somebody -- by work them, meaning try to bring him
11  back or work him as far as the medical terminology.
12  I can't remember if I saw him there or not.  To be
13  honest with you, I don't think he was there, the
14  fatality that is.  I don't know if it says it in my
15  report or no.  Can I check here real quick?
16    Q.  You can.  I didn't see any indication.
17    A.  I think the victim was already transported
18  or may have been in the process of being.  I don't
19  remember him being there.
20    Q.  Let me ask you this.  Do you have any
21  recollection of seeing what his condition was?
22    A.  No.  It's kind of bad, but I can't
23  remember that.  That was many, many fires ago.
24    Q.  Whether he was there or not, did anyone

7 (Pages 22 - 25)

Page 26

1 tell you whether he was conscious at any point?
2    A.  To be honest with you, I don't remember
3 that part.  I don't think they found him in the
4 kitchen.  I think they found him in the bathroom or
5 in the hallway to the bedroom, by him being the
6 victim.  I'm sorry.  I don't remember his name.
7 It's not disrespectful.  I can't remember everybody
8 I've dealt with.
9    Q.  Sure.  His name was Michael Ostrinsky.
10 I'm going to generally refer to him as
11 Mr. Ostrinsky and you'll understand we're talking
12 about the victim?
13    A.  Yes.  I just don't want to show any
14 disrespect.
15    MR. SCHNEID:  None taken at all.
16    THE WITNESS:  I go to a lot of these all the
17 time.
18 BY MR. SHEA:
19    Q.  Sure.
20    A.  If I can take a moment to check my
21 narrative quick.  Sometimes what I do is I put in
22 my report the victim was transported to the
23 hospital by the fire department and passed away, so
24 if I can just see if that's in here.

Page 27

1    Q.  Take a look.
2    A.  I guess it's a lousy time to phone a
3 friend.
4    MR. SCHNEID:  No hurry.  Take your time.
5    MR. SHEA:  It's not a memory test.
6    THE WITNESS:  When you do fires every other day
7 of the week, it's kind of hard to remember all of
8 them.
9       It doesn't say anything about him being
10 removed to the hospital.  Actually the victim may
11 have still been there when I was there.  They may
12 have been packaging him up when I was there.  I
13 don't remember.  There was something going on in
14 the living room -- or I'm sorry -- in the bedroom
15 area or the hallway into the bedroom.  They were
16 photographing that area.  We were looking more so
17 in the kitchen after we did a walkthrough, so I'm
18 not sure, but he may have still been there.
19 BY MR. SHEA:
20    Q.  As we sit here today, you have no
21 recollection what his condition was at that time?
22    A.  He was laying on the floor.  He was dead.
23    Q.  Sure.  As far as a visual what he might
24 have looked like?

Page 28

1    A.  I don't know if they had a sheet over him.
2 If he was there -- I'm trying to bring this back in
3 my mind.  If he was present, I think they put a
4 sheet over him, a white sheet over him, because I
5 know the family member was there.  I don't think
6 they wanted a family member to see him if that's
7 the case.  They don't want the body laying there,
8 because if a family member walks in, sometimes they
9 freak out.  It's not every day that you see
10 somebody dead on the floor.
11       So if he was there, he might have been
12 covered or they might have been photographing him.
13 I know something was going on off to the left
14 because the kitchen was straight ahead to the
15 right, pretty much to the right.  So he may have
16 been there.  I know that's not good, but I don't
17 remember.
18    Q.  Fair enough.
19       Let's talk about your investigation.  What
20 was the purpose of your investigation?
21    A.  The purpose of my investigation was to
22 determine the origin and cause of this fire that
23 resulted in one civilian fatality.
24    Q.  Was the purpose also to determine whether

Page 29

1 there was a suspicion of arson?
2    A.  During the origin and cause phase you have
3 to look at everything.
4    Q.  As an Arson Investigator II, is it fair to
5 say your primary role is to determine whether there
6 is cause to believe arson was responsible for a
7 fire?
8    A.  No, sir.  The primary purpose is to
9 determine origin and cause of the fire and go from
10 there.  You can't go in there -- you can't have
11 blinders on.  You have to work and investigate
12 every fire with an open mind.  You can't come in
13 with a preconceived notion.
14    Q.  What is the procedure when you investigate
15 a fire and you do have a suspicion of arson?
16       What do you do next after --
17    A.  Are you talking about obvious signs of
18 arson, like there's some where there is a gas can
19 near with a flare?  There's a lot of different
20 scenarios.  An obvious incendiary fire?
21    Q.  I'm going to ask you to educate me and the
22 jury what -- maybe take us through a nonobvious and
23 an obvious circumstance.  What is it that you do in
24 your investigation?

8 (Pages 26 - 29)

Page 30

1    A.   Okay.  As far as an incendiary fire or
2  as -- the beginning part was an arson fire.  Do you
3  want a generic version?
4    Q.   What I want to know is when you are
5  dispatched to a scene, you conduct an investigation
6  and you do have a suspicion that it might be an
7  arson, what steps do you take?
8    MR. SCHNEID:  Object to form.  There's no
9  evidence of any documents it was arson, but go
10  ahead.  That's your question.
11    THE WITNESS:  No problem, counselor.  Thank
12  you.
13        When you do any fire investigation -- I
14  just want to back up a little bit.  When you arrive
15  at a fire scene -- we will take a generic fire
16  scene.  When you arrive at a fire scene, the first
17  thing you want to -- well, first, when you get a
18  phone call for fatales or stuff like that, you find
19  out the condition of people.  If somebody is
20  injured, did the fire investigator or police
21  officer or both go to the hospital to interview
22  said person because that's a witness.  They were
23  there.
24        The other thing you want to do is make

Page 31

1  sure that the building or anywhere else in the
2  area, the car, the airplane, the boat is secured.
3  Make sure that they secure the area and make sure
4  there's any possible evidence that the fire scene
5  is preserved.  This all happens at the same time.
6  There is a whole checklist.  When you get a phone
7  call for a fire, the checklist in your head is
8  already going.  Why didn't the victim get out of
9  the building, how come the injured person got out,
10  but the victim didn't.
11        The next thing is you have to check all of
12  your exits; were they nailed shut, were they
13  barred, was there fire at the exits.  A lot of
14  things go through your mind.  Again, anybody at the
15  hospital, a fire investigator, a police officer, or
16  detective, at the hospital are interviewing people.
17  This is all before I'm en route.  This is
18  everything I'm thinking about.
19        So what happens is when you arrive on the
20  scene, the first thing you do is you meet with the
21  person who is going to be in charge or leading the
22  investigation from the police department and from
23  the fire department, and police department meaning
24  the sheriffs also.  We'll call it law enforcement.

Page 32

1        Then it depends.  Are you talking about an
2  apartment building fire?  Are you talking about a
3  house fire?  You've got to give me some idea.  What
4  happens in an apartment building fire, you've got
5  multiple people you have to talk to.  You have to
6  set up an area where all of the people coming out
7  of the building can stage and start being
8  interviewed by the investigators.
9        If you are talking about a single-family
10  dwelling, what happens is if there is only one
11  person inside and they're dead or in the hospital,
12  then there's no other people that they met at the
13  building that you need to interview at the time
14  because you interview all of the first responding
15  firefighters; where did you see the fire, was the
16  building secured, did you have to force entry, was
17  there forced entry before you got to the door,
18  meaning did somebody kick the door in before you,
19  did somebody pry the door open before you.
20        Now, because of the fact that firefighters
21  wear their masks, they can't smell anything.  In
22  the old days when they didn't have masks, they
23  could say, oh, I smelled an odor.  Well, they can't
24  do that anymore because they have a mask on.  So

Page 33

1  the sense of smell is gone for them.  You can't ask
2  them did you smell an accelerant in here.  If they
3  answer yes, there is something wrong because they
4  should have had their mask on.  That's a whole
5  different thing.
6        So now you're at the scene.  You are
7  setting up things.  What happens is you start
8  prioritizing things, okay, who was in the building
9  with the victim, Johnny so-and-so or Janie
10  so-and-so.  I need to go interview Janie and Johnny
11  so-and-so.
12        Once I obtain that information and get a
13  better idea that when they woke up they saw the
14  chair on fire that the victim was sitting on, where
15  was the chair located?  There's no sense
16  interviewing ten neighbors if they weren't in the
17  building.  So you have to narrow it down.  Now, the
18  neighbors are being interviewed, but what's
19  happening is you have to do almost like a triage.
20  You have to sort out your people to find out who
21  you need to talk to first, sort of like what you've
22  got to do for depositions.  You've got to figure
23  out what you're going to do.
24        Then what you do is you, of course, have

9 (Pages 30 - 33)

Page 34

1  the photographer starting their outside photos.
2  It's usually somebody that I can count on, of
3  course, that I know is going to take -- that's
4  taken photos before. So what they do is you start
5  your outside photos and you work your way in
6  because you always have to investigate a fire from
7  the outside in. If the fire originated outside of
8  the structure and you just go inside the structure
9  not looking outside, you are going to miss a lot of
10 evidence that could be on the outside.
11        The other thing that you do when you are
12 going into a structure fire with injuries,
13 fatalities, whatever, you always have to check and
14 make sure you do an outside examination of the
15 structure first. That allows you to look at the
16 utilities.
17        Sometimes when I talk about this, I speed
18 up a little bit and I apologize.
19        You look at the utilities to make sure
20 that the utilities are intact. How could you have
21 an electrical fire if you don't have power to the
22 building? You can't have a natural gas fire if you
23 don't have natural gas or propane gas connected to
24 your building, so you check for utilities.

Page 35

1        The next thing you do is you check for the
2  windows and the doorways to see if there is
3  anything going on, such as forced entry or any kind
4  of evidence outside, such as possible Molotov
5  cocktails that bounced off the building and didn't
6  make it through. There's a lot of cases -- we had
7  one one time where a paver brick was taken out of
8  the ground and broke out a window before they threw
9  the Molotov in. So with the paver block missing,
10 we know that because we actually took an outside
11 walk around.
12        Sometimes you will find narcotics outside.
13 Sometimes you will find a gas can. You will find a
14 red plastic container. You have to do an outside
15 examination.
16 BY MR. SHEA:
17    Q.  So the question I had asked was when you
18 have a suspicion of arson.
19        Am I correct in understanding that you
20 have a generally similar checklist for every
21 investigation you arrive on?
22    A.  Yes, sir. And the further answer to your
23 question is -- I just want to clarify something.
24 The classifications of fires are incendiary,

Page 36

1  accidental, undetermined, and natural. We don't
2  use the word arson. The reason why we don't use
3  arson, counselor, is because arson is the crime
4  someone is charged with.
5        You have to do an incendiary act or some
6  kind of manmade act to cause the fire to happen.
7  Once we have the person who caused the fire to
8  happen, then we can charge him with the crime of
9  arson if it fits. So we will not -- I say we --
10 me, I do not go to a fire scene saying to myself
11 this is an arson fire, I must prove it. Do you see
12 what I'm saying?
13        I have to go in to every situation because
14 finding accelerants at a building doesn't
15 constitute it to be arson, an incendiary fire. I
16 will give you an example of that in a moment. I
17 have to go into everything with an open mind. If I
18 walk in there and say, geez, this guy passed away,
19 must be an incendiary fire, then I'm not doing my
20 job. That's wrong. Then everybody has to disprove
21 everything I'm talking about. What we do is we
22 spend more time at a fire scene saying what it's
23 not than what it is.
24        Let me continue on with this one. Now, I

Page 37

1  open the front door or the fire department has
2  opened the front door, somebody opened the front
3  door, and there is a red plastic container with an
4  odor of gasoline present laying on its side.
5  Someone caused this to be there because you can't
6  call a pour pattern anymore because you weren't
7  there when they poured it. So someone caused an
8  ignitable liquid to be present on the living room
9  floor. That is not normal.
10        Now, you still have to do your
11 interviewing. Just because you find an ignitable
12 liquid at a fire scene doesn't make it a set fire.
13 I will give you a case. I won't tell you the town,
14 but I tell you the generic version of it. We had a
15 fire along 290. In the kitchen, the firefighters,
16 after they distinguished the fire, found a red
17 plastic container and an odor similar to that of
18 gasoline. I'm thinking, oh, boy, did somebody pour
19 the back porch and set it up on the thing there.
20 Come to find out, the woman -- the wife of the
21 husband and wife, she works nights. She keeps
22 running out of gas on 290 on the way home from
23 work. He keeps a gallon-and-a-half can next to the
24 refrigerator because he's tired at 3:00 o'clock in

10 (Pages 34 - 37)

Page 38

1 the morning going to get gasoline to give his wife
2 the gas because she keeps running out of gas.
3 That's not a set fire.
4        If you go in with a closed mind, we would
5 have arrested him or somebody would have been like,
6 hey, this guy must've done it.  No.  You have to
7 have an open mind.  You can't, again, have a
8 preconceived notion of what you think you are going
9 to find in there because sometimes when you find
10 things you are like, holy cow, I didn't know that.
11 I didn't know the lady had a knife shoved in her
12 forehead laying on the couch when I walked into the
13 room.  You know what I'm saying?  So you walk in
14 and here you think she's laying on the couch dead
15 and find a knife in her forehead.  Things happen.
16        So now we go to that other part, like you
17 mentioned, about being an arson incendiary fire.
18 Let's say the circumstances of Johnny so-and-so
19 owes somebody money.  Johnny's buddy kicked the
20 door open, poured the joint, threw a flare in there
21 and ran.  So my job, with the police department,
22 would be to go find Johnny so-and-so's friend and
23 talk to him, find out what's going on, and continue
24 our investigation why he may have caused this to

Page 39

1 happen.
2        Do you see what I mean?
3    Q.  Sure.
4    A.  So now we go into an accidental situation.
5 Somebody on oxygen, has a nasal cannula, one to
6 four liters of oxygen sitting on the chair, oxygen
7 enriched environment, watching television at
8 3:00 o'clock in the morning, stays up all night,
9 heavy smoker.  Wife says to him for months and
10 months and months, hey, one day you are going to
11 end up burning up in that chair.  They find the
12 burn marks on his shirts and his pajamas and his
13 pants.  One day she hears screaming, looks in the
14 room, the guy is sitting in the chair and he's on
15 fire.
16        You walk in and you do your investigation.
17 He's laying on the floor.  He's all burned up.  The
18 medical examiner or the body people come.  They
19 have companies now that come.  They don't transport
20 with the fire department anymore.  They have body
21 removal services, usually from a -- what do you
22 call it -- funeral home or something like that.  So
23 they come out.
24        Anyway, you investigate the fire.  Next to

Page 40

1 the thing you find the garbage can with a liner in
2 it and you find multiple cigarette butts in there
3 and you find matches and you find stuff in there.
4 You have a witness that has him on fire.  The last
5 time she saw him he was sitting in the chair
6 smoking.  So you are unable to eliminate smoking as
7 a heat source for this fire.  What I'm saying is
8 that's -- we call that a witnessed fire death.
9        But if he was home alone sitting in the
10 chair burned up and nobody was home to find him and
11 we didn't know what he did before that, I call that
12 an unwitnessed fire death, which would probably
13 more so go undetermined because I hadn't had a
14 chance to talk to the dead guy.
15    Q.  Let me turn your attention to this case.
16 This would be an unwitnessed fire death?
17    A.  Yes.
18    Q.  You weren't able to interview anyone that
19 witnessed Mr. Ostrinsky in and around the time of
20 the --
21    A.  Prior to his demise?
22    Q.  Right.
23    A.  No.  Afterwards.
24    Q.  I'm going to ask you to turn to what's

Page 41

1 marked at the bottom as Page 18 of Exhibit 1.
2 That's the narrative of your report.
3    A.  Yes, sir.  I will be there in a moment.
4    Q.  Right around the middle of the page it
5 says, This reporting arson investigator conducted
6 an exterior of the structure and determined that
7 the fire originated within the interior of Unit C.
8        Did I read that correctly?
9    A.  Yes, sir.
10    Q.  And you have already described to us
11 that's the first thing you do, is check the
12 exterior?
13    A.  Yes, sir.
14    Q.  And did you go around as you described
15 looking for any potential relevant evidence?
16    A.  Yes, sir.  I thought you had another part
17 to that.
18    Q.  No.
19        In your examination of the outside, did
20 you find anything notable?
21    A.  No, sir.
22    Q.  Was there any fire damage on the outside
23 or smoke damage?
24    A.  It might have been coming out -- I can't

11 (Pages 38 - 41)

**Page 42**

1 remember 100 percent. It might have been coming
2 out from the inside/outside. It might have been by
3 the kitchen or something like that or by the
4 doorway.
5    Q.  Now, you mentioned you spoke to
6 Mr. Ostrinsky's son?
7    A.  Yes. He identified him as his son. His
8 name might be in here. I asked him who the
9 gentleman was in the building with us, and he said
10 I'm the victim's son.
11    Q.  I don't see it in your report, but
12 Mr. Ostrinsky did have two sons; one was named
13 David and another Howard.
14       Does either name ring a bell?
15    A.  I don't remember. I know there was one
16 guy. I can't remember if it was David or Howard.
17 I think the PD may have talked to him or the
18 fire -- I know I didn't interview him, but he was
19 standing there and I wanted to identify who he was.
20 I have to identify everybody in the building. I
21 didn't want to start talking about things that he
22 shouldn't -- you know -- I didn't know who he was,
23 so I asked to identify him.
24    Q.  At any point did you ask him any questions

**Page 43**

1 other than who are you?
2    A.  Well, I told him I'm sorry for his loss.
3 That was his father. I said I'm very sorry for
4 your father's loss. I asked him if he stays with
5 his father, if anybody stays there. I think he
6 stays alone.
7       Somebody was with me when I was talking to
8 him because we were standing just inside of the
9 entranceway between the living room and the
10 kitchen.
11    Q.  So this conversation happened after the
12 fire suppression efforts were completed?
13    A.  Yes, sir.
14    Q.  Did this conversation occur after you had
15 examined the kitchen?
16    A.  Yes. We kept everybody out of the
17 building. We didn't know who everybody was. I
18 think the gentleman wanted to see what was going
19 on. I think it was towards the end -- towards the
20 end of our fire scene examination. I think that's
21 when he came in there because he wanted to see what
22 was going on, the son that is.
23       Howard sounds right, but I can't remember
24 who it was. I know either the fire department or

**Page 44**

1 police department talked to him or got information
2 from him. I knew he was already talked to, so I
3 just passed on my condolences. We were standing
4 there -- I remember standing there -- not in a
5 hallway, but it was like the area between the
6 bedroom and the front door and the kitchen. It's
7 not a big place. If you are standing there, you
8 are within a short distance of everything.
9    Q.  Sure.
10       Did you, either through talking to the son
11 or your discussions with other firefighters and law
12 enforcement officers, learn anything about what the
13 decedent was doing the morning of the fire?
14    A.  Yes, sir.
15    Q.  What did you learn?
16    A.  Now it's coming back to me. I think the
17 son -- he related me and the investigator who was
18 standing with me -- we asked him what his father's
19 normal routine was -- not a normal routine, but
20 what a routine would be. He said he would get up
21 in the morning. I don't know if he goes to the
22 bathroom.
23       I know he would go into the kitchen and
24 make himself something to eat. I think we asked

**Page 45**

1 him -- I know we asked him what was a normal --
2 what was normal -- how do I know -- what would be
3 the -- well, it wouldn't be normal. I mean he had
4 breakfast. He said he would make himself something
5 for breakfast.
6    Q.  Did you ask him what he would typically
7 make in the morning?
8    A.  Yes. He said he made bagels. He would
9 toast them. The thing is we didn't -- I try not
10 to -- he just lost his dad. I'm thinking to myself
11 I really didn't want to -- because he was looking
12 at the kitchen. We were standing there. I was
13 like -- I was trying to be very generic with him.
14       First I offered my condolences. I said
15 I'm very sorry for your loss. He said that he does
16 make breakfast, that he does make bagels. What he
17 normally would do then is he would make -- the
18 father would make breakfast and go get dressed or
19 something then and go about his day.
20    Q.  You understand the decedent was in or
21 around his bedroom at the time he died?
22    A.  I know he wasn't in the kitchen. I didn't
23 see him in the kitchen.
24    Q.  Do you recall the son telling you anything

12 (Pages 42 - 45)

Page 46

1 about an individual was going to arrive at the
2 house in the morning -- a mechanic was going to
3 arrive to fix a car and his dad was waiting for
4 him?
5    A.  If I told you yes, I would be -- I don't
6 know.  There was a conversation going on and then
7 basically I was thinking more so what's going on
8 with the origin and the cause of the fire.  When I
9 asked him questions about what his dad was doing,
10 to be honest with you, I don't remember that part.
11 I don't remember how old the gentleman was.  I
12 don't know.  I guess once I found out about what
13 his normal routine in the morning is, then he -- he
14 may have told me that.  I don't remember.
15    Q.  Okay.  Did you take any notes of your
16 conversation with the son?
17    A.  No, sir.
18    Q.  Do you recall if the son made any mention
19 to you of his dad having burned bagels at times in
20 the past?
21    A.  The son mentioned that this has happened
22 before.
23    Q.  You say this.  What do you mean?
24    A.  Well, that's what he said, this happened

Page 47

1 before.  And I don't think we pushed -- we meaning
2 myself and whoever was with me -- I don't think we
3 pushed him further on this because, again, it was a
4 very emotional thing, so I wasn't -- the words I
5 understand that he stated was this happened before.
6    Q.  Okay.
7    A.  Again, I didn't want to turn to him and
8 start pushing the issue with him because his dad is
9 dead.  I'm thinking if something would have
10 happened and his dad did this before and it
11 happened now he's dead, I don't want to make the
12 guy feel bad.  What am I going to do, tell him, oh,
13 by the way, he should have done this, this, and
14 this?  You know what I mean?  I'm human.
15       The thing is I remember him saying this
16 happened before and that kind of stuck in my mind.
17 I know that I didn't write it down, but I do
18 remember him saying that.  It was kind of weird to
19 me.  I don't know.
20    Q.  Based on the surroundings and what was
21 going on with your conversation at the time, did
22 you have an understanding what had happened before,
23 whether it's a fire or anything?
24    A.  Well, he saw -- the son -- we showed him

Page 48

1 the kitchen.  Again, there's no wall there.  It's
2 just a kitchen.  You are standing there looking at
3 the kitchen and the fire patterns are coming from
4 the toaster, next to it.  So when he looked over
5 there, I was -- again, you never assume everything
6 because you know what that stands for.  But what I
7 thought of when the son said this has happened
8 before, I was just imaging that there might have
9 been a fire before.  He didn't say there was a
10 flood before or anything like that or an
11 earthquake.
12       (Brief interruption.)
13    THE WITNESS:  I'm sorry.
14    MR. SHEA:  Take your time.
15       (Whereupon, a break was taken.)
16 BY MR. SHEA:
17    Q.  Looking at the narrative in your report,
18 after the exterior, it reads, This reporting arson
19 investigator conducted an interior examination of
20 Unit C and determined that the fire originated
21 within the kitchen.
22       Did I read that right?
23    A.  Yes.
24    Q.  What led you to believe that the fire

Page 49

1 originated within the kitchen?
2    A.  What we do at a fire scene is we examine
3 the fire patterns.  The fire pattern is something
4 that is given off by something that is burning
5 normally in an up and outward direction.  If you've
6 ever been to a campfire, the fire burns up and out
7 and the fire swirls around and everybody sits
8 around and watches the thing burn.
9       What happens in a house fire, building
10 fire, vehicle fire, the fire travels upward and
11 outward in this normal path of travel.  What we do,
12 meaning myself as an investigator, that's why we
13 start on the outside and work our way to the inside
14 and then we are able to read the pattern or to
15 examine the patterns back to the area of origin.
16 In this particular instance, what we do is I've
17 got -- I'm not going to act this out.  But anyway,
18 being a K-9 guy, the dog is on my left, so,
19 therefore, I always go left with the K-9 to go
20 sniffing around.
21       When I do a fire investigation from the
22 outside, I go counterclockwise.  If I do everything
23 the same way every time, then I know what I'm doing
24 because I do it all the time.  So I do my outside

Page 50

1 examinations counterclockwise.
2       My interior examinations are clockwise.
3 That's not only because I want to see something
4 different going in the other direction, but because
5 of the K-9, when I'm with the K-9 then it's always
6 left. I'm used to go left for my interior
7 examination.
8       You don't go directly into the room of
9 origin and say presto, here's your room of origin.
10 You know what I mean? What you do then is you go
11 into the rooms. Remember I stated earlier about
12 being able to eliminate more things than include
13 things?
14   Q.  Right.
15   A.  So the first thing that we do then in this
16 particular building is you walked in the front
17 door, which I believe was on the north side of the
18 building, and you walk in and you do a left-hand
19 examination. Upon the left-hand examination, the
20 bedroom -- there was closets, bedrooms on my left,
21 if I remember right. You come back around and
22 there is a bathroom. There is a wall that
23 separates the bathroom from the kitchen area. Then
24 you walk into the kitchen and there was like a

Page 51

1 little eating area.
2       What had happened is that when you are in
3 the front of the building, you can see the smoke
4 staining at the top, you can see it in the bedroom.
5 Everything was smoke stained at the top. The
6 bedding was intact. Whatever is around the
7 dressers was intact. There wasn't any fire at all
8 in the bedroom areas. The bathroom area and
9 everything was fine. The closets didn't have any
10 fire in them.
11      When you go back into the kitchen area,
12 you can start to read the fire patterns or examine
13 the fire patterns and the fire traveled upward and
14 outward. Where the two lines meet is where we want
15 to more examine the area where the fire may have
16 started or did start.
17   Q.  In fact, I see in the next paragraph you
18 make mention of a V pattern.
19      Do you see that?
20   A.  Yes, sir.
21   Q.  Is that the same upward and outward
22 pattern that you've been describing?
23   A.  Yes, sir.
24   Q.  Tell us what it is that you saw in the

Page 52

1 kitchen that you are calling the V pattern.
2      What did you observe in this case?
3   A.  There was fire damage and -- I can
4 probably show it in a picture better. What I'm
5 looking for is the amount of burning, charring,
6 melting. And then from that point, like I said,
7 when the two lines of the V meet, that's where you
8 have to start looking for your heat-producing
9 product -- I mean your heat-producing -- well,
10 whatever produced the heat.
11   Q.  So you got ahead of me, but I'm going to
12 have you do that.
13      (Whereupon, Kushner Deposition
14        Exhibit No. 3 was marked for
15        identification.)
16 BY MR. SHEA:
17   Q.  I'm going to show you what's been marked
18 as Exhibit 3. On top is a photo of the kitchen.
19      Do you recognize this to be the fire scene
20 in at least part of the kitchen on that time of
21 your examination?
22   A.  Can I pick it up?
23   Q.  Please.
24   A.  Yes, sir.

Page 53

1   Q.  That photo, the first one in Exhibit 3, do
2 you see indications of the V pattern that you've
3 been describing?
4   A.  Yes, sir.
5   Q.  And could you show us on the photo where
6 those are and what those are?
7   A.  Yes, sir.
8      Oh, you want me to show?
9   Q.  If you don't mind?
10   A.  Should I use the back of this?
11   Q.  Sure.
12   A.  Here's the one side here and then it went
13 up. Okay. There you go. It's kind of like that.
14   MR. SCHNEID:  Can you keep it like that for a
15 second? I'll take a picture of that if you don't
16 mind.
17   THE WITNESS:  Yeah. If you want to grab a shot
18 of that, I can turn it this way.
19   MR. SCHNEID:  Just generally. I can look at
20 that all day and not see that pattern unless you
21 tell me.
22   THE WITNESS:  It's upside down. There you go.
23   MR. SHEA:  For the record, the witness has
24 laid two pieces of white paper over Exhibit 3.

14 (Pages 50 - 53)

Page 54

1 BY MR. SHEA:
2    Q.  It's intended to show the outlines of the
3 V pattern in the kitchen that he observed; is that
4 correct?
5    A.  Yes, sir.
6    MR. SHEA:  We're going to take a photo of that.
7    MR. SCHNEID:  I'll send this to you, too.
8 BY MR. SHEA:
9    Q.  I'm going to leave that there.  But if you
10 do need another copy, I can give you mine.  I'm
11 going to ask you some questions.
12       On the right edge of the V on the photo,
13 there appears to be somewhat of a white line?
14    A.  Yes, sir.
15    Q.  What are we looking at there that's white?
16    A.  That is part of the V pattern, which is
17 also part of the line of demarcation.  What happens
18 is a line of demarcation means that it separates
19 what's burned and what's not.  What's happening is
20 that the fire itself is traveling upwards and
21 outwards.  What it's doing is it's bouncing off --
22 not bouncing off -- it's traveling to the overhead
23 cabinets.  I forget what they call them.  Not
24 soffit cabinets.  What do you call them?

Page 55

1    Q.  Hanging cabinets?
2    A.  Yeah, the hanging cabinets above.
3       It's easier to act it out than explain it
4 to you.  Can I show you?
5    Q.  I can.  I'll probably ask you some
6 questions about what you show me.
7    A.  Let's use this as the counter.  What's
8 happening is -- unless you're probably more so --
9 probably more so on this side.  Let's use this as
10 the end of the counter.
11       What happens is the fire travels upward
12 and outward.  Those are the cabinets.  Then it
13 starts rolling out of the cabinets.  It's following
14 the path of least resistance.  What happens is with
15 the refrigerator, the metal of that, what's
16 happening is the heat that is being produced by the
17 pattern or by the burning is actually bouncing off
18 the refrigerator because it's a metal object.
19 That, again, reradiates the heat back and, again,
20 that caused it to go upward and outward again to
21 follow the path of least resistance.
22       What's happening with the appliance would
23 be probably around here.  A reference would be
24 roughly around here, the cabinets being up here.

Page 56

1 The fire travels upward and outward.
2    Q.  What you were gesturing is that the fire
3 goes up and it hits the ceiling and continues
4 outward along the ceiling?
5    A.  Right.  It's traveling outward in a V
6 pattern and upward also.  It travels to the
7 cabinets where it hits -- where it has an
8 obstruction and then it continues following the
9 path of least resistance.
10    Q.  In this case, that path of least
11 resistance after hitting the cabinets would be the
12 open area along the ceiling?
13    A.  It would start traveling right into -- it
14 always travels from hot to cold.  It's seeking
15 oxygen and fresh air.
16    Q.  Back to my question about what this white
17 line on the right edge of the V pattern is, is that
18 wallpaper that's been removed and that's behind it?
19    A.  That's drywall.  That's the edge of the
20 drywall right here.
21    Q.  What I'm trying to understand is why is it
22 that we see drywall without much fire damage, but
23 then further to the right of it there appears to be
24 more damage?

Page 57

1    A.  Okay.  Do you want me to come around?  I
2 can show you.
3    Q.  Sure.
4    A.  What's happening is that you see all of
5 the -- on the right side of the photo, I guess, do
6 you see all that damage, right?
7       See the line right here?
8    Q.  Yes.
9    A.  What's happening is that there is more
10 heat distortion and heat damage to the top of the
11 refrigerator than down here.  What's happening here
12 is that the fire didn't go this way and this way
13 because that would be a right turn going up and
14 out.
15    Q.  I've got to stop you for a second.
16       You are showing at about the counter
17 height on the refrigerator is less damage than
18 about a foot or two higher on the refrigerator; is
19 that right?
20    A.  Right.  Yes, sir.
21    Q.  Okay.  Go ahead.
22    A.  So what's happening is that the fire is
23 traveling up.  There is a cabinet here.  So what's
24 happening is that this side is hitting the cabinet.

1 It's hitting underneath the cabinet and then
2 rolling up in front.
3    Q.  I'm going to stop you.
4       What you are describing is the left side
5 of the V is what hits the cabinet?
6    A.  Right. Yes, sir.
7    Q.  Go ahead.
8    A.  So what's happening is this part right
9 here, all this damage back here is from the fire V
10 pattern itself. This is where the heat is
11 collecting.
12       Now, as you noticed, right here at the top
13 of it underneath the cabinets you've still got all
14 of your drywall stuff in here similar to what you
15 have over here. The fire is traveling upwards and
16 outwards. It's going to the top of your cabinets
17 that's above your counter. Then it's rolling back
18 around towards you and towards the left and to the
19 right. That's why all of your damage -- see how
20 the top of the corner of the cabinets are all
21 charred right here and this is missing. This part
22 here is all coming up and over. Same thing on this
23 side here.
24       What's happening is that all of your heat

1 distortion and all of your metal stuff, the
2 distortion is at the top part of your V pattern.
3 See right at the corner here, see how that
4 continues on?
5    Q.  Yeah. That's the top corner of the
6 fridge?
7    A.  Right. That would be the back left part
8 of the refrigerator on the -- so this would be
9 north, that would be south. That would be the west
10 side of the refrigerator.
11    Q.  Right. Just for point of reference, the
12 fire damage, the counter where the toaster is,
13 where the refrigerator is, that's all the south
14 wall?
15    A.  Yes, sir.
16    Q.  Thank you.
17    A.  You're welcome.
18    Q.  I think you can sit down. Thanks.
19    A.  No problem.
20    Q.  Now, I also see in your narrative,
21 Exhibit 1, same paragraph, it says, This reporting
22 arson investigator found ashes inside the toaster
23 and the plunger in the down position; is that
24 right?

1    A.  Yes.
2    Q.  What's the significance of ashes inside
3 the toaster?
4    A.  Something was on fire inside of it.
5    Q.  I'm going to take these other two pages of
6 Exhibit 3.
7       The second page is a depiction of the
8 toaster from above and has a partial image of
9 firefighters.
10       Do you see that?
11    A.  Yes, sir.
12    Q.  It appears to me that there are ashes all
13 over the top of the toaster and the counter; is
14 that correct?
15    A.  Yes, sir.
16    Q.  And specifically we can see ashes have
17 fallen on top of the toaster.
18       Do you see that?
19    A.  Yes, sir.
20    Q.  What I'm trying to understand is how you
21 can determine that ashes indicate a fire inside the
22 toaster as opposed to ashes having fallen in the
23 toaster as a result of the fire?
24    A.  Okay. The ashes inside of the toaster had

1 them on one side as far as being all the way down
2 to the bottom inside of the toaster. The stuff on
3 the top of the toaster was all wood from the wood
4 cabinets. The one that was down on the -- I think
5 it was on the left side -- that stuff burned all
6 the way down to the bottom versus the one on the
7 right side.
8    Q.  The ashes that you saw that had burned all
9 the way down to the bottom of one slot of the
10 toaster, is there an indication to you that was
11 food remains?
12    A.  We didn't want to touch it or move it
13 because what would happen is we found the plunger
14 to be in the down position -- is that the correct
15 term for that?
16    Q.  I think that's right.
17    A.  We found the plunger to be in the down
18 position. So what we decided, myself and the group
19 that were out there to investigate this fire, we
20 determined not to touch it at all. We didn't want
21 to spoil the evidence. If this was the -- which we
22 believe was the heat source, we did not want to
23 cause the toaster to be any different than it was
24 when we saw it, so that it could be looked at by a

16 (Pages 58 - 61)

Page 62

1 mechanical or electrical engineer that can
2 determine further on about that particular toaster.
3 So it was more of evidence preservation than trying
4 to be a destruction person.
5     Q.   Sure.  So you didn't conduct any
6 examination other than visual of the toaster?
7     A.   I never touched it.
8     Q.   In your visual examination, looking in the
9 one slot that had ashes all the way at the bottom,
10 is there anything that you saw that indicated to
11 you that those were food remains?
12     A.   If I told you yes, I would be lying to
13 you.  I don't remember.  To be honest with you, I
14 just know that the -- I believe one side, the left
15 side, had some in there.  It might have been the --
16 one side had something in there, the other one
17 didn't.  The other side had a few things, little
18 bitty things.  The other side had something in it.
19 We didn't want to touch it, move it.  We
20 photographed it and then we preserved the area
21 because that's what we are trained to do.
22     Q.   I'm going to have you look at the last
23 photo in Exhibit 3.  This one also depicts the
24 toaster, but there are no hands around it.

Page 63

1         Do you see that?
2     A.   Yes, sir.
3     Q.   Does this photo that we are looking at
4 depict the plunger in the down position?
5     A.   If I said yes -- you know what, let me
6 look at it.  When you are standing there looking at
7 it, it's different than looking at it in the
8 photos.
9     Q.   Yeah.  I know these photos aren't great.
10 I have my computer if we want to pull up something
11 a little sharper.
12     A.   I know when I stood there, I know when I
13 looked at it, the plunger was in the down position.
14 I don't see it up in the up position here.  You
15 know what I mean?  The track for it is in the
16 middle.
17         With the amount of damage -- I mean with
18 the amount of debris in front of this, I can't --
19 oh, boy.  I don't see it in the up position.  I
20 don't see it in the middle.  If you had a better
21 picture of this -- but I know for a fact when I was
22 standing there, the plunger was in the down
23 position.
24     Q.   So we're clear, when you say the plunger,

Page 64

1 you are referring to the lever that a user of the
2 toaster would push down to start the toasting
3 operation?
4     A.   Yes, sir.
5     Q.   And that lever or plunger was pushed to
6 the bottom of its tracks?
7     A.   Yes, sir.  When I was present at the
8 scene, yes, sir.
9     Q.   You didn't examine whether any metal
10 components of the toaster had de-tempered as a
11 result of the fire, are you?
12     A.   No, sir.
13     Q.   Specifically you didn't examine whether
14 the spring that holds the lever up had de-tempered
15 as a result of the fire?
16     A.   Never touched it.  I had a feeling that I
17 would be sitting here one day talking about it and
18 thought the best thing to do is preserve it, tell
19 the guys not to touch it and photo it and remember
20 it.
21     Q.   In the same paragraph in your narrative
22 that we read, you mentioned the V pattern traveled
23 upwards and outwards from an energized two-slice
24 toaster.

Page 65

1         When you use the word energized, what is
2 it you mean?
3     A.   That it was plugged in and operating.
4     Q.   Another way to say operating, it was on?
5     A.   Well, it was energized.  It was plugged
6 in, yeah.
7     Q.   When you use the word energized in this
8 sense, you don't mean plugged in and ready to turn
9 on; you mean it was actually on?
10     A.   Yes, sir.
11     Q.   What is the basis for your understanding
12 that the toaster was energized?
13     A.   My opinion is that we found it to be
14 plugged into an electrical outlet.  The plunger was
15 in the down position and there was burned stuff
16 inside the toaster.  That's where the fire V
17 pattern traveled from.
18     Q.   Thank you.  I think we can put the photos
19 aside for the moment.
20         Have you ever seen Chief Schwarz's report
21 in this case?
22     A.   No, sir.
23     Q.   I'm going to hand you what's been marked
24 as Exhibit 2.

17 (Pages 62 - 65)

Page 66

1    MR. SCHNEID: I'll object to any questioning
2 about it as a standing objection since he hasn't
3 reviewed it or relied on it, but go ahead.
4    THE WITNESS: Thank you.
5 BY MR. SHEA:
6    Q.  I'm going to ask you to turn to the page
7 that's marked B&D_36.
8    A.  Okay.
9    Q.  Do you see the name near the middle of the
10 page Joseph E. Schwarz?
11    A.  Yes, sir.
12    Q.  And do you see what appears to be his
13 signature above that name?
14    A.  Looks like something.
15    Q.  Are you familiar with Chief Schwarz's
16 signature?
17    A.  No.
18    Q.  You haven't seen it in other reports?
19    A.  I don't usually get them.  I don't ask for
20 them.
21    Q.  I see.
22       If you turn to the first page, list the
23 date of the incident, February 19, 2013, do you see
24 that?

Page 67

1    A.  Page 32?
2    Q.  That's right.
3    A.  Yes, sir.
4    Q.  And the location 612 Shoreline Road,
5 Unit C, do you see that?
6    A.  Yes.
7    Q.  That's the same location that you were
8 investigating on February 19, 2013, correct?
9    A.  I sure hope so.
10    Q.  For the sake of making the record clear,
11 it is the same address?
12    A.  Oh, yeah.  I don't think they had two
13 fatales in the same neighborhood.  That was it.
14    Q.  Right.
15    A.  That wasn't based on my wrong address
16 today coming here, was it?
17    Q.  No.
18    A.  You did see the subpoena showing that I
19 was at the right place at the wrong time.
20    Q.  I'm going to ask you to turn to Page 35 of
21 this Exhibit 2.
22    A.  Yes, sir.
23    Q.  Do you see in the middle of the page is
24 the section kitchen examination?

Page 68

1    A.  Yes, sir.
2    Q.  I'm going to start reading at the second
3 sentence.  The toaster plunger was in a down
4 position and/or appeared on.  In the area of the
5 toaster, oven we found what appeared to be a phone
6 book and cloth towels.
7       Do you see what I just read?
8    A.  Yes, sir.
9    Q.  Do you recall finding remnants of a phone
10 book and cloth towels?
11    A.  In the area of the toaster, oven, that was
12 further down on the other end of the counter.
13       Are you talking about found them within
14 the toaster area or the area where he's describing?
15    Q.  I'm going to ask both questions.
16    A.  That was kind of like an open -- go ahead.
17    Q.  Do you recall finding remnants of a phone
18 book and cloth towels anywhere in the kitchen that
19 day?
20    A.  If I saw a picture it might refresh my
21 memory.  If Joe says they were there, I imagine
22 they were there.
23    Q.  You have no reason to disagree with what
24 Joe says in his report?

Page 69

1    A.  Well, the way you asked the question is
2 you read the sentence, The toaster plunger was in a
3 down position and/or appeared on.  In the area of
4 the toaster, oven -- see, the toaster oven was
5 further down to the left of the toaster.  There was
6 a toaster and a toaster oven.
7       Are you asking about the area of the
8 toaster or the toaster oven?
9    Q.  It's my understanding there was -- as you
10 walk in the kitchen, the oven, the microwave --
11 I'll ask you about the coffee maker -- the toaster,
12 and then the refrigerator.
13       Do you recall separately a toaster oven?
14 Because I'm not aware of that.
15    A.  No.  When he wrote those words in the area
16 of the toast comma oven, I don't know what he's
17 talking about.  I don't know why the word oven is
18 in here.
19    Q.  And I will represent to you that when we
20 took the deposition yesterday of Chief Schwarz, he
21 said there is a typo in there and the word oven
22 should be stricken.  He meant in the area of the
23 toaster.
24    A.  Now, you know I was with him at the time

18 (Pages 66 - 69)

Page 70

1  of the fire, though. That kind of threw me because
2  I know the microwave was to the left. You can see
3  in one of the pictures it's further down here.
4      Q. Let me just ask you --
5      A. So that wasn't an attorney trick question,
6  was it?
7      Q. No. I'm not trying to trick you.
8      MR. SCHNEID: I don't think so.
9      THE WITNESS: I'm joking. I'm sorry.
10         So the word oven shouldn't have been in
11 there. There wasn't a toaster oven. There was a
12 microwave on the left, there was a coffee maker,
13 and the toaster and the refrigerator.
14 BY MR. SHEA:
15     Q. Let me ask you a new question.
16     A. That was a good question, though.
17     Q. If Chief Schwarz testified that he found a
18 phone book and remnants of cloth towels in the area
19 of the toaster, would you have any reason to say
20 he's wrong?
21     A. No, I wouldn't.
22     Q. You wouldn't disagree with that statement?
23     A. No.
24     Q. Now, do you have any recollection of

Page 71

1  finding remnants of a phone book and cloth towels
2  in the area of the toaster?
3      A. I mean if I saw it in the picture, it
4  would refresh my memory. There was the normal
5  stuff on a counter.
6      Q. Turn back to your narrative in Exhibit 1,
7  second to last paragraph, At the time of this
8  report, this fire is being classified as accidental
9  in nature with the ignition of food and ordinary
10 combustibles.
11        Do you see that part that I read?
12     A. Oh, sure. Yes, sir.
13     Q. When you were referring to ordinary
14 combustibles, describe what you mean.
15     A. The cabinets, the stuff around it,
16 basically the cabinets. Food is the first thing
17 and then the food got going, which caused a flame
18 to rise up out of the toaster oven and cause the
19 ignition of ordinary combustibles, which would have
20 been the -- what do you call it -- the cabinets.
21     Q. If there were a cloth towel on or around
22 the toaster, would that also qualify as ordinary
23 combustibles?
24     MR. SCHNEID: Objection to form. As to which

Page 72

1  one? On or around? I want to break that one down.
2      THE WITNESS: It is an ordinary combustible.
3  Whether it was ignited from the original fire
4  upward or was it the fact when the fire came up and
5  over and started traveling, so was it the original
6  ordinary combustible, I don't know. I know it was
7  burned or -- it was caused to be on fire, but I
8  don't know if that was primary or after the fire
9  was involved -- I mean continued to travel.
10        See, the new terminology is called
11 ignitable solids. Stuff from 2013, things have
12 evolved from them. So anything that's on the
13 counter would be ordinary combustibles, but the
14 fixed stuff on there now is called ignitable solid.
15 BY MR. SHEA:
16     Q. When did that begin?
17     A. Well, they come out with a version of this
18 thing every four years. I'm not sure when it came
19 out. I just remember now they use the term
20 ignitable solid for structural materials, like
21 two-by-fours and stuff like that, and ordinary
22 combustibles for stuff that would be left on the
23 counters.
24     Q. But you are sure that at the time of your

Page 73

1  report ordinary combustibles, includes both things
2  like the towels and the cabinets?
3      A. Yes.
4      Q. Do you recall an overhead light underneath
5  the hanging cabinets?
6      A. I'm thinking. I don't remember.
7      Q. You didn't include any indication in your
8  report of an overhead light?
9      A. No, sir.
10     Q. Do you recall remnants of the coffee maker
11 near the toaster?
12     A. I'm thinking. Can I see the pictures?
13     Q. Sure. Take a look at Exhibit 3.
14     A. Let's see. Here's the microwave.
15     Q. These aren't great.
16     A. Well, it looks like it would be underneath
17 that piece of drywall by that outlet there. See
18 that white piece of drywall there?
19     Q. We are looking at the first page of
20 Exhibit 3 that shows the south wall?
21     A. Yes, sir.
22     Q. And just to the right of the outlet?
23     A. Yes, sir.
24     Q. Understood.

19 (Pages 70 - 73)

Page 74

1     Did you examine the coffee maker?

2   A.  I'm trying to think if we looked at the --

3 I did look at it. It was melted. But to me, the

4 pattern was coming from the toaster oven, not the

5 coffee maker.

6   Q.  How far apart would you say the coffee

7 maker and the toaster were?

8   A.  Less than five feet. I don't know. I

9 didn't measure it. It stayed on the same counter.

10   Q.  But both the toaster and the coffee maker

11 were between the outlet and the refrigerator on the

12 south wall, correct?

13   A.  Yes, sir.

14   Q.  Based on your investigation, did you have

15 any indication as to how old the toaster was?

16   A.  No, sir.

17   Q.  We have already discussed some of this,

18 but I'm going to ask you based on your

19 investigation, did you come to any conclusions?

20   MR. SCHNEID: Object to form.

21     Go ahead.

22   THE WITNESS: Conclusions as to?

23 BY MR. SHEA:

24   Q.  Well, in your role as a cause and origin

Page 75

1 investigator, did you come to any conclusions?

2   A.  Well, sure. The fire originated within

3 the kitchen along the south wall, but I didn't at

4 any time believe there was anything incendiary in

5 nature in this fire. The patterns were extending

6 upward and outward then the two-slice energized

7 toaster with the plunger in the down position. We

8 left it in place, let the other investigators know

9 not to touch, move it, or do anything with it to

10 make sure that it's left in the same place and in

11 the manner that it was found in order to be

12 examined by engineers after us to determine what's

13 going on with it.

14   Q.  Am I correct in the terminology that a

15 fire must have an initial heat source or ignition

16 source? Is that generally true?

17   A.  Oh, yeah. There's five things that a fire

18 needs -- or I'm sorry. There are four things that

19 a fire needs. It needs fuel, oxygen, heat, and an

20 uninhibited chain chemical reaction. Something has

21 got to bring those all together. You need four

22 things to have a fire.

23     The reason why I mention that is because

24 that was one of the questions on the test for my

Page 76

1 fire investigation technician certification two

2 weeks ago. It was just funny that that's the first

3 thing you learn in fire school, when you go to

4 basic fire school.

5     It used to be called the fire triangle.

6 What they did was they added this uninhibited

7 chemical chain reaction. How do all three of these

8 things cause a fire if they don't come together?

9 The question was which one is not in there, so you

10 had to pick the one that was missing out of the

11 fire tetrahedron or whatever. That's why I

12 laughed. I apologize.

13   Q.  Understood.

14   A.  I was thinking I was having the test all

15 over again.

16   Q.  Do you have an opinion as to what the heat

17 source that started this fire was?

18   A.  Yes, sir.

19   Q.  What was that heat source?

20   A.  I believe it was the energized electrical

21 two-slice toaster.

22   Q.  Just a minute or so ago you described, I

23 think, all of the reasons.

24     Do you have any additional bases why you

Page 77

1 believe that was the heat source?

2   A.  Just based on what I saw at the fire

3 scene.

4   Q.  Is it your understanding then that the

5 toaster was cooking some food at the time of the

6 fire, or just prior to the fire I guess?

7   A.  Prior and during I imagine.

8   Q.  That's your opinion?

9   A.  Yes, sir.

10   Q.  And did you ever go in the bedroom as part

11 of your investigation?

12   A.  Oh, sure.

13   Q.  Do you recall seeing a pattern on the

14 carpet where Mr. Ostrinsky was found where the

15 carpet had less soot than other spots?

16   A.  You mean the protected area where they

17 found him?

18   Q.  I think that's better terminology. I

19 think that's right.

20     Do you recall seeing that?

21   A.  Yeah, sure. If it was there, I saw the

22 outline of him. He couldn't have been there if I

23 saw the outline.

24     Remember I couldn't remember if he was

20 (Pages 74 - 77)

Page 78

1 there or not?
2    Q.   Right.
3    A.   So apparently, yeah, if there was an
4 outline, that's called a protected area.
5    Q.   I'm going to pull up a photo and see if
6 this refreshes your recollection.
7    A.   Do you want me to come over there?
8    Q.   I'll bring it over to you.
9    MR. SHEA:  For the record, this is the photo
10 7326 on the jpeg.
11    THE WITNESS:  7326, holy cow.
12 BY MR. SHEA:
13    Q.   So this is a photo that Mr. Senneke took.
14    A.   Can I touch your computer?
15    Q.   Please.
16    A.   You can see I've been to court before.
17    Yes.
18    Q.   And having seen this, do you now recall
19 Mr. Ostrinsky was found in his bedroom?
20    A.   Yes, sir.
21    Q.   And did you, in fact, see the protected
22 pattern on the carpet when you were there?
23    A.   The protected area, yes.
24    Q.   Which we see in this photo as sort of a

Page 79

1 white shape on the carpet near the bed?
2    A.   Yes, sir.
3    MR. SHEA:  I think we're done with this then.
4 I'll go sit down.
5 BY MR. SHEA:
6    Q.   Is your recollection now refreshed that
7 Mr. Ostrinsky was found in his bedroom?
8    A.   Well, no.  I thought he was closer to the
9 hallway area, but, yeah, the bedroom.  I said
10 bedroom earlier.  I just didn't know if he was
11 found by the entranceway to -- by the hallway or in
12 his bedroom.  I thought I said bedroom earlier.
13    Q.   By the way, do you ever teach classes?
14    A.   Yes, sir.
15    Q.   Do you teach fire safety courses?
16    A.   Fire safety, I just did one for Fairview
17 South Grammar School about two weeks ago.
18    Q.   You are certainly very familiar with safe
19 practices to avoid a fire?
20    A.   Oh, no, not so much to avoid a fire.  But
21 I explain to them the necessity of having a working
22 smoke detector in multiple places around your home.
23 I explain to them the need to have a CO detector
24 because you can't see or smell that.

Page 80

1    I also inform people about the fact that
2 they need to know how to get out of their house in
3 case of emergency.  I also inform them to find
4 out -- when they have visitors coming for the
5 holidays, to make sure they know how to get out of
6 your house, because you may be able to get out, but
7 they don't.  I talk to them about putting stuff too
8 close to the burners for a furnace or too close to
9 a fire underneath the hot water heater, when they
10 push laundry closer to it.
11    Just different safety tips about -- also,
12 illuminating your addresses front and back, so the
13 police and fire department and ambulance can find
14 your home at nighttime and during the day.  I
15 talked to them about -- one of my major things,
16 even when my kids grew up, is to make sure if your
17 kids go to another house for an overnighter, to
18 make sure that the family that you are leaving your
19 children in the custody of has a working smoke
20 detector.
21    Q.   Now I'm going to ask whether it was part
22 of this class you just taught or just generally,
23 would you recommend using a toaster with a cloth
24 towel touching some part of it?

Page 81

1    MR. SCHNEID:  Objection to form.  That's not
2 the evidence in the case, but go ahead.
3    THE WITNESS:  Would I recommend that, using a
4 towel close -- no, I wouldn't recommend.
5 BY MR. SHEA:
6    Q.   Is that a safe practice?
7    A.   It is until it catches fire.
8    Q.   I was going to ask you why you wouldn't
9 recommend it.
10    A.   Well, there is a chance for it to catch on
11 fire.  I mean it all depends where the towel is
12 located.
13    Q.   Based upon all your education, experience,
14 and training, is it a safe practice to use a
15 toaster in an unattended manner?
16    MR. SCHNEID:  Objection, form, foundation,
17 speculation.
18    Go ahead.
19    THE WITNESS:  The roundabout answer to that
20 would be it's all right until something happens.
21 How many people put stuff in an oven and leave to
22 go watch television and nothing happens?  I mean
23 unfortunately this happened the one time.  You know
24 what I mean?

21 (Pages 78 - 81)

Page 82

1    If someone does something all the time --
2 and I use this as an analogy. If you are a smoker
3 and you throw your cigarette butts in your garbage
4 can in your bedroom every night before you go to
5 bed for 20 years and all of the sudden one day
6 you've got a fire in your bedroom, that's common
7 practice. To me, that's not carelessness; that's a
8 common practice.
9    So whether somebody toasts toast on the
10 stove or oven or whatever, that's their thing.
11 It's just unfortunately that when something goes
12 wrong, hopefully they are alive enough not to do it
13 again, or if they don't make it, they are not going
14 to do it again. To me, I can't make a judgment
15 call on somebody's character. You know what I
16 mean?
17 BY MR. SHEA:
18    Q. We are not asking about someone's
19 character. You are an expert in fires and fire
20 safety, correct?
21    A. Well, I'm not an expert. I have been
22 around long enough to know more than others, but I
23 don't consider I'm an expert on that.
24    Q. If you were teaching a class to these kids

Page 83

1 like last week and someone raised their hand and
2 said --
3    A. This was to adults. This was to their
4 families. I don't do juveniles. It's all to
5 adults. This was a PTA presentation.
6    Q. I understand.
7    In any event, if you are doing this PTA
8 presentation and a parent raises their hand and
9 says I'm busy, I have a hectic life, should I stay
10 in the kitchen while I'm cooking, would you have an
11 answer?
12    MR. SCHNEID: Objection, form, relevance,
13 foundation.
14    Go ahead.
15    THE WITNESS: Okay. My answer would be -- and
16 this is what was asked of me and I will answer your
17 question this way -- I will answer it -- one of the
18 individuals raised their hand and said I use a
19 crock pot. I set the crock pot, I go to work, come
20 home, and we have dinner. Is there a problem with
21 that? I said not as long as it's working.
22    So before they come home and something
23 burns their house down, apparently no. But if they
24 do this every day and that thing is done, I can't

Page 84

1 tell somebody not to use a crock pock or something
2 unattended. I only show up to your house maybe one
3 time in your lifetime. Do you see what I'm saying?
4 So, therefore, I explain to the person who asked me
5 that question it's okay until something goes wrong.
6 You don't want me standing out in front of your
7 house saying I'm very sorry, but you left your
8 crock pot on. I can't really answer that question
9 because everybody is different. I hope that
10 answered your question.
11 BY MR. SHEA:
12    Q. Sure.
13    Based on your investigation in this case,
14 did you find any evidence of malfunction of the
15 toaster?
16    A. No, sir. I didn't touch the toaster.
17    Q. Since you've issued this report that's
18 Exhibit 1 here, have you come into any new
19 information about this case or this fire?
20    A. I may have talked to the private guy or
21 whoever handled this after the fire department, but
22 I can't remember who that was.
23    Q. Like perhaps a representative of an
24 insurance company?

Page 85

1    A. Right. They send out private
2 investigators and adjusters and all those guys to
3 do a fire. This was a couple years ago. I may
4 have crossed paths with the person who handled the
5 loss for the insurance company and I have no idea
6 who that is. I don't remember. I know the person,
7 but I just don't remember who it was.
8    Q. Since this report was drafted, did you
9 conduct any additional investigation later in this
10 case?
11    A. No, sir.
12    You are talking about my report, right?
13 You keep pointing to that one.
14    Q. I'm sorry. I do mean your report.
15    A. I didn't do Joe's report. That's his
16 thing. Can I hand that back to you so we don't get
17 messed up with it?
18    Q. You bet.
19    I'm going to ask you something actually
20 about Joe's report, Exhibit 2.
21    A. Yes, sir.
22    Q. The page that's marked B&D_36 --
23    A. Yes, sir.
24    Q. -- in the first paragraph, second

22 (Pages 82 - 85)

Page 86

1 sentence, he writes, The cause of the fire is
2 unattended cooking --
3    A. Oh, second sentence. I'm sorry. Go
4 ahead.
5    Q. The cause of the fire is unattended
6 cooking with the ignition of available combustibles
7 situated near an ignition source on or around an
8 energized two-slice toaster believed to be
9 approximately 12 years old per Howard Ostrinsky.
10       Did I read that right?
11    A. Yes, sir.
12    MR. SCHNEID: Let me just renew my objection
13 before we get going about form and using this
14 report he hasn't seen.
15       Go ahead.
16 BY MR. SHEA:
17    Q. Now, I know you said you have no idea how
18 old the toast is, right?
19    A. No idea.
20    Q. So let's disregard the part about believed
21 to be approximately 12 years old.
22    A. It's disregarded.
23    Q. Okay. Do you agree with Chief Schwarz's
24 statement the cause of the fire is unattended

Page 87

1 cooking with the ignition of available combustibles
2 situated near an ignition source on or around an
3 energized two-slice toaster?
4    MR. SCHNEID: Form.
5    THE WITNESS: Yes, sir.
6       Oh, I'm sorry. Did you want to object?
7    MR. SCHNEID: It's a standing objection. Go
8 ahead.
9    THE WITNESS: I had to wait until you object.
10 I apologize.
11    MR. SCHNEID: That's okay. No problem.
12    THE WITNESS: Sometimes that happens on the
13 stand, too. I answer too quickly and they say
14 you've got to wait for him to say something.
15 BY MR. SHEA:
16    Q. And because of that, I want to make sure
17 the record is clear.
18       You do agree with the Chief's conclusion
19 that I just read?
20    A. Let me just clarify my answer by saying
21 yes and understanding why I agree with him.
22    Q. Please.
23    A. The cause of the fire is unattended
24 cooking. That's the part that occurred in the

Page 88

1 toaster itself.
2       With the ignition of available
3 combustibles situated near an ignition source on or
4 around an energized -- okay.
5       It originated in my opinion -- Joe is
6 saying it his way. Again, I don't read his report
7 and I don't know he read mine. That's why I don't
8 get their reports, because I don't read them. But
9 what I get from this -- and I'm not an attorney. I
10 was there with him -- is that the unattended
11 cooking is what's going on in the toaster.
12 Everything else occurring after that with the
13 cabinets and the other stuff around it, that's the
14 available combustible situated near and around it.
15 If that's what he's saying and if that's how you're
16 interpreting it, then I agree with it.
17       Does that make sense?
18    Q. If he testified that available
19 combustibles situated near an ignition source on or
20 around the toaster, if he were to testify that on
21 or around to him means within a quarter of an inch
22 for those available combustibles, would you agree
23 with his statement there?
24    MR. SCHNEID: Objection, form.

Page 89

1 BY MR. SHEA:
2    Q. Do you understand my question?
3    A. I understand what you're saying. The
4 energized electrical appliance, being the two-slice
5 toaster, ignited the ordinary combustibles around
6 it, leaving off the part unattended cooking, no, in
7 my opinion, this is unattended cooking. The fire
8 ignited the stuff around it after the stuff in
9 there is already burnt.
10       So whatever Joe is saying and doing,
11 that's on him. You know what I mean? That's what
12 he's going to have to stand up and raise his right
13 hand and testify beyond god and himself. So what I
14 have to say is I agree with the premise of what
15 he's saying, but the way you are presenting it to
16 me is that you are leaving off the unattended
17 cooking part. The toaster -- I'm sorry.
18 BY MR. SHEA:
19    Q. You finish.
20    A. If the toaster was sitting on this counter
21 and it was energized and the towel next to it,
22 it didn't start the towel on fire or the phone
23 book. What occurred in my opinion is that
24 whatever, again, being a bagel in this case, if he

23 (Pages 86 - 89)

Page 90

1  makes bagels, was in the toaster, the plunger is
2  down, it's energized, it catches fire.  Everything
3  else around it, again, like I explained before in
4  the demonstration, that's secondary.  The towel and
5  the phone book and the cabinets, that's secondary.
6        In my opinion, the primary thing that was
7  ignited was in the toaster itself, the energized
8  two-slice operating toaster, that's what I believe
9  caused the fire.  So I don't know what -- you can
10 ask me in a month of Sundays about what Joe was
11 thinking or what he's saying, but, see, Joe writes
12 his report based on what he's doing.  We all come
13 to the same thing, that we based it back on the
14 two-slice toaster.  The part of the two-slice
15 toaster, I agree with that.
16    Q.  I do understand your position.  I'm going
17 to clarify and ask a different question.
18        If Joe told us yesterday that he believes
19 that there were nearby combustibles within a
20 quarter of an inch of the toaster that were the
21 primary ignition -- not ignition source -- primary
22 fuel -- is that right term?
23    A.  At first ignitable material?
24    Q.  Yes.  Let me start the question over.

Page 91

1        If Joe told us yesterday that there were
2  first ignitable materials somewhere within a
3  quarter of an inch of the toaster, do you disagree
4  with that?
5    MR. SCHNEID:  Objection, form.  First of all,
6  that was not exactly or even pretty close to what
7  he did testify to on Tuesday.  I've got a big
8  problem with form.  And then it's foundation.
9        It's sort of unfair to this witness as
10 well to quote part of the deposition, not on
11 purpose, but incorrectly by counsel, and then have
12 this witness try to agree or disagree.  It's
13 improper.
14 BY MR. SHEA:
15    Q.  You can still answer the question.
16        Would you agree that there was a primary
17 fuel within a quarter inch of the toaster?
18    A.  I mean like my -- same objection?
19    MR. SCHNEID:  Same objection.
20    THE WITNESS:  Okay.  I heard you getting ready
21 to say something.
22    MR. SCHNEID:  He already testified the primary
23 source was inside of the toaster, but go ahead.
24    THE WITNESS:  I do not believe that anything

Page 92

1  that was near or around the toaster was the first
2  material ignited in my opinion.  It was
3  originating, again, like the counselor said and
4  like I stated earlier, the fire originated inside
5  the interior of the toaster causing the fire to
6  occur and spread upward and outward and then other
7  materials catching on fire or igniting due to that
8  fire.
9        You can have a newspaper touching the side
10 of a toaster.  The odds of it happening over a long
11 period of time browning or drying out.  But I mean
12 as far as the fire itself and the patterns indicate
13 that it's coming from the top of the toaster in my
14 opinion.
15 BY MR. SHEA:
16    Q.  Sure.
17    A.  That's what you asked me for, right?
18    Q.  Always asking for your opinion.
19    A.  That's why I'm here, right?
20    Q.  A food source in the toaster resulted in
21 flames, is that your opinion?
22    A.  It caught on fire, yes.  It caught on fire
23 and flames were produced, yes.
24    Q.  Based on your expertise, what type of

Page 93

1  temperature would be needed to ignite underneath
2  the cabinets?
3    A.  Well, that depends on the finish, if it's
4  a varnish finish, if it's a non-varnish finish.  It
5  depends on the age of the cabinet, if it's
6  dried-out wood.  I would say wood ignites between
7  300 and 500, 600 degrees Fahrenheit.
8        What has to happen is that once a flame is
9  produced and the material is heated up and the
10 vapors are drawn out of the material, then the
11 material starts burning giving off more heat
12 causing it to spread farther and faster.
13    Q.  Is it your opinion that a bagel in a
14 toaster on the counter has sufficient energy to
15 cause the bottom of the cabinets to heat up to a
16 necessary ignition point?
17    MR. SCHNEID:  Objection, form, incomplete
18 facts.
19    THE WITNESS:  I would have to say in this case
20 it did.
21 BY MR. SHEA:
22    Q.  Do you have any opinion at all as to what
23 temperature a burning bagel could reach?
24    A.  No, but I can find out for you.

24 (Pages 90 - 93)

Page 94

1    Q.  Would it be necessary for flames to be
2  emitting from the top of the toaster to ignite the
3  cabinets in the mechanism you've described?
4    A.  Yes, sir.
5    Q.  Do you have any opinion as to whether the
6  flames need to emit one inch, two inch, a foot
7  out of the toaster before they can ignite the
8  cabinets?
9    A.  I don't have that scientific evidence, no.
10  Like I said, I can research it and get back to you
11  if you need.
12    Q.  Without researching it, just based on your
13  history, would the flames have to touch the
14  cabinets?
15    A.  No, sir.
16    Q.  Are you able to say that the flames would
17  need to be more than an inch out of the top of the
18  toaster?
19    A.  I'm not going to say any height or
20  whatever.  It just has to be -- I mean the flames
21  do have to emit from the toaster in order to
22  produce enough heat to get everything else going,
23  so I don't think if it was just inside of the
24  toaster that the fire eventually would have to come

Page 95

1  out of it.  The material is burning.  I mean there
2  is a thing called the heat release rate and the
3  QDOT theory.  So if I can check the QDOT theory --
4  and I have to research this and all that stuff --
5  to find out how much a bagel -- again, I need to
6  know the size of the bagel, I need to know the
7  thickness.  I need to know everything about the
8  bagel in order to determine or have somebody help
9  me determine the heat release rate of the bagel.
10    Q.  You may be familiar and you may not, but
11  is it true that something like a Pop Tart with a
12  lot of sugar in the middle would have a higher heat
13  release rate than a bagel?
14    A.  Again, I would have to look at the -- like
15  I said, NIST, the National Institute of Standards
16  and Testing, has charts on all that stuff.  UL
17  probably has a chart on that also.  I am not
18  familiar with all of the different heat release
19  rates for a Pop Tart versus a bagel versus toast.
20  I would have to research that and see if that was
21  ever researched in the past for me to obtain that
22  knowledge.  I never burned a Pop Tart just to find
23  out how hot it gets or a bagel or toast or
24  something.

Page 96

1    Q.  I'm wrapping up.
2        Do you have any opinions and conclusions
3  that we haven't yet discussed today?
4    A.  About?
5    Q.  With respect to this fire.
6    A.  No, sir.
7    MR. SHEA:  Thank you, sir.  I don't have any
8  further questions.
9    THE WITNESS:  For now.
10    MR. SHEA:  For now.
11    MR. SCHNEID:  I'm not going to say I only have
12  a few.
13    THE WITNESS:  I know.  That's an attorney's
14  favorite thing, I only have a few questions for
15  you.
16        EXAMINATION
17  BY MR. SCHNEID:
18    Q.  I am going to submit to you this toaster
19  was not an all stainless steel toaster.  It has
20  plastic housing on the sides and the front and back
21  of it.  Okay?
22    A.  Okay.
23    Q.  Make sense so far?
24    A.  Yes, sir.

Page 97

1    Q.  Is it a likely scenario that the heat from
2  the fire inside of the toaster could get hot enough
3  where at some point in the process of the fire the
4  plastic housing then ignites?
5    MR. SHEA:  I am going to object to the form as
6  to identifying the housing using the term plastic.
7        You can still answer over the objection.
8    THE WITNESS:  I'm thinking.  I'm not trying to
9  ignore you.  I'm trying to phrase my answer
10  correctly.  Are you talking under normal operations
11  or fire that's occurring?
12  BY MR. SCHNEID:
13    Q.  I'm actually asking about this case.
14    A.  I am sorry.
15    Q.  If we look at the photographs, you can see
16  that the plastic housing has been burned or melted
17  away?
18    A.  Yes, sir.
19    Q.  So at some point during the fire's
20  progression, we know that it did ignite and burn?
21    A.  Yes, sir.
22    Q.  My question really is in the early stages
23  of the fire, could the heat from the fire inside
24  the toaster itself cause enough heat to ignite the

25 (Pages 94 - 97)

Page 98

1  plastic material on the outsides of the toaster?
2      A.  I have to answer your question, sir, I
3  don't know that.
4      Q.  And is there any information you need
5  to and any more facts you would need to note to
6  make that determination or it's not possible?
7      A.  It is possible, yes, sir.  In my opinion,
8  what would happen is the manufacturer -- if this is
9  UL or tested by a place before they put it on the
10  market, what they do is they do numerous testing of
11  the appliances.  I have seen in the past just
12  watching some of the different things and attending
13  classes, in my mind I would believe -- not in this
14  case or any other case -- is that if a toaster is
15  going to be put on the market with plastic sides,
16  that testing in my opinion would have been done to
17  see if there is a fire built in there that would
18  cause that melting or distortion or melting of the
19  plastic.
20          In my opinion, if a fire did occur inside
21  that did cause the plastics to melt, they wouldn't
22  put it on the market.  You know what I'm saying?  I
23  don't know if UL or another testing place would
24  approve it because there should be some kind of --

Page 99

1  you know what I am mean?  That was my answer.  I
2  don't know if it was done, but I think, again, if
3  they do stuff and if the fire occurred in it and it
4  should have been contained in it or at least
5  emanated upward in its normal path, but the sides,
6  that would be a UL question.  I would have to
7  research that with the manufacturer of that.
8      Q.  So based on your investigation, we know
9  that the plastics on the toaster at some point
10  burned away.
11          You don't know or can't tell us based on
12  your investigation at what point did they burn?
13      A.  Absolutely not, right.
14      Q.  Once the plastic begins to ignite, would
15  the plastic itself then be an additional fuel
16  source for this fire?
17      A.  Okay.  I've very glad you asked that
18  question -- and not saying yours are -- I'm glad
19  you asked that.  I can answer that in a couple
20  ways.  My first answer would be then if the
21  toaster -- and it's questionable -- this one in
22  question was operating, the plunger down, the bagel
23  was in there, whatever food product was in there,
24  caught fire, caused the fire, the fire travels up

Page 100

1  and out because the -- remember I talked about the
2  least path of travel resistance?
3      Q.  Uh-huh.
4      A.  So the upward motion of the openings,
5  that's where you are allowing the fire.  There
6  wouldn't be as much, in my opinion, fire buildup or
7  heat buildup because you have at least two places
8  where the heat will dissipate from.  I'm thinking
9  about your question and that's why I'm answering
10  it.
11          So, therefore, if it was a sealed object
12  and there was a heat buildup in there causing that,
13  that would be a tremendous amount of fire to build
14  up heat to melt the sides.
15          I'm sorry if I'm going too fast.
16          There is a place there that's emanating
17  the heat.  So the heat really shouldn't have built
18  up inside it to the point it's melting because
19  there is a place for it to walk it off.
20          Now the second part of it I would like to
21  answer.  Go ahead if you had something.  I'm sorry.
22      Q.  I just want to make sure for the record
23  that you are talking about the slots of the
24  toaster --

Page 101

1      A.  Yeah, where you put the toast in.
2      Q.  -- where the heat goes up?
3      A.  You are absolutely correct.
4          The other part of your question, and to
5  answer part of your question, is that I don't
6  know -- actually you asked two more questions.  I
7  know both of the answers.  The question then
8  becomes when did the plastic melt?
9      Q.  Yes.
10      A.  So when the fire is going upward and
11  outward and starting to bank down, it's called
12  radiating heat because the heat has got to go
13  somewhere.  So what happens is your heat starts to
14  bank down.  I don't know if you've ever heard that
15  thing where the smoke is banking down to the floor
16  and people are crawling, that old thing.  Well,
17  heat does the same thing.  Heat has got to go
18  somewhere.  The heat starts to bake the ceiling and
19  starts to traveling downward.
20          If the heat is intense enough, the melting
21  temperature of your plastics come into question.
22  It would melt before it would catch on fire.  So
23  let's say, for instance, the melting temperature of
24  this particular plastic is 10 degrees -- which it's

26 (Pages 98 - 101)

**Page 102**

1  not. I'm just throwing it out for conversation.
2  Say the fire reached 25 degrees at the ceiling.
3  Once it starts banking down, it's going to have to
4  reach 12, 11, 10 degrees, let's say, at the
5  particular product or plastic to cause it to
6  distort and melt.
7         The answer to your question is you would
8  be able to find out through an examination done by
9  an engineer, electrical or mechanical engineer, to
10  determine whether or not -- I'm going too fast. I
11  apologize -- whether to find out if the plastic
12  melted from internal heat or external heat.
13         Now, to further answer your question about
14  would that add to the fire load as far as the heat
15  release rate to give off more heat of the product,
16  anything burned gives off heat. So once that heat
17  is coming down from the ceiling and starting to
18  bank down, now you've got the cabinets going, which
19  is giving off heat. It's coming back down. The
20  heat is dropping down and traveling.
21         Let's say it is external heat that causes
22  the plastic to melt. I don't know if it's going to
23  be that hot enough down at that level to cause it
24  to ignite. Do you see what I'm saying?

**Page 103**

1         In order for something to ignite, you have
2  to draw out the vapors. The vapors of the material
3  is what's burning, not the product. So, therefore,
4  that would probably be an engineer question and a
5  manufacturer's question when they did the -- if it
6  it's UL. Again, I don't know if it's UL or
7  whatever rating it has. That would be a technician
8  question under the fact that it was allowed on the
9  market with a stamp of approval, that would give
10  you that particular answer.
11         But a layman's answer for my opinion would
12  be that because the slats on the top where you put
13  the toast are open, the heat should be able to
14  dissipate upward and not be able to collect that
15  heat in there.
16   Q.  Got it.
17   A.  I know it was like three questions you
18  asked. I tried to answer them, so I hope I did.
19   Q.  I think you did fine. I think that's fine
20  in the record. Great.
21         My last question is about the V pattern
22  and the charring.
23         Is there anything that you observed with
24  this particular V pattern and/or the charring and

**Page 104**

1  melting you see either from your memory back at the
2  scene or the photograph, Exhibit 3, that would tell
3  you the speed of this fire?
4   A.  I am not a fire protection engineer with
5  all of the calculation numbers stuff. I don't want
6  to sound like a person that doesn't know much. But
7  in my opinion, to answer your question, it would be
8  no, I don't know, and this is why I don't know.
9   Q.  Perfect.
10   A.  When the food product was placed in the
11  toaster and the toaster was energized down and the
12  plunger down and it was energized, the time it took
13  for it to occur, that's, in my opinion, when it
14  started. You know what I mean?
15         Again, how fast it occurred, I don't have
16  any idea because I don't know what the setting was.
17  He could have put it on burnt. Who knows? It
18  could have been on one. I don't even know how many
19  settings there were. So I don't know.
20   Q.  I used the wrong term with you. I
21  apologize.
22         What I'm looking for is the burn pattern
23  rate, not the fire starting itself, but the --
24   A.  Fire travel rate?

**Page 105**

1   Q.  The burn rate.
2   A.  I'd kind of answer the question the same
3  way because of the fact that until that started to
4  occur, nothing was going on. And from the time --
5  again, I don't know when the gentleman in this
6  particular case did the -- I believe he's the one
7  that put it in there. I don't know the time it
8  took -- I know it occurred before 08:50 because
9  that's when the alarm came in. I don't know how
10  long ago did he put it in there. If I gave you 5,
11  10, 15 minutes, I'd be lying to you.
12   Q.  Here's where I'm going. I was reading a
13  little bit about this and I read that narrow V
14  patterns can mean it's a faster, wide can mean it's
15  a slower.
16         Is there any distinguishing thing about
17  this or not?
18   A.  Okay. To answer your question, the reason
19  why this is more of a narrower pattern, which it's
20  not narrow, but it's a more narrow pattern because
21  the refrigerator next to it prevented it from
22  traveling, and once something reaches an
23  obstruction, it's going to change the pattern.
24   Q.  Got it.

27 (Pages 102 - 105)

Page 106

1     A.  I wasn't sure exactly, but I hope I
2 answered your question.
3     Q.  You definitely did.
4         You were asked if you saw any evidence of
5 malfunction in the toaster.  I heard your answer.
6         But it's also true you did not look for
7 any evidence of malfunction in the toaster; is that
8 correct?
9     A.  Correct.
10     MR. SCHNEID:  Thank you.
11     THE WITNESS:  You're quite welcome.
12     MR. SHEA:  Is that all?
13     MR. SCHNEID:  Yes.
14     THE WITNESS:  For now.
15     MR. SHEA:  I have a couple of follow-ups.
16         FURTHER EXAMINATION
17 BY MR. SHEA:
18     Q.  You were just distinguishing plastic
19 melting from plastic burning, correct?
20     A.  Well, I was explaining how plastic will
21 melt and then it will burn.  It depends on the heat
22 and how much heat is applied to it and for what
23 duration.  It normally would start melting before
24 it actually physically burns.

Page 107

1     Q.  Is it your opinion in this case that the
2 heat came down from the cabinets and first started
3 the plastic housing to melt?
4     A.  That was my thought when I was looking at
5 the toaster, but is that was -- again, to verify, it
6 would have to be done by a mechanical or whatever,
7 a plastics engineer.  But in my opinion, the
8 radiating heat from the top was coming down causing
9 the plastic to melt.  I don't believe the plastic
10 melted or whatever it's made out of -- like I said,
11 I didn't even think of the fact of there being an
12 internal enough heat to melt the side coming off
13 that way -- I'm sorry.  I used a hand signal -- to
14 the sides.
15     Q.  You also mentioned a little bit about UL
16 testing.
17         Do you have familiarity with
18 self-extinguishing plastics?
19     A.  When I went to that origin and cause and
20 courtroom techniques class in 1993, they talked
21 about different kinds of plastics.  They talked
22 about the plastics that actually drip and melt and
23 burn.  I forgot the real term.  It's a big long
24 name.  But it's one word.  You heat it up.  The

Page 108

1 plastic will form and drip.  Then there's some that
2 you melt and it will start dripping and cause
3 little fires.
4         I don't know what plastic that's about or
5 what it was made out of.  Again, I know this is
6 going to sound goofy to all of you guys, but I knew
7 we were going to be sitting here one day.  That's
8 why I said don't touch it, don't move it, don't
9 breathe on it, don't move anything on it, because
10 if we were to take a piece of the -- we had
11 flashlights looking in it and we were taking
12 pictures of it.  But if we took an ash or something
13 off of that that tripped the mechanism up, man, oh,
14 man, you are talking about spoilization (sic) of
15 evidence.  You guys would be all over me talking
16 about it, not physically.
17         But what I'm saying is the plastic
18 melting, plastic dripping, again, I didn't touch
19 it.  I don't know what the plastic is.  I forgot
20 the terminology of the plastic.  You probably could
21 look it up if you'd like to, counselor.  You looked
22 up the V pattern.  That was very good.  You
23 couldn't do that if you didn't have your phone with
24 you.

Page 109

1     MR. SCHNEID:  I did that yesterday for the
2 record.
3     THE WITNESS:  I understand.
4         What I'm saying is that's my answer.  I
5 don't know what the actual plastic was.  That's why
6 we left it in place.  That's why we let everybody
7 who has more Ph.D.s after their name to look at it.
8 Mitch, the investigator, Joe, the investigator, did
9 not want to disturb it.
10 BY MR. SHEA:
11     Q.  I completely understand what you didn't do
12 and why you didn't do it.
13         When you talk about a class in '93 that
14 you learned of a plastic that will drip, drip, drip
15 without igniting, in your mind, is that synonymous
16 with the term self-extinguishing plastic or is that
17 something different?
18     A.  I never heard that term.  I don't have the
19 book in front of me.  For instance, with the new
20 construction of buildings, in the interiors they've
21 got plastics now, instead of having glass, metal,
22 and wood in the old days.
23         What happens is you have to learn
24 about -- like your computers are made out of

28 (Pages 106 - 109)

Page 110

1  plastic. When they had problems with a computer,
2  the batteries inside would overheat because there
3  was not enough air ventilation underneath it. When
4  people leave them under beds, there was not enough
5  air circulation, so the batteries would start
6  messing up and heating up and causing a fire. The
7  plastic would start to melt and drip and all of
8  that. I wish I could remember the name of that. I
9  can call John, the ATF guy, because he is the one
10 in the class. There is a terminology I wish I
11 could remember. It's like thermoplastic or thermal
12 something. I don't know.
13    Q.  In any event, it's heat resistant in some
14 manner; is that fair?
15    A.  Well, plastic will stay intact until it
16 reaches its melting temperature or ignition
17 temperature. So I would say it would probably
18 reach its melting temperature before the ignition
19 temperature, before it would start to melt and
20 deform and give off vapors, before it would just
21 readily burn. I'm not talking about melting into a
22 pool. I'm talking about distorting and melting
23 similar to steel.
24    Q.  That's exactly where I was going with the

Page 111

1  next question.
2        If this is the type of plastic that you
3  are describing from that '93 class, the type of
4  plastic that's in that computer, do you have any
5  understanding even generally as to what the melting
6  point might be and what the ignition point might
7  be?
8    A.  Okay. Once again, I would have to -- I
9  don't know it offhand. I would have to check the
10 National Institute of Standards and Testing and all
11 that to find out if they have a study on that or
12 check with the manufacturer of that particular
13 toaster to find out if they did do testing on that
14 to have it -- whatever they do to it to put it on
15 the market. They didn't just build it and put it
16 on the market. Somebody had to look at it. So
17 whoever looked at it did the testing on it and I'm
18 sure exceeded the temperature of everything going
19 on just to show it. So for me to sit here and say
20 to you I know what the temperatures are, I don't
21 have a clue.
22        That's a good one for your thing there, I
23 don't have a clue.
24    Q.  It is your opinion that the housing of

Page 112

1  this toaster would have melted first before
2  burning, correct?
3    A.  Depending on the plastic, yeah. I mean
4  the plastic would melt somewhat before, in my
5  opinion, igniting. I don't think a plastic would
6  ignite before melting.
7    Q.  That's what I was going to ask you.
8        Wouldn't every plastic first distort to
9  some degree before igniting?
10   A.  It would have to give off vapors. I mean
11 even if it was really miniscule, it would have to
12 do something in order to -- the molecules would
13 have to start moving in order to give off the
14 vapors for it to burn.
15   Q.  Do you have an opinion in this case
16 whether the housing of the toaster burnt at some
17 point?
18   A.  I didn't look at it -- I mean I didn't
19 examine it. That's the way we left it.
20   Q.  But it is your opinion that the housing of
21 the toaster was attacked by heat that came from the
22 outside in and not the inside out, correct?
23   A.  That would be my opinion.
24   MR. SHEA:  Thank you. I don't have any further

Page 113

1  questions.
2    MR. SCHNEID:  Signature?
3    THE WITNESS:  I just have a question for you
4  guys.
5    MR. SHEA:  Well, let's address signature first.
6    THE WITNESS:  I'm going to wait and read it.
7    MR. SHEA:  Reserve signature.
8    THE WITNESS:  Yeah.
9    MR. SHEA:  Now we can go off the record.
10      FURTHER DEPONENT SAITH NOT.
11      (The deposition concluded at
12      12:18 p.m.)
13
14
15
16
17
18
19
20
21
22
23
24      (RESERVED)

29 (Pages 110 - 113)

Page 114

1 STATE OF ILLINOIS )
2          ) SS:
3 COUNTY OF C O O K )
4      I, Wendy A. Killen, a certified shorthand
5 reporter in the State of Illinois, do hereby
6 certify:
7      That previous to the commencement of the
8 examination of the witness, the witness was duly
9 sworn to testify the whole truth concerning the
10 matters herein;
11      That the foregoing deposition transcript
12 was reported stenographically by me, was thereafter
13 reduced to typewriting under my personal direction
14 and constitutes a true record of the testimony
15 given and the proceedings had;
16      That the said deposition was taken before
17 me at the time and place specified;
18      That I am not a relative or employee of
19 attorney or counsel, nor a relative or employee of
20 such attorney or counsel for any of the parties
21 hereto, nor interested directly or indirectly in
22 the outcome of this action.
23
24

Page 115

1    IN WITNESS WHEREOF, I do hereunto set
2 my hand at Chicago, Illinois, this 23rd of
3 December, 2015.
4
5
6    _____ Reporter
7    CSR Certificate No. 84-003772
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

          115
    Veritext Legal Solutions
    1 North Franklin Street - Suite 3000
        Chicago, Illinois 60606
        Phone: 312-442-9087

ber 24, 2015
ordan Shea
Name: Ostrinsky, David v. Black & Decker (U.S.), Inc.
ext Reference Number: 2192087
ss: Mitchell Kushner   Deposition Date: 12/10/2015
Sir/Madam:
sed please find a deposition transcript.  Please have the witness
w the transcript and note any changes or corrections on the
ded errata sheet, indicating the page, line number, change, and
eason for the change.  Have the witness' signature at the bottom
e sheet notarized and forward errata sheet back to us at the
ss shown above, or email to production-midwest@veritext.com.
e errata is not returned within thirty days of your receipt of
letter, the reading and signing will be deemed waived.
rely,
ction Department

Page 116

1          DEPOSITION REVIEW
          CERTIFICATION OF WITNESS
2
   ASSIGNMENT NO: 2192087
3  CASE NAME: Ostrinsky, David v. Black & Decker (U.S.), Inc.
   DATE OF DEPOSITION: 12/10/2015
4  WITNESS' NAME: Mitchell Kushner
5      In accordance with the Rules of Civil
   Procedure, I have read the entire transcript of
6  my testimony or it has been read to me.
7      I have made no changes to the testimony
   as transcribed by the court reporter.
8
9   Date       Mitchell Kushner
10     Sworn to and subscribed before me, a
   Notary Public in and for the State and County,
11 the referenced witness did personally appear
   and acknowledge that:
12
       They have read the transcript;
13     They signed the foregoing Sworn
       Statement; and
14     Their execution of this Statement is of
       their free act and deed.
15
   I have affixed my name and official seal
16
   this _____ day of_____, 20____.
17
18     Notary Public
19
   Commission Expiration Date
20
21
22
23
24
25

Page 117

1          DEPOSITION REVIEW
          CERTIFICATION OF WITNESS
2
   ASSIGNMENT NO: 2192087
3  CASE NAME: Ostrinsky, David v. Black & Decker (U.S.), Inc.
   DATE OF DEPOSITION: 12/10/2015
4  WITNESS' NAME: Mitchell Kushner
5      In accordance with the Rules of Civil
   Procedure, I have read the entire transcript of
6  my testimony or it has been read to me.
7      I have listed my changes on the attached
   Errata Sheet, listing page and line numbers as
8  well as the reason(s) for the change(s).
9      I request that these changes be entered
   as part of the record of my testimony.
10
       I have executed the Errata Sheet, as well
11 as this Certificate, and request and authorize
   that both be appended to the transcript of my
12 testimony and be incorporated therein.
13
   Date       Mitchell Kushner
14
       Sworn to and subscribed before me, a
15 Notary Public in and for the State and County,
   the referenced witness did personally appear
16 and acknowledge that:
17     They have read the transcript;
       They have listed all of their corrections
18     in the appended Errata Sheet;
       They signed the foregoing Sworn
19     Statement; and
       Their execution of this Statement is of
20     their free act and deed.
21     I have affixed my name and official seal
22 this _____ day of_____, 20____.
23
       Notary Public
24
25     Commission Expiration Date

30 (Pages 114 - 117)

1        ERRATA SHEET
          VERITEXT LEGAL SOLUTIONS MIDWEST
2           ASSIGNMENT NO: 2192087
3   PAGE/LINE(S) /     CHANGE     /REASON
4   _____
5   _____
6   _____
7   _____
8   _____
9   _____
10  _____
11  _____
12  _____
13  _____
14  _____
15  _____
16  _____
17  _____
18  _____
19

20   _____    _____
     Date        Mitchell Kushner
21  SUBSCRIBED AND SWORN TO BEFORE ME THIS _____
22  DAY OF _____, 20_____ .
23   _____
     Notary Public
24
     _____
25   Commission Expiration Date

[& - affirmatively]

**&**

**&** 1:7 2:2,10 115:24
116:3 117:3

**0**

**00007** 18:10
**084-003772** 2:24
**08:50** 18:12 105:8

**1**

**1** 3:15 4:2 17:12
20:20 21:13 24:4
41:1 59:21 71:6
84:18 115:24
**10** 1:19 101:24
102:4 105:11
**100** 42:1
**106** 3:4
**10:14** 1:20
**10:15** 18:11,15
**11** 16:3 102:4
**115** 115:24
**11:30** 18:20 22:2
**12** 21:3 86:9,21
102:4
**12/10/2015** 115:24
116:3 117:3
**12:18** 113:12
**12th** 21:9
**15** 16:2 17:9 18:17
18:18 105:11
**15:38:11** 21:7
**16:30** 24:9
**1730** 2:4
**18** 18:3,6 41:1
**18th** 5:21,23
**19** 11:13 20:22 21:1
21:24 66:23 67:8
**1980** 6:22 7:1,11,21
10:7
**1981** 11:23
**1983** 8:14
**1985** 8:20 9:4 10:20
11:17

**1987** 5:18 7:1 8:16
8:17
**1989** 5:18,23 7:20
13:3 14:17
**199** 16:6
**1992** 15:22,24 16:10
**1993** 13:8 14:1
107:20
**1997** 10:6
**1:2015cv01545** 1:6

**2**

**2** 3:16 4:2 65:24
67:21 85:20
**2/19/2013** 17:16
18:11
**20** 82:5 116:16
117:22 118:22
**200** 16:6,6
**2002** 15:22 16:1,3
**2008** 12:2
**201** 16:6
**2013** 16:3 17:2 21:3
21:10,24 66:23 67:8
72:11
**2013/3/12** 21:7
**2015** 1:19 115:3,24
**209** 2:4
**2192087** 115:24
116:2 117:2 118:2
**23** 15:18 16:8
**233** 1:18 2:12
**23rd** 115:2
**24** 115:24
**25** 102:2
**252-2947** 24:4
**25th** 7:11
**27** 14:3
**290** 37:15,22

**3**

**3** 3:17 52:14,18 53:1
53:24 60:6 62:23
73:13,20 104:2
**300** 93:7

**3000** 115:24
**312** 2:14
**312-442-9087**
115:24
**32** 67:1
**35** 67:20
**36** 66:7 85:22
**38** 14:19
**3:00** 37:24 39:8
**3rd** 5:18,21

**4**

**4** 3:4,15,16
**40** 12:8 14:1
**428-4040** 2:6
**443-3200** 2:14
**45** 18:16
**4:30** 24:10,10

**5**

**5** 105:10
**500** 93:7
**50th** 10:1
**52** 3:17

**6**

**600** 93:7
**60523** 2:5
**60606** 2:13 115:24
**6100** 1:18 2:12
**612** 67:4
**630** 2:6

**7**

**7** 18:5,14
**7326** 78:10,11

**8**

**800** 24:2,4,16
**84-003772** 1:16
115:7
**85** 9:24 11:10
**87** 9:11,24
**89** 5:21,22
**8:58** 21:24

**9**

**9** 6:2,8,13 15:16,18
15:20,24 16:1,4,10
16:11,18 17:6,6
18:5 49:18,19 50:5
50:5
**92** 6:3 16:18
**93** 109:13 111:3
**94** 6:4
**96** 3:5

**a**

**a.m.** 1:20 18:11,15
18:20 21:24
**able** 40:18 49:14
50:12 80:6 94:16
102:8 103:13,14
**absolutely** 99:13
101:3
**academy** 14:11,16
14:20
**accelerant** 16:9 33:2
**accelerants** 36:14
**accidental** 36:1 39:4
71:8
**accreditation** 12:21
**acknowledge**
116:11 117:16
**act** 36:5,6 49:17
55:3 116:14 117:20
**action** 114:22
**actual** 109:5
**add** 102:14
**added** 6:16 76:6
**additional** 76:24
85:9 99:15
**address** 8:2 67:11
67:15 113:5
**addresses** 80:12
**adjusters** 85:2
**adults** 83:3,5
**advanced** 13:15
**advised** 23:18
**affirmatively** 15:7

[affixed - bates]

**affixed** 116:15
  117:21
**afternoon** 24:10,10
**age** 93:5
**agencies** 19:22
**agency** 5:19 18:11
  24:7,13
**ago** 12:12,15 25:23
  76:2,22 79:17 85:3
  105:10
**agree** 86:23 87:18
  87:21 88:16,22
  89:14 90:15 91:12
  91:16
**agreement** 4:18
**ahead** 10:19 17:23
  28:14 30:10 52:11
  57:21 58:7 66:3
  68:16 74:21 81:2,18
  83:14 86:4,15 87:8
  91:23 100:21
**air** 7:7,10,14,16,19
  8:15 10:6 11:4,7
  56:15 110:3,5
**airplane** 31:2
**alarm** 18:13 21:23
  105:9
**alcohol** 13:12
**alive** 82:12
**allowed** 103:8
**allowing** 100:5
**allows** 34:15
**ambulance** 80:13
**amount** 52:5 63:17
  63:18 100:13
**analogy** 82:2
**answer** 18:9 20:1
  33:3 35:22 81:19
  83:11,15,16,17 84:8
  87:13,20 91:15 97:7
  97:9 98:2 99:1,19
  99:20 100:21 101:5
  102:7,13 103:10,11
  103:18 104:7 105:2
  105:18 106:5 109:4

**answered** 84:10
  106:2
**answering** 24:24
  100:9
**answers** 24:8 101:7
**anybody** 31:14 43:5
**anymore** 32:24 37:6
  39:20
**anyway** 39:24 49:17
**apart** 74:6
**apartment** 32:2,4
**apologize** 34:18
  76:12 87:10 102:11
  104:21
**apparently** 78:3
  83:23
**appear** 19:1 116:11
  117:15
**appearances** 2:1
**appeared** 2:8,16
  68:4,5 69:3
**appears** 20:20 54:13
  56:23 60:12 66:12
**appended** 117:11,18
**appliance** 55:22
  89:4
**appliances** 98:11
**applicable** 4:21
**applied** 106:22
**approval** 103:9
**approve** 98:24
**approximately** 86:9
  86:21
**april** 17:3
**area** 27:15,16 31:2,3
  32:6 44:5 49:15
  50:23 51:1,8,11,15
  56:12 62:20 68:4,11
  68:14,14 69:3,7,15
  69:22 70:18 71:2
  77:16 78:4,23 79:9
**areas** 51:8
**arrested** 38:5
**arrival** 22:5,6

**arrive** 30:14,16
  31:19 35:21 46:1,3
**arrived** 18:15,20
  22:2 25:3
**arson** 5:22 6:1,1,4,7
  12:14,18 14:14
  21:16,21 24:5,6,16
  24:18 29:1,4,6,15
  29:18 30:2,7,9
  35:18 36:2,3,3,9,11
  36:15 38:17 41:5
  48:18 59:22
**ash** 108:12
**ashes** 59:22 60:2,12
  60:16,21,22,24 61:8
  62:9
**aside** 65:19
**asked** 18:15 35:17
  42:8,23 43:4 44:18
  44:24 45:1 46:9
  69:1 83:16 84:4
  92:17 99:17,19
  101:6 103:18 106:4
**asking** 69:7 82:18
  92:18 97:13
**assigned** 17:21 18:1
**assignment** 116:2
  117:2 118:2
**assist** 20:5
**assistance** 19:16
**associate's** 7:23
**association** 12:3,5
  12:14,18
**assume** 48:5
**atf** 13:11 110:9
**attached** 117:7
**attacked** 112:21
**attendance** 19:4
**attended** 8:20
**attending** 98:12
**attention** 40:15
**attorney** 70:5 88:9
  114:19,20
**attorney's** 96:13

**august** 7:11 11:20
**authored** 21:12
**authorize** 117:11
**available** 86:6 87:1
  88:2,14,18,22
**avoid** 79:19,20
**aware** 69:14

**b**

**b** 3:12
**b&d** 66:7 85:22
**back** 7:19 10:22
  18:14 25:11 28:2
  30:14 37:19 44:16
  49:15 50:21 51:11
  53:10 55:19 56:16
  58:9,17 59:7 71:6
  80:12 85:16 90:13
  94:10 96:20 102:19
  104:1 115:24
**background** 5:7
**bad** 20:18 25:22
  47:12
**bagel** 89:24 93:13
  93:23 95:5,6,8,9,13
  95:19,23 99:22
**bagels** 45:8,16 46:19
  90:1
**bake** 101:18
**bank** 101:11,14
  102:18
**banking** 101:15
  102:3
**barred** 31:13
**base** 7:11,15 8:18
**based** 47:20 67:15
  74:14,18 77:2 81:13
  84:13 90:12,13
  92:24 94:12 99:8,11
**bases** 76:24
**basic** 7:10 8:22 76:4
**basically** 46:7 71:16
**basis** 13:5 65:11
**bates** 18:3

[bathroom - certified]                                                    Page 3

bathroom 26:4
    44:22 50:22,23 51:8
batteries 110:2,5
bed 79:1 82:5
bedding 51:6
bedroom 26:5 27:14
    27:15 44:6 45:21
    50:20 51:4,8 77:10
    78:19 79:7,9,10,12
    79:12 82:4,6
bedrooms 50:20
beds 110:4
beginning 5:16
    10:23 30:2
begins 99:14
behalf 2:8,16
believe 12:1 20:6
    22:22 23:4 29:6
    48:24 50:17 61:22
    62:14 75:4 76:20
    77:1 90:8 91:24
    98:13 105:6 107:9
believed 86:8,20
believes 90:18
bell 42:14
ber 115:24
best 64:18
bet 85:18
better 33:13 52:4
    63:20 77:18
beyond 89:13
big 16:15 44:7 91:7
    107:23
birthdays 15:23
bit 6:15 11:24 14:7
    30:14 34:18 105:13
    107:15
bitty 62:18
black 1:7 115:24
    116:3 117:3
blinders 29:11
block 35:9
boat 31:2
body 28:7 39:18,20

book 68:6,10,18
    70:18 71:1 89:23
    90:5 109:19
bottom 41:1 61:2,6
    61:9 62:9 64:6
    93:15 115:24
bounced 35:5
bouncing 54:21,22
    55:17
boy 37:18 63:19
break 48:15 72:1
breakfast 45:4,5,16
    45:18
breathe 108:9
brick 35:7
brief 48:12
bring 25:10 28:2
    75:21 78:8
broke 35:8
browning 92:11
bruce 23:5,7
buddy 38:19
build 100:13 111:15
building 8:5,8 18:7
    31:1,9 32:2,4,7,13
    32:16 33:8,17 34:22
    34:24 35:5 36:14
    42:9,20 43:17 49:9
    50:16,18 51:3
buildings 109:20
buildup 100:6,7,12
built 98:17 100:17
bunch 13:17
bureau 13:13
burn 39:12 49:8
    97:20 99:12 104:22
    105:1 106:21
    107:23 110:21
    112:14
burned 39:17 40:10
    46:19 54:19 61:5,8
    65:15 72:7 95:22
    97:16 99:10 102:16
burners 80:8

burning 39:11 49:4
    52:5 55:17 93:11,23
    95:1 103:3 106:19
    112:2
burns 49:6 83:23
    106:24
burnt 89:9 104:17
    112:16
busy 83:9
butts 40:2 82:3

c

c 4:14 41:7 48:20
    67:5 114:3
cabinet 57:23,24
    58:1,5 93:5
cabinets 54:23,24
    55:1,2,12,13,24
    56:7,11 58:13,16,20
    61:4 71:15,16,20
    73:2,5 88:13 90:5
    93:2,15 94:3,8,14
    102:18 107:2
calculation 104:5
call 6:6 13:10 20:8
    23:20 24:4,6,12
    30:18 31:7,24 37:6
    39:22 40:8,11 54:23
    54:24 71:20 82:15
    110:9
called 1:13 19:12,13
    20:11 24:5 72:10,14
    76:5 78:4 95:2
    101:11
calling 52:1
calls 24:16
campfire 49:6
cannula 39:5
car 14:23 15:13 16:4
    31:2 46:3
carelessness 82:7
carpet 77:14,15
    78:22 79:1
cary 23:5

case 17:11 20:12
    28:7 37:13 40:15
    52:2 56:10 65:21
    80:3 81:2 84:13,19
    85:10 89:24 93:19
    97:13 98:14,14
    105:6 107:1 112:15
    116:3 117:3
cases 35:6
catch 81:10 101:22
catches 81:7 90:2
catching 92:7
caught 92:22,22
    99:24
cause 8:2 13:16
    19:17 20:6 28:22
    29:2,6,9 36:6 46:8
    61:23 71:18 74:24
    76:8 86:1,5,24
    87:23 93:15 97:24
    98:18,21 102:5,23
    107:19 108:2
caused 36:7 37:5,7
    38:24 55:20 71:17
    72:7 90:9 99:24
causes 102:21
causing 92:5 93:12
    100:12 107:8 110:6
ceiling 56:3,4,12
    101:18 102:2,17
center 13:9
central 9:22
certainly 79:18
certificate 13:17
    115:7 117:11
certification 12:24
    14:9 76:1 116:1
    117:1
certifications 9:6
    10:12,17 12:11
    15:14
certified 1:17 8:8
    11:18 12:6,16 114:4
    115:6

[certify - counselor]                                                          Page 4

certify  114:6
cfi  13:1,5
chain  75:20 76:7
chair  33:14,15 39:6
    39:11,14 40:5,10
challenge  13:4
challenged  11:5
chance  13:3 40:14
    81:10
change  105:23
    115:24,24 117:8
    118:3
changes  115:24
    116:7 117:7,9
chanute  7:14
chapter  14:19
character  82:15,19
charge  22:16,17
    31:21 36:8
charged  36:4
charred  58:21
charring  52:5
    103:22,24
chart  95:17
charts  95:16
chasing  14:23
check  25:15 26:20
    31:11 34:13,24 35:1
    41:11 95:3 111:9,12
checklist  31:6,7
    35:20
chemical  75:20 76:7
chicago  1:19 2:13
    6:24 9:16 10:1
    115:2,24
chief  18:24 19:3
    20:10 23:21 65:20
    66:15 69:20 70:17
    86:23
chief's  87:18
children  80:19
cigarette  40:2 82:3
circulation  110:5
circumstance  29:23

circumstances
    20:16 38:18
civil  1:14 4:21 116:5
    117:5
civilian  28:23
clarify  35:23 87:20
    90:17
class  8:7,23 13:15
    16:13 80:22 82:24
    107:20 109:13
    110:10 111:3
classes  12:16 79:13
    98:13
classification  6:5
classifications  5:15
    10:22 35:24
classified  71:8
classroom  11:3
clear  15:11 63:24
    67:10 87:17
clerk  5:19 9:16
clockwise  50:2
close  80:8,8 81:4
    91:6
closed  38:4
closer  79:8 80:10
closets  50:20 51:9
cloth  68:6,10,18
    70:18 71:1,21 80:23
clue  111:21,23
cocktails  35:5
coffee  69:11 70:12
    73:10 74:1,5,6,10
cold  56:14
collect  103:14
collecting  58:11
college  7:21 8:2
    10:13
combustible  72:2,6
    88:14
combustibles  71:10
    71:14,19,23 72:13
    72:22 73:1 86:6
    87:1 88:3,19,22
    89:5 90:19

come  12:11 15:11,14
    16:19 19:17 29:12
    31:9 37:20 39:18,19
    39:23 50:21 57:1
    72:17 74:19 75:1
    76:8 78:7 83:19,22
    84:18 90:12 94:24
    101:21
coming  32:6 41:24
    42:1 44:16 48:3
    58:22 67:16 74:4
    80:4 92:13 102:17
    102:19 107:8,12
comma  69:16
commencement
    114:7
commission  116:19
    117:25 118:25
commitment  16:15
common  82:6,8
community  7:21 8:2
    10:13
companies  39:19
company  84:24 85:5
completed  43:12
completely  109:11
component  11:3
components  64:10
comprehensive
    16:22
computer  63:10
    78:14 110:1 111:4
computers  109:24
concerning  114:9
concluded  113:11
conclusion  87:18
conclusions  74:19
    74:22 75:1 96:2
condition  23:19
    25:21 27:21 30:19
condolences  44:3
    45:14
conduct  30:5 62:5
    85:9

conducted  41:5
    48:19
conferences  13:7
congratulations
    11:15
connected  34:23
conscious  26:1
consider  82:23
considered  15:3
constitute  36:15
constitutes  114:14
construction  109:20
contact  19:22
contained  99:4
container  35:14
    37:3,17
continue  9:7 12:10
    36:24 38:23
continued  72:9
continues  56:3,8
    59:4
continuing  12:21
conversation  43:11
    43:14 46:6,16 47:21
    102:1
cooking  77:5 83:10
    86:2,6 87:1,24
    88:11 89:6,7,17
copy  17:12 54:10
corner  58:20 59:3,5
correct  9:13 21:3
    22:3 25:4 35:19
    54:4 60:14 61:14
    67:8 74:12 75:14
    82:20 101:3 106:8,9
    106:19 112:2,22
corrections  115:24
    117:17
correctly  41:8 97:10
couch  38:12,14
counsel  91:11
    114:19,20
counselor  30:11
    36:3 92:3 108:21

[count - doing]

count  7:13 34:2
counter  55:7,10
  57:16 58:17 59:12
  60:13 68:12 71:5
  72:13 74:9 89:20
  93:14
counterclockwise
  49:22 50:1
counters  72:23
counts  12:20
county  114:3 116:10
  117:15
couple  85:3 99:19
  106:15
course  12:3,7 33:24
  34:3
courses  7:22 8:1
  10:14,17 12:17
  79:15
court  1:1 13:22
  78:16 116:7
courtroom  13:16,21
  107:20
courts  1:15
covered  9:17 11:9
  28:12
cow  38:10 78:11
crawling  101:16
crime  36:3,8
crock  83:19,19 84:1
  84:8
crossed  85:4
csr  1:16 2:23 115:7
ction  115:24
curious  16:24
current  11:11
custody  80:19

d

d  2:11 3:1 17:9
dad  45:10 46:3,9,19
  47:8,10
damage  41:22,23
  52:3 56:22,24 57:6
  57:10,17 58:9,19

59:12 63:17
date  4:18 9:18 17:15
  17:18 66:23 115:24
  116:3,9,19 117:3,13
  117:25 118:20,25
dated  21:2
dates  12:1
david  1:4 42:13,16
  115:24 116:3 117:3
day  7:12 27:6 28:9
  39:10,13 45:19
  53:20 64:17 68:19
  80:14 82:5 83:24
  108:7 116:16
  117:22 118:22
days  32:22 109:22
  115:24
de  64:10,14
dead  27:22 28:10
  32:11 38:14 40:14
  47:9,11
dealt  26:8
death  19:23 40:8,12
  40:16
debris  63:18
decedent  44:13
  45:20
december  1:19 7:20
  115:3
decide  22:18
decided  61:18
decides  22:15
decker  1:7 115:24
  116:3 117:3
ded  115:24
deed  116:14 117:20
deemed  115:24
defendant  1:9 2:16
defensive  14:24
definitely  106:3
deform  110:20
degree  7:23 112:9
degrees  93:7 101:24
  102:2,4

delayed  7:8
demarcation  54:17
  54:18
demise  40:21
demonstration  90:4
department  20:6
  22:7,9,9,10,11 23:5
  24:15,15,16 26:23
  31:22,23,23 37:1
  38:21 39:20 43:24
  44:1 80:13 84:21
  115:24
departments  19:18
  19:19,19 24:3,3,4
depending  112:3
depends  32:1 81:11
  93:3,5 106:21
depict  63:4
depiction  60:7
depicts  62:23
deponent  113:10
deposition  1:12 3:14
  4:1,17,20 9:9 52:13
  69:20 91:10 113:11
  114:11,16 115:24
  115:24 116:1,3
  117:1,3
depositions  1:15 5:1
  33:22
deps  13:22
des  7:22
describe  71:14
described  41:10,14
  76:22 94:3
describing  51:22
  53:3 58:4 68:14
  111:3
destruction  62:4
detective  31:16
detector  79:22,23
  80:20
determination  98:6
determine  28:22,24
  29:5,9 60:21 62:2
  75:12 95:8,9 102:10

determined  41:6
  48:20 61:20
died  45:21
difference  6:10
different  5:14 29:19
  33:5 50:4 61:23
  63:7 80:11 84:9
  90:17 95:18 98:12
  107:21 109:17
dinner  83:20
direction  49:5 50:4
  114:13
directly  50:8 114:21
disagree  68:23
  70:22 91:3,12
discussed  74:17
  96:3
discussions  44:11
dispatched  30:5
dispatches  24:11
dispense  5:3
disprove  36:20
disregard  86:20
disregarded  86:22
disrespect  26:14
disrespectful  26:7
dissipate  100:8
  103:14
distance  44:8
distinguished  37:16
distinguishing
  105:16 106:18
distort  102:6 112:8
distorting  110:22
distortion  57:10
  59:1,2 98:18
district  1:1,2,14
  9:23
disturb  109:9
division  1:3 18:24
documents  30:9
dog  16:7,8 49:18
doing  11:22 19:17
  22:8 23:12,15 36:19
  44:13 46:9 49:23

54:21 83:7 89:10
90:12
**door** 32:17,18,19
37:1,2,3 38:20 44:6
50:17
**doorway** 42:4
**doorways** 35:2
**dot** 12:17
**downward** 101:19
**drafted** 21:18 85:8
**drafting** 23:14
**draw** 103:2
**drawn** 93:10
**dressed** 45:18
**dressers** 51:7
**dried** 93:6
**drip** 107:22 108:1
109:14,14,14 110:7
**dripping** 108:2,18
**drive** 1:18 2:12
**dropping** 102:20
**drying** 92:11
**drywall** 56:19,20,22
58:14 73:17,18
**due** 92:7
**duly** 4:4,7 114:8
**duration** 106:23
**duties** 21:15
**duty** 24:8,18
**dwelling** 32:10

### e

**e** 3:1,12 4:14,15 17:9
66:10 115:24,24
**earlier** 50:11 79:10
79:12 92:4
**early** 97:22
**earthquake** 48:11
**easier** 55:3
**eason** 115:24
**eastern** 1:3
**eat** 44:24
**eating** 51:1
**edge** 54:12 56:17,19

**educate** 29:21
**education** 10:11
12:21 81:13
**educational** 10:15
11:18
**efforts** 43:12
**eight** 11:22
**either** 6:13 42:14
43:24 44:10 104:1
**electrical** 34:21 62:1
65:14 76:20 89:4
102:9
**electronic** 20:20,24
21:5
**electronically** 21:9
**eliminate** 40:6 50:12
**email** 115:24
**emanated** 99:5
**emanating** 100:16
**emergency** 24:7,13
80:3
**emit** 94:6,21
**emitting** 94:2
**emotional** 47:4
**employed** 5:9,10,19
**employee** 114:18,19
**employment** 5:15
7:2 9:7,17 10:9,16
**en** 31:17
**ends** 16:13
**energized** 64:23
65:1,5,7,12 75:6
76:20 86:8 87:3
88:4 89:4,21 90:2,7
104:11,12
**energy** 93:14
**enforcement** 13:9
31:24 44:12
**engineer** 62:1 102:9
102:9 103:4 104:4
107:7
**engineers** 75:12
**enriched** 39:7
**entail** 11:2

**entailed** 13:17
**entered** 117:9
**entire** 116:5 117:5
**entranceway** 43:9
79:11
**entry** 7:8 32:16,17
35:3
**environment** 39:7
**errata** 115:24,24,24
117:7,10,18 118:1
**event** 83:7 110:13
**eventually** 94:24
**everybody** 22:15,16
26:7 36:20 42:20
43:16,17 49:7 84:9
109:6
**evidence** 30:9 31:4
34:10 35:4 41:15
61:21 62:3 81:2
84:14 94:9 106:4,7
108:15
**evolved** 72:12
**exactly** 91:6 106:1
110:24
**examination** 1:13
3:2 4:9 22:24 34:14
35:15 41:19 43:20
48:19 50:7,19,19
52:21 62:6,8 67:24
96:16 102:8 106:16
114:8
**examinations** 50:1,2
**examine** 49:2,15
51:12,15 64:9,13
74:1 112:19
**examined** 4:7 43:15
75:12
**examiner** 39:18
**examiner's** 22:21
**example** 36:16
**exceeded** 111:18
**executed** 117:10
**execution** 116:14
117:19

**exhibit** 3:15,16,17
4:2 17:12 20:20
21:13 41:1 52:14,18
53:1,24 59:21 60:6
62:23 65:24 67:21
71:6 73:13,20 84:18
85:20 104:2
**exits** 31:12,13
**experience** 81:13
**expert** 82:19,21,23
**expertise** 92:24
**expiration** 116:19
117:25 118:25
**explain** 6:10 55:3
79:21,23 84:4
**explained** 90:3
**explaining** 106:20
**ext** 115:24
**extending** 75:5
**exterior** 41:6,12
48:18
**external** 102:12,21
**extinguishing**
107:18 109:16

### f

**facilities** 10:15
**fact** 32:20 51:17
63:21 72:4 78:21
80:1 103:8 105:3
107:11
**facts** 93:18 98:5
**fahrenheit** 93:7
**fair** 28:18 29:4
110:14
**fairly** 16:22
**fairview** 79:16
**fallen** 60:17,22
**familiar** 66:15 79:18
95:10,18
**familiarity** 107:17
**families** 83:4
**family** 22:22 28:5,6
28:8 32:9 80:18

**far** 19:16 25:11 27:23 30:1 61:1 74:6 92:12 96:23 102:14
**farther** 93:12
**fast** 7:17 100:15 102:10 104:15
**faster** 93:12 105:14
**fatal** 19:15 20:13 23:24 24:21
**fatales** 30:18 67:13
**fatalities** 20:2,7 34:13
**fatality** 22:20 25:14 28:23
**father** 43:3,5 45:18
**father's** 43:4 44:18
**favorite** 96:14
**february** 17:2 21:24 66:23 67:8
**federal** 4:20 8:14 9:11 13:9
**feel** 12:10 47:12
**feeling** 64:16
**feet** 74:8
**figure** 33:22
**figured** 23:11 24:24
**find** 22:11 30:18 33:20 35:12,13,13 37:11,20 38:9,9,15 38:22,23 39:11 40:1 40:2,3,3,10 41:20 80:3,13 84:14 93:24 95:5,22 102:8,11 111:11,13 115:24
**finding** 36:14 68:9 68:17 71:1
**fine** 51:9 103:19,19
**finish** 89:19 93:3,4,4
**fire** 5:11,13 7:2,15 7:22,23 8:2,7,16,21 8:22 9:16,23 10:10 10:13 11:12,16 12:3 12:5,6,13,16 13:18 14:13 15:3,15 19:18

19:21,22 20:3,7,13 20:15 22:7,8,13,23 23:5,7 24:3,14 26:23 28:22 29:7,9 29:12,15,20 30:1,2 30:13,15,15,16,20 31:4,7,13,15,23 32:2,3,4,15 33:14 34:6,7,12,21,22 36:6,7,10,11,15,19 36:22 37:1,12,12,15 37:16 38:3,17 39:15 39:20,24 40:4,7,8 40:12,16 41:7,22 42:18 43:12,20,24 44:13 46:8 47:23 48:3,9,20,24 49:2,3 49:3,6,7,9,10,10,10 49:21 51:7,10,12,13 51:13,15 52:3,19 54:20 55:11 56:1,2 56:22 57:12,22 58:9 58:15 59:12 60:4,21 60:23 61:19 64:11 64:15 65:16 70:1 71:8 72:3,4,7,8 75:2 75:5,15,17,19,22 76:1,3,4,5,8,11,17 77:2,6,6 79:15,16 79:19,20 80:9,13 81:7,11 82:6,19 84:19,21 85:3 86:1 86:5,24 87:23 89:7 89:22 90:2,9 92:4,5 92:7,8,12,22,22 94:24 96:5 97:2,3 97:11,23,23 98:17 98:20 99:3,16,24,24 99:24 100:5,6,13 101:10,22 102:2,14 104:3,4,23,24 110:6
**fire's** 97:19
**firearms** 13:12
**firefighter** 7:15 8:6 8:6,11,14 9:12 10:3

10:4,4,20,23,24
**firefighters** 10:22 11:1 32:15,20 37:15 44:11 60:9
**firefighting** 10:8
**fires** 19:15,15,15,16 25:23 27:6 35:24 82:19 108:3
**first** 4:7,13 6:1 8:11 15:20,24 22:6 30:16 30:17 31:20 32:14 33:21 34:15 41:11 45:14 50:15 53:1 66:22 71:16 73:19 76:2 85:24 90:23 91:2,5 92:1 99:20 107:2 112:1,8 113:5
**fit** 13:4
**fits** 36:9
**five** 14:17,18 74:8 75:17
**fix** 46:3
**fixed** 72:14
**flame** 71:17 93:8
**flames** 92:21,23 94:1,6,13,16,20
**flare** 29:19 38:20
**flashlights** 108:11
**fletc** 13:10
**flood** 48:10
**floor** 27:22 28:10 37:9 39:17 101:15
**flossmoor** 9:3,4
**follow** 55:21 106:15
**following** 24:11 55:13 56:8
**follows** 4:8
**food** 61:11 62:11 71:9,16,17 77:5 92:20 99:23 104:10
**foot** 57:18 94:6
**force** 7:7,11,14,16 7:19 10:6 11:4,7,12 11:16 14:5 32:16

**forced** 32:17 35:3
**foregoing** 114:11 116:13 117:18
**forehead** 38:12,15
**forget** 15:18 54:23
**forgot** 14:11,16 15:17 16:16 107:23 108:19
**form** 30:8 71:24 74:20 81:1,16 83:12 86:13 87:4 88:24 91:5,8 93:17 97:5 108:1
**forward** 115:24
**found** 22:20 26:3,4 37:16 46:12 59:22 61:13,17 65:13 68:5 68:13 70:17 75:11 77:14,17 78:19 79:7 79:11
**foundation** 8:5,9 81:16 83:13 91:8
**four** 12:22 39:6 72:18 75:18,21
**fours** 72:21
**franklin** 115:24
**freak** 28:9
**free** 12:10 116:14 117:20
**fresh** 56:15
**friday** 24:9,11
**fridge** 59:6
**friend** 27:3 38:22
**friends** 20:18
**front** 37:1,2,2 44:6 50:16 51:3 58:2 63:18 80:12 84:6 96:20 109:19
**fuel** 75:19 90:22 91:17 99:15
**full** 4:12 14:1
**funeral** 39:22
**funny** 76:2
**furnace** 80:8

**further** 4:19 35:22 47:3 56:23 62:2 68:12 69:5 70:3 96:8 102:13 106:16 112:24 113:10

**g**

**gallon** 37:23
**garbage** 40:1 82:3
**gas** 29:18 34:22,23 34:23 35:13 37:22 38:2,2
**gasoline** 37:4,18 38:1
**geez** 36:18
**generally** 26:10 35:20 53:19 75:16 80:22 111:5
**generic** 30:3,15 37:14 45:13
**gentleman** 42:9 43:18 46:11 105:5
**georgia** 13:10
**gesturing** 56:2
**getting** 91:20
**give** 12:24 32:3 36:16 37:13 38:1 54:10 102:15 103:9 110:20 112:10,13
**given** 4:24 49:4 114:15
**gives** 102:16
**giving** 93:11 102:19
**glad** 99:17,18
**glass** 109:21
**glencoe** 13:10
**glenview** 8:15,18 10:9
**go** 8:24 9:1,14 10:19 11:19 14:15 15:17 17:23 26:16 29:9,10 30:9,21 31:14 33:10 34:8 36:10,13,17 38:4,16,22 39:4 40:13 41:14 44:23

45:18,19 49:19,19 49:22 50:6,8,10 51:11 53:13,22 55:20 57:12,21 58:7 66:3 68:16 74:21 76:3 77:10 79:4 80:17 81:2,18,22 82:4 83:14,19 86:3 86:15 87:7 91:23 100:21 101:12,17 113:9
**god** 89:13
**goes** 44:21 56:3 82:11 84:5 101:2
**going** 5:6 7:17 9:5,7 11:9 14:5 19:24 22:8,11,19 24:1,17 24:19,22 25:9 26:10 27:13 28:13 29:21 31:8,21 33:23 34:3 34:9,12 35:3 38:1,8 38:23 39:10 40:24 43:18,22 46:1,2,6,7 47:12,21 49:17 50:4 52:11,17 54:6,9,11 57:13 58:3,16 60:5 62:22 65:23 66:6 67:20 68:2,15 71:17 74:18 75:13 78:5 80:21 81:8 82:13 85:19 86:13 88:11 89:12 90:16 94:19 94:22 96:11,18 97:5 98:15 100:15 101:10 102:3,10,18 102:22 105:4,12,23 108:6,7 110:24 111:18 112:7 113:6
**good** 5:16 13:8 15:1 28:16 70:16 108:22 111:22
**goofy** 108:6
**grab** 53:17
**graduate** 6:18,20

**graduated** 7:11 14:10,18
**grammar** 79:17
**great** 5:17 16:12 63:9 73:15 103:20
**grew** 80:16
**ground** 35:8
**group** 61:18
**guess** 6:6 27:2 46:12 57:5 77:6
**guy** 16:18 36:18 38:6 39:14 40:14 42:16 47:12 49:18 84:20 110:9
**guys** 64:19 85:2 108:6,15 113:4

**h**

**h** 3:12 4:14,15
**half** 15:21 16:1,2,3 17:9 37:23
**hallway** 26:5 27:15 44:5 79:9,11
**hand** 17:11 50:18,19 65:23 83:1,8,18 85:16 89:13 107:13 115:2
**handcuff** 14:24
**handled** 84:21 85:4
**handler** 6:2,13 15:17,18 16:10
**hands** 62:24
**hang** 17:20 21:4
**hanging** 55:1,2 73:5
**happen** 36:6,8 38:15 39:1 61:13 93:8 98:8
**happened** 20:15 43:11 46:21,24 47:5 47:10,11,16,22 48:7 51:2 81:23
**happening** 33:19 54:19 55:8,16,22 57:4,9,11,22,24 58:8,24 92:10

**happens** 6:12 14:13 16:9 24:6,14 31:5 31:19 32:4,10 33:7 49:9 54:17 55:11,14 81:20,22 87:12 101:13 109:23
**hard** 27:7
**head** 15:7 16:21 31:7
**heard** 91:20 101:14 106:5 109:18
**hears** 39:13
**heat** 40:7 52:8,9,10 55:16,19 57:10,10 58:10,24 61:22 75:15,19 76:16,19 77:1 93:11,15 94:22 95:2,9,12,18 97:1 97:23,24 100:7,8,12 100:14,17,17 101:2 101:12,12,13,17,17 101:18,20 102:12 102:12,14,15,16,16 102:19,20,21 103:13,15 106:21 106:22 107:2,8,12 107:24 110:13 112:21
**heated** 93:9
**heater** 80:9
**heating** 110:6
**heavy** 39:9
**hectic** 83:9
**height** 57:17 94:19
**help** 95:8
**hereto** 114:21
**hereunto** 115:1
**hey** 38:6 39:10
**high** 6:18,20,23,24 7:5,6,8 9:18,20,21
**higher** 57:18 95:12
**history** 14:7 94:13
**hits** 56:3,7 58:5
**hitting** 56:11 57:24 58:1

**holds** 64:14
**holidays** 80:5
**holy** 38:10 78:11
**home** 37:22 39:22
40:9,10 79:22 80:14
83:20,22
**honest** 25:13 26:2
46:10 62:13
**hope** 67:9 84:9
103:18 106:1
**hopefully** 82:12
**hospital** 25:7 26:23
27:10 30:21 31:15
31:16 32:11
**hot** 56:14 80:9 95:23
97:2 102:23
**hotline** 24:5,7,16,18
**hour** 1:20 14:1,22
18:17,18
**hours** 11:22 12:8
16:6,6
**house** 32:3 46:2
49:9 80:2,6,17
83:23 84:2,7
**housing** 96:20 97:4
97:6,16 107:3
111:24 112:16,20
**howard** 42:13,16
43:23 86:9
**huh** 15:5 20:18
100:3
**human** 47:14
**hurry** 27:4
**husband** 37:21

**i**

**iaai** 12:18,24
**idea** 23:24 24:21
32:3 33:13 85:5
86:17,19 104:16
**identification** 4:3
52:15
**identified** 42:7
**identify** 42:19,20,23

**identifying** 97:6
**iema** 24:13,18
**ignitable** 37:8,11
72:11,14,20 90:23
91:2
**ignite** 93:1 94:2,7
97:20,24 99:14
102:24 103:1 112:6
**ignited** 72:3 89:5,8
90:7 92:2
**ignites** 93:6 97:4
**igniting** 92:7 109:15
112:5,9
**ignition** 71:9,19
75:15 86:6,7 87:1,2
88:2,3,19 90:21,21
93:16 110:16,18
111:6
**ignore** 97:9
**ii** 6:4,7,11,13 8:6,7
10:20,22,23 21:16
21:21 29:4
**iii** 10:23,24
**illinois** 1:2,18,19 2:5
2:13 5:11,13 9:15
10:21 14:10 15:3
20:3,8 24:7,13
114:1,5 115:2,24
**illuminating** 80:12
**image** 60:8
**imagine** 68:21 77:7
**imaging** 48:8
**important** 16:17
**improper** 91:13
**incendiary** 29:20
30:1 35:24 36:5,15
36:19 38:17 75:4
**inch** 88:21 90:20
91:3,17 94:6,17
**inches** 94:6
**incident** 17:19 66:23
**include** 50:12 73:7
**includes** 73:1
**incomplete** 93:17

**incorporated**
117:12
**incorrectly** 91:11
**indicate** 17:18 21:8
60:21 92:12
**indicated** 62:10
**indicating** 115:24
**indication** 25:16
61:10 73:7 74:15
**indications** 53:2
**indirectly** 114:21
**individual** 22:13
46:1
**individuals** 83:18
**inform** 24:17 80:1,3
**information** 33:12
44:1 84:19 98:4
**informs** 24:19
**initial** 4:14 75:15
**initially** 23:16
**initiated** 22:23
**injured** 30:20 31:9
**injuries** 34:12
**injury** 19:15
**inside** 32:11 34:8
42:2 43:8 49:13
59:22 60:2,4,21,24
61:2 65:16 91:23
92:4 94:23 97:2,23
98:20 100:18 110:2
112:22
**instance** 49:16
101:23 109:19
**institute** 8:21 14:15
95:15 111:10
**insurance** 84:24
85:5
**intact** 34:20 51:6,7
110:15
**intended** 54:2
**intense** 101:20
**interested** 114:21
**interior** 41:7 48:19
50:2,6 92:5

**interiors** 109:20
**internal** 102:12
107:12
**international** 12:14
12:18
**interpreting** 88:16
**interruption** 48:12
**interview** 30:21
32:13,14 33:10
40:18 42:18
**interviewed** 32:8
33:18
**interviewing** 31:16
33:16 37:11
**investigate** 29:11,14
34:6 39:24 61:19
**investigating** 67:8
**investigation** 7:3 8:3
8:7,19,23 11:16
12:13 15:15 17:1,10
22:8,13 28:19,20,21
29:24 30:5,13 31:22
35:21 38:24 39:16
49:21 74:14,19 76:1
77:11 84:13 85:9
99:8,12
**investigator** 5:22
6:1,2,4,7,12 11:12
12:6,16 14:14,14
20:5 21:16,21 23:7
24:9,19 29:4 30:20
31:15 41:5 44:17
48:19 49:12 59:22
75:1 109:8,8
**investigators** 12:4,5
12:14,19 24:12 32:8
75:8 85:2
**involved** 72:9
**issue** 47:8
**issued** 84:17

**j**

**janie** 33:9,10
**jds** 2:15

**job** 6:5 8:23 9:1,2
36:20 38:21
**joe** 18:24 22:16,16
23:20,21,22 68:21
68:24 88:5 89:10
90:10,11,18 91:1
109:8
**joe's** 85:15,20
**john** 2:10 110:9
**johnny** 33:9,10
38:18,22
**johnny's** 38:19
**joined** 7:6
**joint** 38:20
**joking** 70:9
**jordan** 2:11
**joseph** 66:10
**jpeg** 78:10
**judgment** 82:14
**july** 11:20
**june** 5:18
**jury** 29:22
**juveniles** 83:4

**k**

**k** 4:15 6:2,8,13
15:16,18,20,21,21
15:24 16:1,4,10,11
16:18 17:6,6 49:18
49:19 50:5,5 114:3
**keep** 53:14 85:13
**keeps** 37:21,23 38:2
**kept** 43:16
**kick** 32:18
**kicked** 38:19
**kids** 80:16,17 82:24
**killen** 1:16 2:23
114:4
**kind** 8:8 10:23 13:5
14:23 16:1,17 20:16
20:18 24:23 25:22
27:7 35:3 36:6
47:16,18 53:13
68:16 70:1 98:24
105:2

**kinds** 107:21
**kitchen** 26:4 27:17
28:14 37:15 42:3
43:10,15 44:6,23
45:12,22,23 48:1,2
48:3,21 49:1 50:23
50:24 51:11 52:1,18
52:20 54:3 67:24
68:18 69:10 75:3
83:10
**knew** 44:2 108:6
**knife** 38:11,15
**know** 7:17 9:24
16:20 19:3 23:11,22
24:23 25:6,14 28:1
28:5,13,16 30:4
34:3 35:10 38:10,11
38:13 40:11 42:15
42:18,22,22 43:17
43:24 44:21,23 45:1
45:2,22 46:6,12
47:14,17,19 48:6
49:23 50:10 62:14
63:5,9,12,12,15,21
69:16,17,24 70:2
72:6,6,8 74:8 75:8
79:10 80:2,5 81:23
82:15,22 85:6 86:17
88:7 89:11 90:9
95:6,6,7 96:13
97:20 98:3,22,23
99:1,2,8,11 101:6,7
101:14 102:22
103:6,17 104:6,8,8
104:14,16,18,19
105:5,7,8,9 108:4,5
108:19 109:5
110:12 111:9,20
**knowledge** 95:22
**knows** 23:12 104:17
**kushner** 1:12 3:3,14
4:1,6,15,17,24
52:13 115:24 116:4
116:9 117:4,13
118:20

**l**

**l** 4:14,14
**lackland** 7:10
**lady** 38:11
**laid** 53:24
**lasted** 11:13
**laughed** 76:12
**laundry** 80:10
**law** 13:9 31:24
44:11
**laying** 27:22 28:7
37:4 38:12,14 39:17
**layman's** 103:11
**lead** 6:13 10:24 11:1
**leading** 31:21
**learn** 44:12,15 76:3
109:23
**learned** 109:14
**leave** 15:12 54:9
81:21 110:4
**leaving** 80:18 89:6
89:16
**led** 10:17 48:24
**left** 8:16 28:13 49:18
49:19 50:6,6,18,19
50:20 58:4,18 59:7
61:5 62:14 69:5
70:2,12 72:22 75:8
75:10 84:7 109:6
112:19
**legal** 115:24 118:1
**letter** 115:24
**level** 102:23
**lever** 64:1,5,14
**license** 2:24
**life** 83:9
**lifetime** 84:3
**light** 73:4,8
**line** 21:6 24:20
54:13,17,18 56:17
57:7 115:24 117:7
118:3
**liner** 40:1

**lines** 51:14 52:7
**liquid** 37:8,12
**list** 66:22
**listed** 117:7,17
**listing** 117:7
**liters** 39:6
**little** 6:15 11:24 14:6
30:14 34:18 51:1
62:17 63:11 105:13
107:15 108:3
**living** 27:14 37:8
43:9
**load** 102:14
**local** 4:22 19:22
**located** 33:15 81:12
**location** 67:4,7
**long** 5:12 12:7 15:10
18:3 82:22 83:21
92:10 105:10
107:23
**longer** 9:11 25:4
**look** 17:22 20:19
27:1 29:3 34:15,19
53:19 62:22 63:6
73:13 74:3 95:14
97:15 106:6 108:21
109:7 111:16
112:18
**looked** 27:24 48:4
61:24 63:13 74:2
108:21 111:17
**looking** 18:14 27:16
34:9 41:15 45:11
48:2,17 52:5,8
54:15 62:8 63:3,6,7
73:19 104:22 107:4
108:11
**looks** 39:13 66:14
73:16
**loss** 43:2,4 45:15
85:5
**lost** 45:10
**lot** 15:13 21:22
26:16 29:19 31:13
34:9 35:6 95:12

**lotus** 10:1
**lousy** 27:2
**lying** 62:12 105:11

## m

**m** 4:14
**madam** 115:24
**major** 80:15
**maker** 69:11 70:12
  73:10 74:1,5,7,10
**making** 67:10
**malfunction** 84:14
  106:5,7
**man** 108:13,14
**management** 24:7
  24:13
**manmade** 36:6
**manner** 75:11 81:15
  110:14
**manufacturer** 98:8
  99:7 111:12
**manufacturer's**
  103:5
**march** 5:18,21 21:3
  21:9
**mark** 2:3
**marked** 3:13 4:3
  17:11 18:2 41:1
  52:14,17 65:23 66:7
  85:22
**market** 98:10,15,22
  103:9 111:15,16
**marks** 39:12
**marshal** 5:11,13
  9:16 19:21,22
**marshal's** 8:17
  10:10 20:3
**marshals** 15:3
**mask** 32:24 33:4
**masks** 32:21,22
**master** 10:5
**matches** 40:3
**material** 90:23 92:2
  93:9,10,11 95:1
  98:1 103:2

**materials** 72:20
  91:2 92:7
**mather** 6:24
**mathys** 2:2
**mathyslaw.com** 2:7
**matters** 9:4 114:10
**mean** 10:9 39:2 45:3
  46:23 47:14 50:10
  52:9 63:15,17 65:2
  65:8,9 71:3,14 72:9
  77:16 81:11,22,24
  82:16 85:14 89:11
  91:18 92:11 94:20
  95:1 99:1 104:14
  105:14,14 112:3,10
  112:18
**meaning** 25:10
  31:23 32:18 47:1
  49:12
**means** 54:18 88:21
**meant** 69:22
**measure** 74:9
**mechanic** 46:2
**mechanical** 62:1
  102:9 107:6
**mechanism** 94:3
  108:13
**medical** 22:21 25:11
  39:18
**meet** 11:19 22:6,9
  31:20 51:14 52:7
**melt** 98:21 100:14
  101:8,22 102:6,22
  106:21 107:3,9,12
  107:22 108:2 110:7
  110:19 112:4
**melted** 74:3 97:16
  102:12 107:10
  112:1
**melting** 52:6 98:18
  98:18 100:18
  101:20,23 104:1
  106:19,23 108:18
  110:16,18,21,22
  111:5 112:6

**member** 11:17 28:5
  28:6,8
**memory** 27:5 68:21
  71:4 104:1
**mention** 46:18
  51:18 75:23
**mentioned** 38:17
  42:5 46:21 64:22
  107:15
**messed** 85:17
**messing** 110:6
**met** 19:6 32:12
**metal** 55:15,18 59:1
  64:9 109:21
**michael** 26:9
**microwave** 69:10
  70:2,12 73:14
**middle** 4:14 41:4
  63:16,20 66:9 67:23
  95:12
**midwest** 115:24
  118:1
**million** 14:22
**mind** 15:14 17:22
  28:3 29:12 31:14
  36:17 38:4,7 47:16
  53:9,16 98:13
  109:15
**mine** 54:10 88:7
**miniscule** 112:11
**minute** 76:22
**minutes** 9:5 18:16
  18:18 105:11
**missing** 35:9 58:21
  76:10
**mitch** 109:8
**mitchell** 1:12 3:3 4:6
  4:13,17 115:24
  116:4,9 117:4,13
  118:20
**mixing** 15:23
**modified** 14:21
**module** 8:24
**modules** 8:21,22 9:1
  9:3 11:10

**molecules** 112:12
**molotov** 35:4,9
**moment** 9:8 17:20
  21:4 26:20 36:16
  41:3 65:19
**monday** 16:13
**money** 38:19
**montgomery** 2:10
**month** 11:20 90:10
**monthly** 11:19
**months** 7:8 39:9,10
  39:10
**morning** 25:5 38:1
  39:8 44:13,21 45:7
  46:2,13
**motion** 100:4
**move** 61:12 62:19
  75:9 108:8,9
**movie** 9:19
**moving** 112:13
**mts** 2:7
**multiple** 32:5 40:2
  79:22
**must've** 38:6

## n

**n** 3:1 4:15 15:21
**nafi** 12:3,7
**nailed** 31:12
**name** 4:12,13,14
  15:20 26:6,9 42:8
  42:14 66:9,13
  107:24 109:7 110:8
  115:24 116:3,4,15
  117:3,4,21
**named** 42:12
**naperville** 2:5
**narcotics** 35:12
**narrative** 17:24
  26:21 41:2 48:17
  59:20 64:21 71:6
**narrow** 33:17
  105:13,20,20
**narrower** 105:19

[nasal - outlines]

nasal 39:5
national 12:3,5
95:15 111:10
natural 34:22,23
36:1
nature 71:9 75:5
naval 8:15
near 29:19 66:9
73:11 79:1 86:7
87:2 88:3,14,19
92:1
nearby 90:19
necessary 93:16
94:1
necessity 79:21
need 19:16 32:13
33:10,21 54:10
75:21 79:23 80:2
94:6,11,17 95:5,6,7
98:4,5
needed 17:7 93:1
needs 75:18,19,19
neighborhood 67:13
neighbors 33:16,18
net 12:17
never 48:5 62:7
64:16 95:22 109:18
new 70:15 72:10
84:18 109:19
newspaper 92:9
night 39:8 82:4
nights 37:21
nighttime 80:14
nikki 15:20,24
nist 95:15
nods 15:7
non 93:4
nonobvious 29:22
normal 37:9 44:19
44:19 45:1,2,3
46:13 49:11 71:4
97:10 99:5
normally 19:14 25:9
45:17 49:5 106:23

north 50:17 59:9
115:24
northern 1:2
nos 4:2
notable 41:20
notarized 115:24
notary 116:10,18
117:15,23 118:23
note 98:5 115:24
notes 46:15
notice 4:18
noticed 58:12
notification 20:9
notified 19:14 22:21
24:2
notify 24:18
notion 29:13 38:8
number 1:16 3:13
18:3 24:2,16 115:24
115:24
numbers 104:5
117:7
numerous 98:10

o

o 114:3,3
o'clock 37:24 39:8
oakton 7:21 8:1
10:13
object 30:8 55:18
66:1 74:20 87:6,9
97:5 100:11
objection 66:2 71:24
81:1,16 83:12 86:12
87:7 88:24 91:5,18
91:19 93:17 97:7
observe 52:2
observed 54:3
103:23
obstruction 56:8
105:23
obtain 33:12 95:21
obvious 29:17,20,23
occur 43:14 92:6
98:20 104:13 105:4

occurred 87:24
89:23 99:3 104:15
105:8
occurring 88:12
97:11
october 7:12 11:21
odds 92:10
odor 32:23 37:4,17
offered 45:14
offhand 111:9
office 5:10 8:17 9:15
10:10 17:13 19:14
19:21 20:3 22:21
24:1
officer 6:14 30:21
31:15
officers 15:4 44:12
official 116:15
117:21
oh 13:7 14:10 15:16
16:16 32:23 37:18
47:12 53:8 63:19
67:12 71:12 75:17
77:12 79:20 86:3
87:6 108:13
okay 10:19 17:14
30:1 33:8 46:15
47:6 53:13 57:1,21
60:24 66:8 83:15
84:5 86:23 87:11
88:4 91:20 96:21,22
99:17 105:18 111:8
old 32:22 46:11
74:15 86:9,18,21
101:16 109:22
once 8:6 22:24 24:12
33:12 36:7 46:12
93:8 99:14 102:3,16
105:22 111:8
online 12:17
open 29:12 32:19
36:17 37:1 38:7,20
56:12 68:16 103:13
opened 37:2,2

openings 100:4
operating 65:3,4
90:8 99:22
operation 64:3
operations 97:10
opinion 20:14 65:13
76:16 77:8 88:5
89:7,23 90:6 92:2
92:14,18,21 93:13
93:22 94:5 98:7,16
98:20 100:6 103:11
104:7,13 107:1,7
111:24 112:5,15,20
112:23
opinions 96:2
opposed 60:22
ordan 115:24
order 14:13 75:11
94:21 95:8 103:1
112:12,13
ordinary 71:9,13,19
71:22 72:2,6,13,21
73:1 89:5
origin 8:2 13:16
19:17 20:5 28:22
29:2,9 46:8 49:15
50:9,9 74:24 107:19
original 72:3,5
originated 34:7 41:7
48:20 49:1 75:2
88:5 92:4
originating 92:3
ostrinsky 1:4 17:1
23:19 25:3 26:9,11
40:19 42:12 77:14
78:19 79:7 86:9
115:24 116:3 117:3
ostrinsky's 42:6
outcome 114:22
outlet 65:14 73:17
73:22 74:11
outline 77:22,23
78:4
outlines 54:2

**outside** 22:7 34:1,5
  34:7,7,9,10,14 35:4
  35:10,12,14 41:19
  41:22 42:2 49:13,22
  49:24 112:22
**outsides** 98:1
**outward** 49:5,11
  51:14,21 55:12,20
  56:1,4,5 75:6 92:6
  101:11
**outwards** 54:21
  58:16 64:23
**oven** 68:5,11 69:4,4
  69:6,8,10,13,16,17
  69:21 70:10,11
  71:18 74:4 81:21
  82:10
**overhead** 54:22 73:4
  73:8
**overheat** 110:2
**overnighter** 80:17
**owes** 38:19
**oxygen** 39:5,6,6
  56:15 75:19

**p**

**p.m.** 113:12
**packaging** 27:12
**page** 17:15 18:2,10
  18:14 20:19,22 21:1
  41:1,4 60:7 66:6,10
  66:22 67:1,20,23
  73:19 85:22 115:24
  117:7 118:3
**pages** 60:5
**pajamas** 39:12
**pants** 39:13
**paper** 53:24
**paragraph** 51:17
  59:21 64:21 71:7
  85:24
**parent** 83:8
**park** 2:4
**parking** 15:13

**part** 9:22 11:9 14:11
  21:15 25:8 26:3
  30:2 38:16 41:16
  46:10 52:20 54:16
  54:17 58:8,21 59:2
  59:7 71:11 77:10
  80:21,24 86:20
  87:24 89:6,17 90:14
  91:10 100:20 101:4
  101:5 117:9
**partial** 60:8
**particular** 49:16
  50:16 62:2 101:24
  102:5 103:10,24
  105:6 111:12
**parties** 4:19 114:20
**passed** 12:15 26:23
  36:18 44:3
**path** 49:11 55:14,21
  56:9,10 99:5 100:2
**paths** 85:4
**pattern** 37:6 49:3,14
  51:18,22 52:1 53:2
  53:20 54:3,16 55:17
  56:6,17 58:10 59:2
  64:22 65:17 74:4
  77:13 78:22 103:21
  103:24 104:22
  105:19,20,23
  108:22
**patterns** 48:3 49:3
  49:15 51:12,13 75:5
  92:12 105:14
**paver** 35:7,9
**pay** 6:5
**pd** 42:17
**peace** 15:4
**people** 14:23,24
  24:18 30:19 31:16
  32:5,6,12 33:20
  39:18 80:1 81:21
  101:16 110:4
**percent** 42:1
**perfect** 104:9

**period** 92:11
**person** 18:10 30:22
  31:9,21 32:11 36:7
  62:4 84:4 85:4,6
  104:6
**personal** 114:13
**personally** 116:11
  117:15
**pertaining** 1:15
**ph.d.s** 109:7
**phase** 29:2
**phone** 20:8 23:23
  24:8 27:2 30:18
  31:6 68:5,9,17
  70:18 71:1 89:22
  90:5 108:23 115:24
**photo** 52:18 53:1,5
  54:6,12 57:5 62:23
  63:3 64:19 78:5,9
  78:13,24
**photograph** 104:2
**photographed**
  62:20
**photographer** 34:1
**photographing**
  27:16 28:12
**photographs** 97:15
**photos** 22:12,19,24
  23:1,6,8,13 34:1,4,5
  63:8,9 65:18
**phrase** 97:9
**physically** 106:24
  108:16
**pick** 52:22 76:10
**picture** 52:4 53:15
  63:21 68:20 71:3
**pictures** 70:3 73:12
  108:12
**piece** 73:17,18
  108:10
**pieces** 53:24
**place** 11:18 44:7
  67:19 75:8,10 98:9
  98:23 100:16,19
  109:6 114:17

**placed** 104:10
**places** 79:22 100:7
**plaines** 7:22
**plaintiff** 1:5 2:8
**plastic** 35:14 37:3
  37:17 96:20 97:4,6
  97:16 98:1,15,19
  99:14,15 101:8,24
  102:5,11,22 106:18
  106:19,20 107:3,9,9
  108:1,4,17,18,19,20
  109:5,14,16 110:1,7
  110:15 111:2,4
  112:3,4,5,8
**plastics** 98:21 99:9
  101:21 107:7,18,21
  107:22 109:21
**please** 4:11 5:8
  10:19 52:23 78:15
  87:22 115:24,24
**plugged** 65:3,5,8,14
**plunger** 59:23 61:13
  61:17 63:4,13,22,24
  64:5 65:14 68:3
  69:2 75:7 90:1
  99:22 104:12
**pock** 84:1
**point** 8:10 26:1
  42:24 52:6 59:11
  93:16 97:3,19 99:9
  99:12 100:18 111:6
  111:6 112:17
**pointing** 85:13
**police** 14:11,15,16
  14:20 19:19 22:9,10
  24:3,15 30:20 31:15
  31:22,23 38:21 44:1
  80:13
**pool** 110:22
**pop** 95:11,19,22
**porch** 37:19
**position** 59:23 61:14
  61:18 63:4,13,14,19
  63:23 65:15 68:4
  69:3 75:7 90:16

[possible - reelected]

**possible** 31:4 35:4
98:6,7
**pot** 83:19,19 84:8
**potential** 41:15
**pour** 37:6,18
**poured** 37:7 38:20
**power** 34:21
**practical** 11:7
**practice** 81:6,14
82:7,8
**practices** 79:19
**preconceived** 29:13
38:8
**premise** 89:14
**prepare** 13:22
**present** 5:23,24 28:3
37:4,8 64:7
**presentation** 83:5,8
**presenting** 89:15
**preservation** 62:3
**preserve** 64:18
**preserved** 31:5
62:20
**president** 11:12
**presto** 50:9
**pretty** 24:20 28:15
91:6
**prevented** 105:21
**previous** 114:7
**primary** 29:5,8 72:8
90:6,21,21 91:16,22
**prior** 40:21 77:6,7
**prioritizing** 33:8
**private** 84:20 85:1
**probably** 5:24 20:13
40:12 52:4 55:5,8,9
55:23 95:17 103:4
108:20 110:17
**problem** 30:11
59:19 83:20 87:11
91:8
**problems** 110:1
**procedure** 1:14 4:21
29:14 116:5 117:5

**proceed** 4:20
**proceedings** 114:15
**process** 25:18 97:3
**produce** 94:22
**produced** 52:10
55:16 92:23 93:9
**producing** 52:8,9
**product** 52:9 99:23
102:5,15 103:3
104:10
**production** 115:24
**program** 13:11
**progression** 97:20
**propane** 34:23
**protected** 77:16
78:4,21,23
**protection** 9:23
104:4
**prove** 36:11
**provided** 17:13
**pry** 32:19
**pta** 83:5,7
**public** 116:10,18
117:15,23 118:23
**pull** 63:10 78:5
**purpose** 28:20,21,24
29:8 91:11
**pursuant** 1:13 4:17
4:20
**push** 64:2 80:10
**pushed** 47:1,3 64:5
**pushing** 47:8
**put** 13:11 26:21
28:3 65:18 81:21
98:9,15,22 101:1
103:12 104:17
105:7,10 111:14,15
**putting** 80:7

**q**

**qdot** 95:3,3
**qualify** 71:22
**quarter** 88:21 90:20
91:3,17

**question** 18:9 19:12
19:24 24:24 30:10
35:17,23 56:16 69:1
70:5,15,16 76:9
83:17 84:5,8,10
89:2 90:17,24 91:15
97:22 98:2 99:6,18
99:22 100:9 101:4,5
101:7,21 102:7,13
103:4,5,8,21 104:7
105:2,18 106:2
111:1 113:3
**questionable** 99:21
**questioning** 66:1
**questions** 5:4 42:24
46:9 54:11 55:6
68:15 75:24 96:8,14
101:6 103:17 113:1
**quick** 25:15 26:21
**quickly** 87:13
**quite** 14:6 106:11
**quote** 91:10

**r**

**r** 4:15 17:9,9
**radiating** 101:12
107:8
**raider** 16:2 17:4,8
**raise** 89:12
**raised** 83:1,18
**raises** 83:8
**ran** 38:21
**range** 6:14
**rate** 95:2,9,13
102:15 104:23,24
105:1
**rates** 95:19
**rating** 13:1 103:7
**reach** 93:23 102:4
110:18
**reached** 102:2
**reaches** 105:22
110:16
**reaction** 75:20 76:7

**read** 41:8 48:22
49:14 51:12 64:22
68:7 69:2 71:11
86:10 87:19 88:6,7
88:8 105:13 113:6
116:5,6,12 117:5,6
117:17
**readily** 110:21
**reading** 68:2 105:12
115:24
**reads** 48:18
**ready** 65:8 91:20
**real** 25:15 107:23
**really** 45:11 84:8
97:22 100:17
112:11
**reason** 36:2 68:23
70:19 75:23 105:18
117:8 118:3
**reasonable** 20:4
**reasoning** 20:11
**reasons** 76:23
**recall** 23:4,18 45:24
46:18 68:9,17 69:13
73:4,10 77:13,20
78:18
**receipt** 115:24
**recertify** 12:22
16:11,12
**recognize** 52:19
**recollection** 25:21
27:21 70:24 78:6
79:6
**recommend** 19:22
80:23 81:3,4,9
**record** 4:12,16,19
53:23 67:10 78:9
87:17 100:22
103:20 109:2 113:9
114:14 117:9
**recorded** 20:2
**red** 35:14 37:3,16
**reduced** 114:13
**reelected** 11:13

**refer** 26:10
**reference** 55:23
  59:11 115:24
**referenced** 116:11
  117:15
**referring** 64:1 71:13
**reflect** 4:16,19
**refresh** 68:20 71:4
**refreshed** 79:6
**refreshes** 78:6
**refrigerator** 37:24
  55:15,18 57:11,17
  57:18 59:8,10,13
  69:12 70:13 74:11
  105:21
**regular** 21:15
**related** 15:15 44:17
**relates** 14:9
**relative** 114:18,19
**release** 95:2,9,13,18
  102:15
**relevance** 83:12
**relevant** 41:15
**relied** 23:16 66:3
**rely** 23:13 115:24
**remains** 61:11 62:11
**remember** 14:5 15:2
  19:7,11 23:10 25:8
  25:12,19,23 26:2,6
  26:7 27:7,13 28:17
  42:1,15,16 43:23
  44:4 46:10,11,14
  47:15,18 50:11,21
  62:13 64:19 72:19
  73:6 77:24,24 84:22
  85:6,7 100:1 110:8
  110:11
**remnants** 68:9,17
  70:18 71:1 73:10
**removal** 39:21
**removed** 27:10
  56:18
**renew** 86:12
**report** 14:19,22
  17:12 20:7 21:9,12

  23:14 25:15 26:22
  41:2 42:11 48:17
  65:20 68:24 71:8
  73:1,8 84:17 85:8
  85:12,14,15,20
  86:14 88:6 90:12
**reported** 2:23
  114:12
**reporter** 1:17 114:5
  115:6 116:7
**reporting** 41:5
  48:18 59:21
**reports** 21:18 66:18
  88:8
**represent** 69:19
**representative**
  84:23
**request** 19:17 20:4
  117:9,11
**requested** 18:12
  19:1,4,20
**requesting** 18:10
**reradiates** 55:19
**research** 94:10 95:4
  95:20 99:7
**researched** 95:21
**researching** 94:12
**reserve** 113:7
**reserved** 113:24
**reserves** 7:7,16,20
  10:6 11:5
**resistance** 55:14,21
  56:9,11 100:2
**resistant** 110:13
**respect** 96:5
**respond** 19:20
**responding** 32:14
**responsibilities** 8:19
**responsibility** 6:16
**responsible** 29:6
**result** 60:23 64:11
  64:15
**resulted** 28:23 92:20
**retire** 20:18

**retired** 10:5 15:24
  19:8 20:17
**returned** 115:24
**review** 116:1 117:1
**reviewed** 66:3
**right** 10:1 13:8 15:6
  16:4 17:23 18:18
  20:21,23 21:24
  28:15,15 40:22 41:4
  43:23 48:22 50:14
  50:21 54:12 56:5,13
  56:17,20,23 57:5,6
  57:7,13,19,20 58:6
  58:8,12,19,21 59:3
  59:7,11,24 61:7,16
  67:2,14,19 73:22
  77:19 78:2 81:20
  85:1,12 86:10,18
  89:12 90:22 92:17
  92:19 99:13
**ring** 42:14
**rise** 71:18
**road** 67:4
**role** 21:19,21,22
  29:5 74:24
**rolling** 55:13 58:2
  58:17
**room** 27:14 37:8
  38:13 39:14 43:9
  50:8,9
**rooms** 50:11
**roughly** 6:4 7:12,20
  9:23 55:24
**roundabout** 24:23
  81:19
**route** 31:17
**routine** 44:19,19,20
  46:13
**rules** 1:13 4:21,22
  5:3 116:5 117:5
**running** 37:22 38:2

| **s** |
| --- |

**s** 3:12 4:14,15 117:8
  117:8 118:3

**safe** 79:18 81:6,14
**safety** 79:15,16
  80:11 82:20
**saith** 113:10
**sake** 67:10
**satisfied** 16:23
**saw** 23:10,16 25:12
  33:13 40:5 47:24
  51:24 61:8,24 62:10
  68:20 71:3 77:2,21
  77:23 106:4
**saying** 36:10,12,22
  38:13 40:7 47:15,18
  84:3,7 87:20 88:6
  88:15 89:3,10,15
  90:11 98:2 99:18
  102:24 108:17
  109:4
**says** 18:10,10 20:1
  25:14 39:9 41:5
  59:21 68:21,24 83:9
**scenario** 97:1
**scenarios** 29:20
**scene** 18:16 22:2,11
  22:17,22,23,23 23:2
  25:4 30:5,15,16,16
  31:4,20 33:6 36:10
  36:22 37:12 43:20
  49:2 52:19 64:8
  77:3 104:2
**schneid** 2:2,3 3:5
  26:15 27:4 30:8
  53:14,19 54:7 66:1
  70:8 71:24 74:20
  81:1,16 83:12 86:12
  87:4,7,11 88:24
  91:5,19,22 93:17
  96:11,17 97:12
  106:10,13 109:1
  113:2
**school** 6:18,21,23,24
  7:5,6,8,15 9:18,20
  9:21 16:5 17:3 76:3
  76:4 79:17

**schwarz** 18:24 19:3
19:5 20:11 22:16
23:21,23 66:10
69:20 70:17
**schwarz's** 65:20
66:15 86:23
**science** 7:22,24
10:14
**scientific** 94:9
**scientists** 13:18
**screaming** 39:13
**seal** 116:15 117:21
**sealed** 100:11
**second** 16:1 53:15
57:15 60:7 68:2
71:7 85:24 86:3
100:20
**secondary** 90:4,5
**section** 10:2 67:24
**secure** 31:3
**secured** 31:2 32:16
**security** 15:11
**sed** 115:24
**see** 17:15,16 18:14
21:2 22:7 25:16
26:24 28:6,9 32:15
35:2 36:11 39:2
42:11 43:18,21
45:23 50:3 51:3,4
51:17,19 53:2,20
56:22 57:4,6,7
58:19 59:3,3,20
60:10,16,18 63:1,14
63:19,20 66:9,12,21
66:23 67:5,18,23
68:7 69:4 70:2
71:11 72:10 73:12
73:14,17 78:5,16,21
78:24 79:24 84:3
90:11 95:20 97:15
98:17 102:24 104:1
**seeing** 25:21 77:13
77:20
**seeking** 56:14

**seen** 23:8 65:20
66:18 78:18 86:14
98:11
**self** 19:20 107:18
109:16
**seminar** 11:21,22
**seminars** 13:7
**send** 54:7 85:1
**senneke** 23:5,7
78:13
**senneke's** 23:13
**sense** 33:1,15 65:8
88:17 96:23
**sent** 9:2 20:2
**sentence** 68:3 69:2
86:1,3
**separately** 69:13
**separates** 50:23
54:18
**september** 5:21,23
**sergeant** 10:5
**service** 8:21
**services** 39:21
**set** 4:18 19:16 32:6
37:12,19 38:3 83:19
115:1
**setting** 33:7 104:16
**settings** 104:19
**shape** 79:1
**sharper** 63:11
**shea** 2:11 3:4 4:10
4:16,23 26:18 27:5
27:19 35:16 48:14
48:16 52:16 53:23
54:1,6,8 66:5 70:14
72:15 74:23 78:9,12
79:3,5 81:5 82:17
84:11 86:16 87:15
89:1,18 91:14 92:15
93:21 96:7,10 97:5
106:12,15,17
109:10 112:24
113:5,7,9 115:24
**sheet** 28:1,4,4
115:24,24,24 117:7

117:10,18 118:1
**sheriff** 24:4
**sheriff's** 19:18 24:15
**sheriffs** 31:24
**sheriffs's** 22:10
**shirts** 39:12
**shoreline** 67:4
**short** 44:8
**shorthand** 1:17
114:4 115:6
**shot** 53:17
**shoved** 38:11
**show** 26:13 52:4,17
53:5,8 54:2 55:4,6
57:2 84:2 111:19
**showed** 47:24
**showing** 57:16
67:18
**shown** 115:24
**shows** 73:20
**shut** 31:12
**sic** 108:14
**side** 37:4 50:17
53:12 55:9 57:5,24
58:4,23 59:10 61:1
61:5,7 62:14,15,16
62:17,18 92:9
107:12
**sides** 96:20 98:15
99:5 100:14 107:14
**signal** 107:13
**signature** 20:21
21:1,5,5 66:13,16
113:2,5,7 115:5,24
**signed** 21:9 116:13
117:18
**significance** 60:2
**signifies** 6:8
**signing** 115:24
**signs** 29:17
**similar** 35:20 37:17
58:14 110:23
**single** 32:9
**sir** 4:11,13 5:5 6:19
7:4 9:10 10:18

17:17 18:9,21 19:2
20:24 21:7,11,14,17
22:1,4 23:3,7,17
29:8 35:22 41:3,9
41:13,16,21 43:13
44:14 46:17 51:20
51:23 52:24 53:4,7
54:5,14 57:20 58:6
59:15 60:11,15,19
63:2 64:4,7,8,12
65:10,22 66:11 67:3
67:22 68:1,8 71:12
73:9,21,23 74:13,16
76:18 77:9 78:20
79:2,14 84:16 85:11
85:21,23 86:11 87:5
94:4,15 96:6,7,24
97:18,21 98:2,7
115:24
**sit** 27:20 59:18 79:4
111:19
**site** 19:1
**sits** 49:7
**sitting** 33:14 39:6,14
40:5,9 64:17 89:20
108:7
**situated** 86:7 87:2
88:3,14,19
**situation** 36:13 39:4
**six** 7:8,12 11:21
**size** 95:6
**skip** 11:24
**slats** 103:12
**slice** 64:23 75:6
76:21 86:8 87:3
89:4 90:8,14,14
**slot** 61:9 62:9
**slots** 100:23
**slow** 7:18
**slower** 105:15
**small** 21:2
**smell** 32:21 33:1,2
79:24
**smelled** 32:23

[smoke - take]

smoke 41:23 51:3,5
79:22 80:19 101:15
smoker 39:9 82:2
smoking 40:6,6
sniffing 16:10 49:20
so's 38:22
soffit 54:24
solid 72:14,20
solids 72:11
solutions 115:24
118:1
somebody 15:11
25:10 28:10 30:19
32:18,19 34:2 37:2
37:18 38:5,19 39:5
43:7 82:9 84:1 95:8
111:16
somebody's 82:15
someone's 82:18
somewhat 54:13
112:4
son 22:22 42:6,7,10
43:22 44:10,17
45:24 46:16,18,21
47:24 48:7
sons 42:12
soot 77:15
sorry 7:21 13:12
15:9,22 18:5 26:6
27:14 43:2,3 45:15
48:13 70:9 75:18
84:7 85:14 86:3
87:6 89:17 97:14
100:15,21 107:13
sort 10:17 33:20,21
78:24 91:9
sound 5:16 104:6
108:6
sounds 5:17 43:23
source 40:7 61:22
75:15,16 76:17,19
77:1 86:7 87:2 88:3
88:19 90:21 91:23
92:20 99:16

south 1:18 2:12 59:9
59:13 73:20 74:12
75:3 79:17
specifically 60:16
64:13
specified 114:17
speculation 81:17
speed 34:17 104:3
spell 4:11
spend 36:22
spoil 61:21
spoilization 108:14
spoke 42:5
sport 22:14
spots 77:15
spread 92:6 93:12
spring 64:14
springfield 12:4
24:8
ss 114:2 115:24,24
stage 32:7
stages 97:22
stained 51:5
staining 51:4
stainless 96:19
stamp 18:4 103:9
stand 87:13 89:12
standards 95:15
111:10
standing 42:19 43:8
44:3,4,7,18 45:12
48:2 63:6,22 66:2
84:6 87:7
stands 48:6
start 5:6,15 7:23 8:4
8:5 17:15 18:12
32:7 33:7 34:4
42:21 47:8 49:13
51:12,16 52:8 56:13
64:2 68:2 89:22
90:24 106:23 108:2
110:5,7,19 112:13
started 11:17 17:2
19:11 22:24 51:16
72:5 76:17 104:14

105:3 107:2
starting 34:1 101:11
102:17 104:23
starts 55:13 93:11
101:13,18,19 102:3
state 1:17 4:11 5:11
5:13 9:15 10:21
11:5,6 14:11,20
19:21 20:1,3,7
24:12 114:1,5
116:10 117:15
stated 47:5 50:11
92:4
statement 70:22
86:24 88:23 116:13
116:14 117:19,19
states 1:1,14 7:7,16
10:6 16:13
station 8:15
statute 20:1
stay 83:9 110:15
stayed 74:9
stays 39:8 43:4,5,6
steel 96:19 110:23
stenographically
114:12
steps 30:7
stickney 9:22
stood 63:12
stop 57:15 58:3
stove 82:10
straight 28:14
street 2:4 115:24
stricken 69:22
strike 11:12,16
structural 72:20
structure 34:8,8,12
34:15 41:6
stuck 47:16
study 111:11
stuff 10:8 11:7 12:1
13:22 14:4,23 15:1
20:16 30:18 40:3
58:14 59:1 61:2,5
65:15 71:5,15 72:11

72:14,21,22 80:7
81:21 88:13 89:8,8
95:4,16 99:3 104:5
submit 96:18
subpoena 67:18
subscribed 116:10
117:14 118:21
sudden 82:5
sufficient 93:14
sugar 95:12
suite 1:18 2:4,12
115:24
sundays 90:10
suppression 43:12
sure 5:20 6:17 8:10
13:14,20 20:14
23:21 25:2,8 26:9
26:19 27:18,23 31:1
31:3,3 34:14,19
39:3 44:9 53:11
57:3 62:5 67:9
71:12 72:18,24
73:13 75:2,10 77:12
77:21 80:5,16,18
84:12 87:16 92:16
100:22 106:1
111:18
surroundings 47:20
suspicion 29:1,15
30:6 35:18
swirls 49:7
sworn 4:5,7 114:9
116:10,13 117:14
117:18 118:21
synonymous 109:15

**t**

t 2:3 3:12 4:14
tactics 14:24
take 8:7 10:16 12:16
12:17 13:4 22:19
23:1 26:20 27:1,4
29:22 30:7,15 34:3
46:15 48:14 53:15
54:6 60:5 73:13

108:10
**taken** 1:16 4:17 13:2
  26:15 34:4 35:7
  48:15 114:16
**talk** 10:11 16:21
  28:19 32:5 33:21
  34:17 38:23 40:14
  80:7 109:13
**talked** 10:12 42:17
  44:1,2 80:15 84:20
  100:1 107:20,21
**talking** 13:18 21:4
  26:11 29:17 32:1,2
  32:9 36:21 42:21
  43:7 44:10 64:17
  68:13 69:17 85:12
  97:10 100:23
  108:14,15 110:21
  110:22
**tart** 95:11,19,22
**taught** 80:22
**teach** 79:13,15
**teaching** 82:24
**team** 16:12 22:15,18
**technician** 12:13
  76:1 103:7
**techniques** 13:16
  107:20
**technology** 13:19
**television** 39:7
  81:22
**tell** 5:8 17:24 26:1
  37:13,14 47:12
  51:24 53:21 64:18
  84:1 99:11 104:2
**telling** 45:24
**tells** 11:1
**temperature** 93:1
  93:23 101:21,23
  110:16,17,18,19
  111:18
**temperatures**
  111:20
**tempered** 64:10,14

**ten** 15:21 33:16
**term** 11:11 61:15
  72:19 90:22 97:6
  104:20 107:23
  109:16,18
**terminology** 25:11
  72:10 75:14 77:18
  108:20 110:10
**test** 11:5,6 12:2,15
  13:4,4,6 27:5 75:24
  76:14
**tested** 12:8,20 13:11
  13:15 14:2 98:9
**testified** 4:8 70:17
  88:18 91:22
**testify** 88:20 89:13
  91:7 114:9
**testimony** 114:14
  116:6,7 117:6,9,12
**testing** 95:16 98:10
  98:16,23 107:16
  111:10,13,17
**tetrahedron** 76:11
**thank** 9:10 18:22
  19:6 30:11 59:16
  65:18 66:4 96:7
  106:10 112:24
**thanks** 59:18
**theater** 9:19
**theory** 95:3,3
**thermal** 110:11
**thermoplastic**
  110:11
**thickness** 95:7
**thing** 13:21 14:6
  30:17,24 31:11,20
  33:5 34:11 35:1
  37:19 40:1 41:11
  45:9 47:4,15 49:8
  50:15 58:22 64:18
  71:16 72:18 76:3
  82:10 83:24 85:16
  90:6,13 95:2 96:14
  101:15,16,17
  105:16 111:22

**things** 9:6 13:19
  31:14 33:7,8 38:10
  38:15 42:21 50:12
  50:13 62:17,18
  72:11 73:1 75:17,18
  75:22 76:8 80:15
  98:12
**think** 14:3,8,17
  16:19,20,22 17:5,7
  17:8 19:8 21:2 23:9
  23:11,23 25:6,13,17
  26:3,4 28:3,5 38:8
  38:14 42:17 43:5,18
  43:19,20 44:16,24
  47:1,2 59:18 61:4
  61:16 65:18 67:12
  70:8 74:2 76:23
  77:18,19 79:3 94:23
  99:2 103:19,19
  107:11 112:5
**thinking** 15:16 25:5
  31:18 37:18 45:10
  46:7 47:9 73:6,12
  76:14 90:11 97:8
  100:8
**third** 16:4,5
**thirty** 115:24
**thought** 13:4 41:16
  48:7 64:18 79:8,12
  107:4
**three** 8:22 10:21
  76:7 103:17
**threw** 35:8 38:20
  70:1
**throw** 82:3
**throwing** 102:1
**thursday** 16:14
**time** 9:22 16:5 17:21
  18:12,13 20:4,17
  21:17 22:19 26:17
  27:2,4,21 31:5
  32:13 35:7 36:22
  40:5,19 45:21 47:21
  48:14 49:23,24
  52:20 67:19 69:24

71:7 72:24 75:4
  77:5 81:23 82:1
  84:3 92:11 104:12
  105:4,7 114:17
**times** 46:19
**tips** 80:11
**tired** 37:24
**title** 6:1,6,8 23:22
**toast** 45:9 69:16
  82:9 86:18 95:19,23
  101:1 103:13
**toaster** 48:4 59:12
  59:22 60:3,8,13,17
  60:22,23,24 61:2,3
  61:10,23 62:2,6,24
  64:2,10,24 65:12,16
  68:3,5,11,14 69:2,4
  69:4,5,6,6,8,8,11,13
  69:23 70:11,13,19
  71:2,18,22 73:11
  74:4,7,10,15 75:7
  76:21 77:5 80:23
  81:15 84:15,16 86:8
  87:3 88:1,11,20
  89:5,17,20 90:1,7,8
  90:14,15,20 91:3,17
  91:23 92:1,5,10,13
  92:20 93:14 94:2,7
  94:18,21,24 96:18
  96:19 97:2,24 98:1
  98:14 99:9,21
  100:24 104:11,11
  106:5,7 107:5
  111:13 112:1,16,21
**toasting** 64:2
**toasts** 82:9
**tobacco** 13:12
**today** 18:7 27:20
  67:16 96:3
**today's** 4:18
**told** 21:23 23:23
  43:2 46:5,14 62:12
  90:18 91:1
**top** 17:15 51:4,5
  52:18 57:10 58:12

58:16,20 59:2,5
60:13,17 61:3 92:13
94:2,17 103:12
107:8
**touch** 61:12,20
62:19 64:19 75:9
78:14 84:16 94:13
108:8,18
**touched** 7:2 62:7
64:16
**touching** 80:24 92:9
**towel** 71:21 80:24
81:4,11 89:21,22
90:4
**towels** 68:6,10,18
70:18 71:1 73:2
**town** 37:13
**track** 63:15
**tracks** 64:6
**trained** 62:21
**trainee** 5:22
**trainer** 12:16
**training** 7:10 9:6
10:12 11:19 13:9
14:15 81:14
**transcribed** 116:7
**transcript** 114:11
115:24,24 116:5,12
117:5,11,17
**transport** 39:19
**transported** 25:7,17
26:22
**travel** 49:11 72:9
100:2 104:24
**traveled** 51:13
64:22 65:17
**traveling** 54:20,22
56:5,13 57:23 58:15
72:5 101:19 102:20
105:22
**travels** 49:10 55:11
56:1,6,14 99:24
**tremendous** 100:13
**triage** 33:19

**triangle** 76:5
**trick** 70:5,7
**tried** 103:18
**tripped** 108:13
**true** 75:16 95:11
106:6 114:14
**truth** 114:9
**try** 7:18 25:10 45:9
91:12
**trying** 14:3 23:10
28:2 45:13 56:21
60:20 62:3 70:7
74:2 97:8,9
**tuesday** 91:7
**turn** 18:2 24:17
40:15,24 47:7 53:18
57:13 65:8 66:6,22
67:20 71:6
**turned** 16:2 17:9
**two** 12:12,15 13:11
13:15,24 14:1 42:12
51:14 52:7 53:24
57:18 60:5 64:23
67:12 72:21 75:6
76:1,21 79:17 86:8
87:3 89:4 90:8,14
90:14 94:6 100:7
101:6
**twofold** 19:24
**type** 92:24 111:2,3
**typewriting** 114:13
**typically** 45:6
**typo** 69:21

**u**

**u** 4:15
**u.s.** 1:7 115:24
116:3 117:3
**uh** 15:5 100:3
**ul** 95:16 98:9,23
99:6 103:6,6 107:15
**unable** 40:6
**unattended** 81:15
84:2 86:2,5,24
87:23 88:10 89:6,7

89:16
**underneath** 58:1,13
73:4,16 80:9 93:1
110:3
**understand** 4:24
23:21 26:11 45:20
47:5 56:21 60:20
83:6 89:2,3 90:16
109:3,11
**understanding**
20:10 35:19 47:22
65:11 69:9 77:4
87:21 111:5
**understood** 6:17
73:24 76:13
**undetermined** 36:1
40:13
**unfair** 91:9
**unfortunately** 81:23
82:11
**unincorporated**
9:24 10:2
**uninhibited** 75:20
76:6
**unit** 41:7 48:20 67:5
**united** 1:1,14 7:6,16
10:6 16:12
**unwitnessed** 40:12
40:16
**ups** 106:15
**upside** 53:22
**upward** 49:10 51:13
51:21 55:11,20 56:1
56:6 72:4 75:6 92:6
99:5 100:4 101:10
103:14
**upwards** 54:20
58:15 64:23
**use** 36:2,2 53:10
55:7,9 65:1,7 72:19
81:14 82:2 83:18
84:1
**user** 64:1
**usual** 5:3

**usually** 11:21 23:9
34:2 39:21 66:19
**utilities** 34:16,19,20
34:24

**v**

**v** 51:18 52:1,7 53:2
54:3,12,16 56:5,17
58:5,9 59:2 64:22
65:16 103:21,24
105:13 108:22
115:24 116:3 117:3
**vapors** 93:10 103:2
103:2 110:20
112:10,14
**various** 21:6
**varnish** 93:4,4
**vehicle** 49:10
**ventilation** 110:3
**verify** 107:5
**veritext** 115:24
118:1
**veritext.com.**
115:24
**version** 14:21 30:3
37:14 72:17
**versus** 61:6 95:19,19
**victim** 25:17 26:6,12
26:22 27:10 31:8,10
33:9,14
**victim's** 42:10
**visitors** 80:4
**visual** 27:23 62:6,8
**vs** 1:6

**w**

**w** 115:24
**wacker** 1:18 2:12
**wait** 9:2 87:9,14
113:6
**waiting** 46:3
**waived** 115:24
**walk** 35:11 36:18
38:13 39:16 50:18
50:24 69:10 100:19

walked  38:12 50:16
walks  28:8
walkthrough  27:17
wall  48:1 50:22
  59:14 73:20 74:12
  75:3
wallpaper  56:18
want  15:12 26:13
  28:7 30:3,4,14,17
  30:24 35:23 42:21
  45:11 47:7,11 50:3
  51:14 53:8,17 57:1
  61:12,20,22 62:19
  63:10 72:1 78:7
  84:6 87:6,16 100:22
  104:5 109:9
wanted  20:14 28:6
  42:19 43:18,21
watch  81:22
watches  49:8
watching  39:7 98:12
water  80:9
wauconda  19:8
way  7:2 24:23 25:6
  34:5 37:22 47:13
  49:13,23 53:18
  57:12,12 61:1,6,9
  62:9 65:4 69:1
  79:13 83:17 88:6
  89:15 105:3 107:13
  112:19
ways  20:1 99:20
we've  23:24
weapon  15:12
weapons  14:19
wear  32:21
week  12:8 13:11,15
  27:7 83:1
weekends  7:13
weeks  7:12 12:12,15
  13:24 14:2,2,17,18
  76:2 79:17
weird  47:18
welcome  18:23
  59:17 106:11

wendy  1:16 2:23
  114:4
went  7:10,14,21
  9:15 12:2 13:8 16:5
  17:3 18:7 53:12
  107:19
west  59:9
whereof  115:1
white  28:4 53:24
  54:13,15 56:16
  73:18 79:1
wide  105:14
wife  37:20,21 38:1
  39:9
williams  2:10
willmont.com  2:15
window  35:8
windows  35:2
wise  10:9
wish  110:8,10
witness  3:2 4:4
  26:16 27:6 30:11,22
  40:4 48:13 53:17,22
  53:23 66:4 70:9
  72:2 74:22 78:11
  81:3,19 83:15 87:5
  87:9,12 91:9,12,20
  91:24 93:19 96:9,13
  97:8 106:11,14
  109:3 113:3,6,8
  114:8,8 115:1,24
  116:1,4,11 117:1,4
  117:15
witnessed  40:8,19
witness'  115:24
woke  33:13
woman  37:20
wood  61:3,3 93:6,6
  109:22
word  36:2 65:1,7
  69:17,21 70:10
  107:24
words  47:4 69:15
work  6:8 17:7 20:16
  22:14 25:9,10,11

  29:11 34:5 37:23
  49:13 83:19
worked  9:19,22
  15:21 16:2 17:5
  25:7
worker  6:14
working  7:23 13:2
  22:18 79:21 80:19
  83:21
works  37:21
wrapping  96:1
write  47:17
writes  86:1 90:11
writing  14:20,22
  21:2
written  11:6 20:8
wrong  18:7 33:3
  36:20 67:15,19
  70:20 82:12 84:5
  104:20
wrote  69:15

| x |
|---|
| **x**  3:1,12 |

| y |
|---|

yeah  5:24 14:10
  15:16 16:16 53:17
  55:2 59:5 63:9 65:6
  67:12 75:17 77:21
  78:3 79:9 101:1
  112:3 113:8
year  6:20 11:11 12:9
  16:11,15
years  6:3 11:13
  12:22 14:3 15:18,21
  16:3,8 72:18 82:5
  85:3 86:9,21
yesterday  11:14
  19:7 69:20 90:18
  91:1 109:1

| z |
|---|

zoe  16:4,24

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF SEPTEMBER 1, 2014. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.