IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DAVID OSTRINSKY, as Administrator of the Estate of MICHAEL OSTRINSKY, deceased,<br><br>Plaintiff,<br><br>v.<br><br>STANLEY BLACK & DECKER, INC., a Foreign Corporation, BLACK & DECKER (U.S.) INC., a Foreign Corporation, APPLICA CONSUMER PRODUCTS, INC., a Foreign Corporation, and SPECTRUM BRANDS, INC., a Foreign Corporation,<br><br>Defendants. | No. 15-CV-1545<br><br>Judge Samuel Der-Yeghiayan<br><br>Magistrate Judge Geraldine Soat Brown |

### AFFIDAVIT OF DARYL L. EBERSOLE, P.E., CFEI

I, DARYL L. EBERSOLE, P.E., CFEI, first being duly sworn, deposes and states as follows:

1. I am above the age of eighteen (18) and if called to testify could competently testify to the matters set forth herein. I am signing this Affidavit as an exhibit for a brief in response to a Motion for Summary Judgment.

2. I am a licensed Professional Engineer and Certified Fire and Explosion Investigator (CFEI). My current curriculum vitae is attached hereto as Exhibit 1

3. I had previously been retained by the Plaintiff to evaluate the cause and origin of the fire at issue and to evaluate whether or not there was a defective and/or negligent design and/or testing of the Black & Decker T223 household toaster at issue in the case. I issued a written report concerning my findings on February 3, 2016. In my report, I concluded, in relevant part, that the Black & Decker T223 toaster at issue had a design defect in that the toaster was designed so that electricity would continue to flow to the heating elements in the toaster after a toasting cycle if the toaster carriage that held the food was jammed or stuck in the down position. The power to the heating elements was turned on and off depending on the toaster carriage popping up at least ¼" after a toaster cycle, so if the carriage failed to pop up or was jammed by the food, the heating elements would be powered indefinitely and ignite a fire.

4. As part of my report and opinions, I proposed an alternative design of the toaster that allowed the heating elements to shut off after a toasting cycle independent of the toaster carriage position. A toaster design where the power to the heating elements was not dependent on the toaster carrier popping up ¼" would allow the power to be stopped to the heating elements if the carriage was jammed in the down position, and the design would prevent food from being burned to the point of combustion. My proposed design would have prevented the fire in the

1



Ostrinsky toaster.

5. My proposed design was not novel. My proposed alternative design was simply the Underwriters Laboratories UL 1026 Standard for toaster design as of 2001, only 7 years after the T223 was made.

6. Prior to many Underwriters Laboratories standard editions being issued, manufacturers evolve towards the technology in the new editions several years prior to them being released. I conclude that Black & Decker evolved towards the technology contained in UL 1026 4th edition for toaster design going back as far as 1992.

7. In my career as a Professional Engineer, I have experience in reviewing and interpreting product designs, drawings, specifications, and other technological information contained in Patent Applications and actual United States Patents.

8. I reviewed United States Patent number 5,304,782 titled "PROTECTION CIRCUIT FOR ELECTRIC TOASTER," Exhibit 2, attached. The Patent was filed on March 5, 1993 and the Patent assignee is Black & Decker, Inc. The Patent was previously filed in Australia on March 6, 1992. The Patent was issued by the United States Patent & Trademark Office on April 19, 1994. The Black & Decker T223 toaster at issue was manufactured in February 1994.

9. The Black & Decker, Inc. Patent Number 5,304,782 "Abstract" states that the invention concerns "*An electric toaster that enables power to be disconnected from the heating elements upon completion of a toasting cycle regardless of the position of the main product supporting the carriage in the toasting compartment.*"

10. The Black & Decker, Inc. Patent Number 5,304,782 is essentially a circuit design for a toaster that is identical to my alternative design, and to the toaster design that became the UL 1026 standard 4th Edition in 2001.

11. The Black & Decker, Inc. Patent Number 5,304,782 is evidence that as early as 1992, and certainly by 1994, Black & Decker sought U.S. Patent protection for a feasible alternative toaster design that would have prevented the fire in the Ostrinsky matter. As I will explain below, the Black & Decker Patent contained a design that would allow the heating elements to turn off and stop cooking the food in the event of a jam with the carriage.

12. The Black & Decker, Inc. Patent Number 5,304,782 contains an Abstract, 4 drawing figures of the design, background of the invention, summary of the invention, description of the preferred embodiments, and all the technical information an engineer would need to assess the design and its feasibility and function.

13. In the Background for the Invention, Black & Decker states: "Commonly in toasters the main carriage for supporting a bread slice (or the like) is capable of being moved downward to a toasting position against a main carriage spring force. ... Normally, the movement towards the toasting position of the main carriage causes main electrical contacts (normally open) to be closed to supply power to the toasting elements. Release of the latching means and normal upward movement of the carriage as a result of the main carriage spring breaks these contacts to discontinue power to the toasting elements.... *Unfortunately, occasions do arise where the main carriage might remain jammed* or held (intentionally or otherwise) in its lowered position where the main power contacts remain closed *resulting in the toasting elements staying in an electrically "live" condition even though a toasting cycle has been completed.* Such jamming may occur as a result of a bread slice (or similar item) of irregular shape becoming wedged in a position inside the toasting compartment so that the main carriage will not move upward even though the electromagnetic force holding the carriage down has been

2

removed. In other circumstances, the carriage itself may become jammed in its lowered position due to a mechanical fault or the like or a person might attempt to override the normal controls by simply physically holding the carriage down. ***Such circumstances can cause many different forms of accidents such as fires as a result of the toasting elements continuing to operate... A further preferred objective of the present invention is to provide a means for preventing continued power supply to the toasting elements upon completion of a toasting cycle regardless of the position of the main carriage.***"

14. The Black & Decker, Inc. Patent Number 5,304,782 describes the exact failure method that led to the toaster fire in the *Ostrinsky* matter here.

15. The Black & Decker, Inc. Patent Number 5,304,782 clearly shows that, prior to 1994, Black & Decker was aware of the problem and fire risk created by a toaster design that allowed the heating elements to remain powered after a toasting cycle if the carriage was jammed or did not pop up.

16. The Black & Decker, Inc. Patent Number 5,304,782 "Summary of the Invention" states: "In this manner, power supply is prevented to the heating element means upon completion of the toasting cycle regardless of the position of the product supporting carriage. Thus the product supporting carriage can be held down jammed by the product being toasted, by other mechanical failure, by intervention by a person or any other extraordinary situation but the ***power supply to the heating element means is immediately discontinued to thereby minimize the risks of fires*** or electrical accidents as discussed above."

17. The Black & Decker, Inc. Patent Number 5,304,782 "Summary of the Invention" further states: "Moreover, with the arrangement as discussed above, it is also possible to include sensing means to sense at least one abnormal condition in the toaster and to deactivate the electromagnetic holding device of said latching means immediately upon said abnormal condition being sensed. The abnormal condition might be, for example, an over temperature condition, ***a flame condition...***"

18. The Black & Decker, Inc. Patent Number 5,304,782 clearly shows that prior to 1994, the technology existed to create a feasible toaster design where the heating elements would be powered off after a toasting cycle independent of the position of the carriage, so that even if the carriage was jammed down, the heating elements would shut off and not heat the food indefinitely to the point of ignition.

19. As discussed below, the alternative design contained in the Black & Decker, Inc. Patent Number 5,304,782 utilizes commonly known and understood engineering principles and component parts that were commonly available prior to 1994.

20. The Black & Decker Patent Number 5,304,782 Description of the Preferred Embodiments states: "The switch 17 supplies power to a sensing device 20 which may be... a flame sensor, an over temperature sensor or any other conditions sensing device, or in fact a combination of any one or more of these devices. The sensing device 20 may also include a normal toasting cycle control (either a timer, color sensor, or any other normal cycle control). The device 20 provides power to an electromagnetic latching device 16 which closes a normally open double pole switch 18 to connect the heating elements 10, 11 to a power supply during a normal toasting cycle. At the end of the normal cycle, the device 20 disconnects power to the electromagnetic device 16 to open the switch 18. Similarly, if the device 20 senses any abnormal condition, power is disconnected from the device 16 to open the switch 18." This description includes a timer, an over temperature device, and an electromagnetically controlled switch otherwise known as a relay. This description, as well as the Figures included within the patent

show the common control devices and function that I described in my report where I stated, "Providing hardware that would have de-energized the heating elements independently of the carriage position was as simple as proving a relay and timer that would open the circuit when it was time to pop up..." Also, in my report I described the use of a thermal cutoff. This is another name for an over temperature device which is also identified by the patent. The design identified in the patent is similar or identical to the design I proposed in my report.

21. It is well known in the electrical, engineering, and scientific communities that an electromagnetic device to open a switch is also known as a relay. "Understanding Basic Electricity and Electronics – Copyright 1982 by TPC Training Systems – 6.91 – A relay is a switch that operates by electricity..." The components identified in my report and those identified in the patent are similar or identical.

22. Further, the Black & Decker Patent Number 5,304,782 goes on to state: "If abnormal conditions are sensed by any sensing device supplied (e.g... fire or flame detector, over temperature device or any other similar device)... power is immediately removed from the heating elements and other relevant conducting parts of the toaster..." This description and the Figures are also similar or identical to the design I proposed in my report.

23. In my report I stated that the hardware I identified was available long before the subject toaster was manufactured. The Black & Decker Patent Number 5,304,782 identifies the hardware and design I proposed and it supports my assertion that the design was feasible prior to the manufacture of the subject toaster.

24. The Underwriters Laboratories 1026 4th Edition Standard for Electric Household Cooking and Food Serving Appliances states: "44.2.5.3.1 ...This operation is to be repeated with the simulated toast load artificially jammed at its normal toasting position in the toaster slot so as to prevent its movement. As a result of this test, the heating elements of an automatic toaster shall de-energize upon completion of the toast cycle. – Added 44.2.5.3.1 effective November 30, 2001". The description and design within the Black & Decker Patent Number 5,304,782 and the similar or identical design in my report meet this requirement within the 4th Edition of UL 1026.

25. If the subject toaster had included the protection circuit described in the Black & Decker 5,304,782 Patent, which is similar or identical to the design I proposed in my report, the heating elements would not have continued to receive power when the toaster failed to pop up. Preventing indefinite heating of the heating elements under these conditions would have resulted in terminating the rise in temperature, prevented combustion, and the Ostrinsky fire would have been prevented.

FURTHER AFFIANT SAYETH NAUGHT.

_____
DARYL L. EBERSOLE, P.E., CFEI

Subscribed to and Sworn
before me this 20th day of February 2016

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Nancy M Helm, Notary Public
City of Lancaster, Lancaster County
My Commission Expires March 28, 2017
MEMBER, PENNSYLVANIA ASSOCIATION OF NOTARIES

4

# Robson Forensic
**THE EXPERTS**

## DARYL L. EBERSOLE, P.E., CFEI
### Electrical Engineer – Industrial, Commercial, Residential

**PROFESSIONAL EXPERIENCE**

| | |
|---|---|
| 2002 to present | **Robson Forensic, Inc.**<br>*Associate*<br>Provide technical investigations, analysis, reports, and testimony for failure analysis, and toward the resolution of commercial and personal injury litigation involving the design, construction, operation and maintenance of electrical systems, equipment and devices. Areas of expertise include: |

- National Electric Code; Class 1, Division 1 and 2, and Class II Division 1 and 2 spaces, explosion proof, lighting, design, operation, electrician, maintenance.
- National Electrical Safety Code; Power distribution, power lines, towers, 69 kV, substations, 3-phase, transformers, grounding, high voltage switches, lightning protection, metering, fully coordinated circuit protection, conduit, wiring, receptacles, power panels, knob and tube.
- Electrical faults, electrical explosions, arc flashes, lightning damage, workplace safety, and electrical safety tools and equipment.
- Industrial control, programmable logic controllers, computer interface design, facility alarm system, lead/lag boiler control, steam flow control, axis speed control systems, communication protocols, high speed processor control, control system console design.
- Software, assembly language, C++, Visual Basic, RSView32, Wonderware, database, machine programming, Allen-Bradely, Automax, Omron, Modicon.
- Printing press operation, ink blending, viscosity control, solvent recovery, roto-gravure printing press, offset printing press, automated cylinder electroplating, automated conveyor systems, robotics, ink tanks, pumps, scales, register systems, color control, paper expansion and shrink control, bindery equipment, trim collection systems.
- HVAC systems, air conditioners, air handling, heat recovery, boiler systems, deaerators, compressed air systems, exhaust systems, centrifugal and absorption systems, thermal oxidizer systems.
- Fire suppression systems, Cardox, FM200, halon, wet and dry sprinkler systems, fire pump.
- Fire detection and alarm systems, UV, smoke detectors, flow switches, pressure switches, pull stations.
- Devices serviced include: motors, drives, circuit boards, batteries, uninterruptible power supplies, emergency generator, power conditioners, isolated ground systems, power monitors, heaters, traffic signals, rectifiers, gas sample analyzers, solenoid valves, combustion engine controls, burner systems, ovens, after burner systems, switches, relays, analog devices, digital devices, tachometers, encoders, decoders, multiplexers, TTL, CMOS, power supplies, crane controls, hydraulics, pneumatics, pumps, fans, electrostatic systems, motor controls, variable frequency drives, DC drives, soft starters, forklifts, material handling equipment.


EXHIBIT 7-1

**Robson Forensic**
THE EXPERTS

DARYL L. EBERSOLE, P.E., CFEI
Electrical Engineer - Industrial, Commercial, Residential

- Switches, limit switches, temperature limits, proximity sensors, fuses, relays, circuit breakers, contacts, contactors, motor starters, motors, drives, power supplies, timers, connectors, splices, strain relief, terminals, terminations, cables, cords, conductors, receptacles, plugs, bus bars.
- Semiconductors, capacitors, M.O.V's (Metal Oxide Varistors), voltage regulators, potentiometers rheostats, thermocouples, RTD's (resistance thermal detectors) strain gages, chips, rectifiers, SCR's (silicon controlled rectifiers), battery chargers.
- Analog transmitters, ultrasonic sensors, inductive sensors, photo-electric devices.
- Appliances serviced include: ranges, dishwashers, water heaters, toasters, refrigerators, televisions, computers.
- Electrocution and electrical shock injuries.
- Electrical causes of fires.
- Video and audio recording equipment, software, and motion analyses.
- Exercise equipment including stair climbers and treadmills.

| | |
|---|---|
| 2002 to present | **Fournier, Robson & Associates, LLC**<br>*Consulting Engineer*<br>Provide designs for power distribution systems, fire alarm systems, emergency power systems and isolated grounding systems. Provide technical analysis and write technical documents. Provide analysis of standards. Provide design of power distribution, circuit breaker, audio system, and control system enclosures. Provide Failure Modes and Effects Analysis (FMEA). |
| 2002 to present | **Ebersole Engineering**, Lancaster, PA<br>*Electrical Engineering*<br>Provide engineering services including printing control systems, automation, industrial controller programming, custom software, automated data collection and reporting, hardware design, facility systems, solar systems, and power distribution. Control systems for electroplating operations. Substation design, boiler lead/lag and compressor lead/lag control, steam flow control, solvent storage level control and pumping systems. Manage recalls and service bulletins. Provide custom digital video recording and editing. Video and audio enhancement.<br><br>Electrical system coordination studies, short circuit analysis studies, steam pressure reducing stations, material handling, electronic drive systems, printing press control systems, Programmable Logic Controllers (PLC's), roll delivery, pollution control systems, regenerative thermal oxidizers(RTO's), Modular Thermal Oxidizers (MTO's), condensers, chillers, liquid flow control, pumps and controls, level, temperature, pressure, and flow sensors, design of communication networks, Ethernet, ControlNet, Profibus, data highway plus, interface devices, analog I/O, deaerators, condensate handling, water storage and transfer, automated crane controls, light curtains, safety guard systems, continuous emission monitoring systems, air compressors, air dryers, solvent meters, steam meters, gas meters, air flow meters, gas concentration |

**Robson Forensic** THE EXPERTS

DARYL L. EBERSOLE, P.E., CFEI
Electrical Engineer – Industrial, Commercial, Residential

analyzers, carbon adsorption systems, cooling towers, HVAC systems, air handlers, roof top units, fire alarm systems, fire suppression systems, cardox systems, $CO_2$ Systems, conveyor systems, trim collection systems, cyclone systems, dust collection systems, cylinder delivery systems, power monitors, power distribution, positioning systems, security cameras, induction loops, touchscreens, Human Machine Interfaces (HMI's), bindery systems, stitcher lines, barcode systems, lighting energy codes and standards, and construction management.

2008 to 2010  **Lancaster County Career and Technology Center**
*Instructor*
Provide training for electricians and electronic technicians in the mechanical and electrical laboratory. Training for the electrical industry including safety, industrial, commercial, and residential.

1995 to 2003  **Quebecor World**, Atglen, PA
*Electrical Engineer, Building and Equipment*
Provide a full range of electrical engineering services for a 500,000 square feet, 400 employee printing facility to include the construction and maintenance of electrical systems. Manage projects and utility contract negotiations. Engineering designs for an $89 million-dollar plant expansion including the addition of a 3.5 meter roto-gravure printing press and two offset printing presses. Various discipline responsibilities including HVAC, plumbing and fire protection. Manage internal and external resources involved in projects and installations. Supervise and coordinate the activities of 4 electronic technicians conducting experiments in the electronics laboratory. High speed scanning systems. Video and audio recording equipment, software, and motion analyses.

1986 to 1995  **R.R. Donnelley & Sons,** Lancaster, PA
*Electrical Projects in the Engineering Department*                         1994-1995
Printing unit addition for special colors on an offset printing press. Automated electro-plating line for cylinder engraving department.

*Electrical Maintenance Shop Coordinator*                         1992-1994
Coordinated 13 maintenance electricians and 3 electronic technicians. Supervised and scheduled these resources for a 24-hour operation. Provided technical support as needed. Estimated costs and suggested enhancements.

*Maintenance Electrician*                         1986-1992
Performed failure analysis, implemented and serviced various electrical devices that use the lowest DC voltage levels to 3-phase systems of AC up to 69 kV. Completed an apprenticeship through textbook study, written examination, and practical experience, and advanced to Journeyman Electrician.

**THE EXPERTS**
# Robson Forensic

## DARYL L. EBERSOLE, P.E., CFEI
### Electrical Engineer – Industrial, Commercial, Residential

| | |
|---|---|
| 1983 to 1986 | **Dart Container Corporation**, Leola, PA<br>*Electro-mechanical maintenance*<br>Specialized maintenance on foam cup automated inspection machines. Electrical and mechanical installations. Chain, sprockets, welding, pipe fitting, servicing, adjustments, lubrication, machine timing, photo-cells, solenoids, valves, contactors, relays, wiring, controls, sheet metal and part fabrication, rebuilding, painting, high voltage static eliminators, vacuum systems, power distribution, and pneumatic systems. |
| 1981 to 1983 | **Conestoga Country Kitchens**, Lancaster, PA<br>*Kitchen Cabinet Installer*<br>Installed kitchen cabinets, bath vanities, counter tops, and vent systems. |

**PROFESSIONAL CREDENTIALS**

Professional Engineer: NCEES, Arizona, California, Colorado, Connecticut, Delaware, District of Columbia, Florida, Georgia, Illinois, Indiana, Iowa, Kansas, Kentucky, Louisiana, Maine, Maryland, Massachusetts, Michigan, Minnesota, Mississippi, Montana, Nevada, New Jersey, New York, North Carolina, Ohio, Oregon, Pennsylvania, Rhode Island, South Carolina, Virginia, West Virginia, Texas, Washington, Wisconsin

Certified Fire and Explosion Investigator (CFEI)

**EDUCATION**

Bachelor of Science in Electrical Engineering, Drexel University, 1997

*Continuing Education:*
PDHEngineer.com - Professional Ethics for Florida Engineers (Renewal Cycle 2015 - 2017), January 2017
PDHEngineer.com - Laws and Rules for Florida Engineers (Renewal Cycle 2015 - 2017), January 2017
PDHOnline.org - Fluid Power (Part 1) - Hydraulic Power Units, October 2016
PDHOnline.org - Fluid Power (Part 1) - Hydraulic Principles, October 2016
PDHOnline.org - OSHA Fatal Facts: Fatalities Caused by Improper Work Practices, September 2016
CED Enginnering - Engineering Ethics for Maryland Professional Engineers (2016), August 2016
CED Engineering - Engineering Ethics for Maryland Professional Engineers (Revised August 2014), March 2016
CED Engineering - Engineering Laws, Rules, and Ethics for Indiana PE's (Revised January, 2016), March 2016
PSPE - Collaborative Robots, July 2015

**THE EXPERTS**
# Robson Forensic

## DARYL L. EBERSOLE, P.E., CFEI
### Electrical Engineer - Industrial, Commercial, Residential

PSPE - Advances in Metrology, July 2015
PSPE - Robot Tooling Design, July 2015
PDHOnline.org - Electric Vehicles, April 2015
PDHOnline.org - Overview of Electrical Engineering for School Design, April 2015
PDHOnline.org - New York Board Laws and Rules, March 2015
PDHOnline.org - 2014 National Electrical Code (Live Webinar), February 2015
PDHOnline.org - FEMA's Flood Maps (FIRM) Understanding and Utilizing This Resource (Live Webinar), January 2015
CED Engineering – OSHA Fatal Facts: Fatalities Caused by Improper Work Practices, January 2015
PDHOnline.org – Modern Closed Circuit TV Design (Live Webinar), January 2015
CED Engineering – Florida Laws and Rules for Professional Engineers, (3/1/2013-2/28/15), December, 2014
NSPE – Public Safety - Ethics - Engineer's Duty to Report, October 2014
NSPE – Evolving Professional Risks: Construction Delivery Methodologies,...and Other Real and Potential Risks, September 2014
NSPE – Cost Control, September 2014
NSPE – Communicating Clearly, September 2014
CED Engineering – Engineering Ethics for Maryland Professional Engineers, (Revised August 2014), August 2014
CED Engineering – Engineering Laws, Rules, and Ethics for Indiana PE's (Revised December 2012), May 2014
IAEI – Electrical Calculations 101, April 2014
NSPE – Contractual Indemnity and Other Poison Pills, April 2014
NSPE – Ethics – Engineering Expert Witness and Engineering Review Issues, April 2014
NSPE – Ethics – Business Employment and Licensure Issues, April 2014
NSPE – Engineering Ethics – A Conversation About Conflicts of Interest Issues, April 2014
PSPE – Forensic Engineering: Analyzing Accidents, Legal Implications, But Above All – Public Safety, February 2014
CED Engineering – Americans with Disabilities Act (ADA) Overview, July 2013
CED Engineering – Common ADA Errors in Facility Design, July 2013
CED Engineering – ADA Design of Lodging Facilities, July 2013
NSPE – Key Federal Contracting Laws That Everyone Must Know, June 2013
NSPE – How to Conduct Effective Meetings, June 2013
NSPE – Information Technology Solutions for AEC Professionals, June 2013
NSPE – Got BIM? It's Not Just About 3D Models, June 2013
NSPE – Harnessing the Power of Change, June 2013
NSPE – Ethics Forum: Conflicts of Interest: Will Proposed Federal Rules Impact Engineering Practice, June 2013
NSPE – EJCDC Construction Contracts: Key Clauses and New Approaches, June 2013
Photovoltaic System Design for Commercial and Residential Buildings, January 2013
NSPE – The Fundamentals of Finance and Accounting for Engineers, December 2012

**Robson Forensic** — THE EXPERTS

## DARYL L. EBERSOLE, P.E., CFEI
### Electrical Engineer - Industrial, Commercial, Residential

- NSPE – Health, Safety, and Welfare: The Social Responsibility of Construction Quality Assurance, December 2012
- NSPE – Ethics Forum: Staying True to Client Expectations, October 2012
- PDH Enterprises – Changes to the 2011 National Electrical Code, September 2012
- PDH Enterprises – Florida Laws and Rules Course 2011 – 2013, September 2012
- NSPE – Engineers as Skilled Communicators, June 2012
- NSPE – Engineering Ethics: What Do Millennials, GenXers and Boomers Think?, June 2012
- NSPE – Business Development: How to Succeed in the New Economy, June 2012
- NSPE – BIM Legal – 2010: Challenges and Opportunities in the Use of Building Information Modeling in Project Delivery, June 2012
- NSPE – Being Right or Being Effective Can Make or Break Your Engineering Career, June 2012
- NSPE – Avoiding the Pitfalls of Green Building, June 2012
- National Fire, Arson, & Explosion Investigation Training Program, NAFI, 2012
- CED – Engineering – Introduction to Solid State Semiconductors, August 2011
- NSPE – Winning QBS Strategies for Powerful Project Interviews, July 2011NSPE – A Sustainable Approach to Planning and Design, July 2011
- NSPE – Solving the Risks in Green Design, July 2011
- NSPE – Qualification Based Selection Process Under Attack, July 2011
- NSPE – The New Ethics and Compliance Rules for Contractors, July 2011
- Penn State York, Advanced Induction Motor Principles, July 2011
- NSPE – Negotiation for Success, July 2011
- NSPE – How to Start Your Own Engineering Firm, July 2011
- NSPE – Ethics Forum – Access to Client Information, July 2011
- NSPE – Ethical Engineering Concepts and Challenges, July 2011
- NSPE – Engineering Leadership – What, Why and How, July 2011
- NSPE – Comparing Contract Documents, July 2011
- NSPE – Duty to Report, July 2011
- NSPE – Communicating Technical Ideas Persuasively, July 2011
- NSPE – Advanced Robotics, July 2011
- PSPE – Robotic Applications, July 2011
- PSPE – Introduction to Robotics, July 2011
- NSPE – Ethics Forum - Ethical Engineering and Fair Trade - Ethics of Agreements, January 2011
- NSPE – Ethics Forum - Ethical Engineering and Fair Trade - Employment Practices, October 2010
- PSPE – The Integrated Design Process, September, 2010
- Lancaster County Industrial Safety Council, Electrical Safety
- Millersville University, Digital Electronics, Linear Electronics
- Stevens Trade School, Transistors
- Harrisburg Area Community College, Access 97
- Rockwell, DC Drive Training
- Rockwell, Vector Control AC Drive
- Rockwell, Automax Network

**Robson Forensic** THE EXPERTS

## DARYL L. EBERSOLE, P.E., CFEI
### Electrical Engineer – Industrial, Commercial, Residential

Wonderware, In-Touch Comprehensive
Yesco, Visual Basic
Lancaster County Industrial Safety Council, NFPA 70E

### PROFESSIONAL MEMBERSHIPS

National Association of Fire Investigators
National Fire Protection Association (NFPA)
National Society of Professional Engineers
Pennsylvania Society of Professional Engineers
Lincoln Chapter of Professional Engineers
Institute of Electrical and Electronics Engineers
Underwriters Laboratories (UL) Standards Technical Panel for Wire Connectors, UL 486A-G
Underwriters Laboratories (UL) Standards Technical Panel 1977 for Data, Signal, Control and Power Connectors
Pennsylvania Association of Arson Investigators (PAAI) – Associate Member

### PRESENTATIONS

HVAC Equipment and Electrical Investigation for the Pennsylvania Association of Arson Investigators (PAAI), January 2008
OSHA Training Course, April 2006
Engineering Course, May 2002, 2004, 2006
Fire/Explosion Origin and Cause Investigation Course, July 2006

### VOLUNTEER ACTIVITIES

Board of Directors Member – Neighborhood Services, 2012-2016
Neighborhood Services is a non-profit United Way agency. Board of Director Membership is a volunteer position. Jointly with other board members direct and manage staff activities and staff levels including operations and financial group.
Projectionist – Song Show Plus Software

Case: 1:15-cv-01545 Document #: 61-7 Filed: 02/21/17 Page 12 of 19 PageID #:1631

US005304782A

# United States Patent [19]

## McNair et al.

[11] Patent Number: 5,304,782
[45] Date of Patent: Apr. 19, 1994

[54] **PROTECTION CIRCUIT FOR ELECTRIC TOASTER**

[75] Inventors: John D. McNair, Olinda; Alk P. Cheah, Clayton South, both of Australia

[73] Assignee: Black & Decker Inc., Newark, Del.

[21] Appl. No.: 26,959

[22] Filed: Mar. 5, 1993

[30] **Foreign Application Priority Data**

Mar. 6, 1992 [AU] Australia .............................. PL1236

[51] Int. Cl.$^5$ .............................................. H05B 1/02
[52] U.S. Cl. .................................. 219/518; 219/491; 219/493; 219/519; 219/497; 99/329 R
[58] Field of Search ............... 219/491, 493, 494, 492, 219/497, 501, 505, 508, 509, 511; 99/329 R, 329 P, 329 RT

[56] **References Cited**

**U.S. PATENT DOCUMENTS**

| | | | |
|---|---|---|---|
| 4,092,520 | 5/1978 | Holmes et al. | 219/504 |
| 4,188,865 | 2/1980 | Bjarsch . | |
| 4,395,621 | 7/1983 | Parker | 219/492 |
| 4,687,906 | 8/1987 | Fujishima et al. | 219/364 |
| 4,755,656 | 7/1988 | Charlesworth et al. | 219/492 |

**FOREIGN PATENT DOCUMENTS**

| | | |
|---|---|---|
| 1400429 | 7/1975 | United Kingdom . |
| 1573012 | 8/1980 | United Kingdom . |

*Primary Examiner*—Mark H. Paschall
*Attorney, Agent, or Firm*—Barry E. Deutsch

[57] **ABSTRACT**

An electric toaster that enables power to be disconnected from the heating elements upon completion of a toasting cycle regardless of the position of the main product supporting the carriage in the toasting compartment. The toaster has an electromagnetic latch and an auxiliary member carried by the main carriage which is movable relative to the main carriage. The auxiliary member is urged by biasing member to move in a direction away from the electromagnetic latch but able to be held thereby when the latch is activated. The auxiliary member also is arranged to close main power supply contacts to supply power to the heating elements when the auxiliary member is held by the latch, but to open said main supply contacts when the auxiliary member moves away from the latching means under action of the biasing member. The toaster may also include a sensor to sense abnormal conditions in the toaster to disconnect power from the heating elements when such abnormal conditions occur.

**16 Claims, 3 Drawing Sheets**







FIG. 1



FIG. 2



FIG.3



FIG. 4



# PROTECTION CIRCUIT FOR ELECTRIC TOASTER

## BACKGROUND OF THE INVENTION

The present invention relates to protection devices for preventing electric shocks by misuse of domestic appliances used in the home and more particularly to such devices used in electric toasters.

It is well recognized that if certain electric appliances are misused, electric shocks can result with the possibility of injuries. One typical situation of this type is where a person uses a metal (conductive) object such as a knife or fork to try to remove an object being toasted in a toaster that may have become jammed or wedged in the toaster while the toaster remains actively connected to a power source. While this danger is well recognized, unfortunately it still happens that injuries do occur by such misuse of toasters and other appliances.

Commonly in toasters the main carriage for supporting a bread slice (or the like) is capable of being moved downward to a toasting position against a main carriage spring force. The carriage is latched by some means in the toasting position for a desired toasting cycle whereupon, in normal cycle, the latching means releases the main carriage and the toasted product is carried upwardly under action of the main carriage spring. Normally, the movement towards the toasting position of the main carriage causes main electrical contacts (normally open) to be closed to supply power to the toasting elements. Release of the latching means and normal upward movement of the carriage as a result of the main carriage spring breaks these contacts to discontinue power to the toasting elements. The latching means might be some form of mechanical latching but such arrangements are not preferred in that they may remain latched if a general power failure occurs. Generally a more preferred form of latching is to use an electromagnet to retain the main carriage in the down or toasting position. In these arrangements, the carriage trips the main power contacts closed on its downward movement to supply power to the electromagnet and to the elements simultaneously with the power supply to the electromagnet and to the elements simultaneously with the power supply to the electromagnet being thereafter controlled by a suitable control means (e.g. a simple timer or a color control (brownness device) to control the toasting cycle length. At the end of the cycle, power is removed from the electromagnet and the main carriage is released upwardly thereby also breaking the main power supply contacts. The foregoing of course describes "normal" operation of toasters. Unfortunately, occasions do arise where the main carriage might remain jammed or held (intentionally or otherwise) in its lowered position where the main power contacts remain closed resulting in the toasting elements staying in an electrically "live" condition even though a toasting cycle has been completed. Such jamming may occur as a result of a bread slice (or similar item) of irregular shape becoming wedged in a position inside the toasting compartment so that the main carriage will not move upward even though the electromagnetic force holding the carriage down has been removed. In other circumstances the carriage itself may become jammed in its lower position due to a mechanical fault or the like or a person might attempt to override the normal controls by simply physically holding the carriage down. Such circumstances can cause many different forms of accidents such as fires as a result of the toasting elements continuing to operate, or if an unthinking person attempts in the heat of the moment, to unblock a jam by inserting into the toasting compartment a conducting element such as a metal knife, fork or the like, that person immediately is at risk of injury. The same risk of course exists during normal operation of a toaster if a young child (or any other person without the requisite knowledge or mental capacity) inserts a conducting element into the toasting compartment while the toasting elements remain live.

The object therefore of the present invention is to provide a toaster control arrangement which will minimize the effect of electric shocks resulting from toaster misuse of the type discussed in the foregoing or will minimize the effect of other abnormal events with use of a toaster. A further preferred objective of the present invention is to provide a means for preventing continued power supply to the toasting elements upon completion of a toasting cycle regardless of the position of the main carriage.

## SUMMARY OF THE INVENTION

Accordingly, the present invention provides an electric toaster comprising a toasting compartment, electrically operated heating element, means adapted to direct heat to said toasting compartment when activated, electric power supply means adapted to provide electric power to said heating element means during a toasting cycle, product supporting carriage means adapted to move a product to be toasted into said toasting compartment, latching means to retain said carriage means in a toasting position during said toasting cycle, said carriage means including an auxiliary member carried thereby, said auxiliary member being adapted to activate switch means in said electric power supply means to close said switch means upon moving in a first direction and to open said switch means upon moving in a second direction, and sensor means adapted to detect any abnormal condition in said toasting compartment or said heating element means and in response thereto move said auxiliary member in said second direction to open said switch means.

Conveniently, the auxiliary member is arranged for movement relative to said carriage means and movement in said second direction relative to said carriage means is achieved by biasing means such as a spring element or the like. In one preferred arrangement the sensor means is adapted to detect any abnormal current leakage from the heating element means. Thus, if any abnormal current leakage path is established from either or both toasting elements, such as via insertion of a metal tool (e.g. knife or fork) into the toasting compartment, this will be sensed by the sensor means and power will be immediately withdrawn from the toasting elements by movement of the auxiliary member in said second direction to open the switch means.

In accordance with a second aspect, the present invention also provides an electric toaster comprising a toasting compartment, electrically operated heating means adapted to direct heat to said toasting compartment when activated, electric power supply means adapted to provide electric power to said heating element means during a toasting cycle, product supporting carriage means adapted to move a product to be toasted into said toasting compartment, latching means to retain said carriage means in a toasting position during said

toasting cycle, said carriage means including an auxiliary member carried thereby in a manner permitting movement relative to said carriage means, said auxiliary member being adapted to activate switch means in said electric power supply means to close said switch means upon moving in a first direction and to open said switch means upon moving in a second direction, and biasing means adapted to urge said auxiliary member in said second direction.

Conveniently, the latching means includes an electromagnetic holding device which is adapted to hold said auxiliary member against force applied by said biasing means when said electromagnetic holding device is activated. Upon completion of said toasting cycle, the electromagnetic holding device is deactivated and releases said auxiliary member to thereby open the switch means in said electric power supply means. In this manner, power supply is prevented to the heating element means upon completion of the toasting cycle regardless of the position of the product supporting carriage. Thus the product supporting carriage can be held down jammed by the product being toasted, by other mechanical failure, by intervention by a person or any other extraordinary situation but the power supply to the heating element means is immediately discontinued to thereby minimize the risks of fires or electrical accidents as discussed above Moreover, with an arrangement as discussed above, it is also possible to include sensing means to sense at least one abnormal condition in the toaster and to deactivate the electromagnetic holding device of said latching means immediately upon said abnormal condition being sensed. The abnormal condition might be, for example, an over temperature condition, a flame condition or a condition indicative of an abnormal current leakage from the heating element means such as might occur with insertion and contact of a conducting utensil with the heating element means while the heating element means remain electrically live.

Such abnormal current leakage may be sensed by a Residual Current Device (RCD) that is arranged to sense an imbalance of currents in the active and neutral wires of the electric circuit leads supplying power to the heating element means. An earth leakage circuit breaker device could also be used but is less preferred as some earth leakage current may exist in the earth wire which is not necessarily caused by "abnormal" conditions. More particularly, it is possible for a current path to be established through a person and not through the earth wire when a person contacts the element or other conductive part of the toaster. Devices of the aforementioned kind are known in the art and will not be further described hereinafter.

Advantageously, a stop means is provided preventing the main carriage from being lowered to a position whereby the carriage itself could restrict upward movement of the auxiliary member upon deactivation of the latch means. Conveniently movement of the carriage in a downward direction also activates auxiliary switch means of any desired configuration to connect the electromagnetic holding device to power prior to the auxiliary member contacting same.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a schematic circuit diagram of a toaster configured according to a preferred embodiment of one aspect of the present invention;

FIG. 2 is a schematic circuit diagram of a toaster configured according to a second preferred embodiment;

FIG. 3 is a schematic circuit diagram of a toaster configured according to a third preferred embodiment; and

FIG. 4 is a schematic illustration of a form of construction embodying features illustrated in FIG. 3.

DESCRIPTION OF THE PREFERRED EMBODIMENTS

Referring to FIG. 1 of the drawings, a toaster circuit diagram is illustrated schematically. The toaster may include heating elements 10,11 on either side of a toasting compartment 13, with the elements 10, 11 being arranged electrically in series. It will of course be appreciated that the present invention is also applicable to parallel circuit type toasters. A product supporting carriage (not shown) is provided (as is conventional with many toasters) to support a slice of bread or other product to be toasted as the product is lowered to a toasting position between the elements 10, 11. A first double pole switch 12 is provided as a main power supply switch to provide power to the elements 10, 11. The switch 12 is operated by an electromagnetic latching device 14 but any other latching mechanism could be used. The switch 12 is normally open but i tripped closed by movement of the product carriage to the toasting position and is thereafter held closed by the electromagnetic latching device 14 for a desired toasting cycle. A residual current sensing device 15 (of any desired configuration) is provided to sense an imbalance of current in the active and neutral wires to the heating elements 10, 11. The sensing device 15 delivers a signal to an electromagnetic device 16 which is activated to open a second double pole switch 18 if an abnormal condition is sensed. Thus if the product carriage is maintaining the first double pole switch 12 closed and an abnormal current leakage occurs (e.g. by a person inserting a conducting element into the toasting compartment and contacting an electrically live circuit part), the device 15 senses this and through the latching device 16, opens the switch means 18.

FIG. 2 illustrates a further preferred embodiment where an auxiliary switch 17 is closed or opened by downward or upward movement respectively of the product supporting carriage 19. The switch 17 supplies power to a sensing device 20 which may be an RCD sensor, a flame sensor, an over temperature sensor or any other condition sensing device, or in fact a combination of any one or more of these devices. The sensing device 20 may also include a normal toasting cycle control (either a timer, color sensor, or any other normal cycle control) The device 20 provides power to an electromagnetic latching device 16 which closes a normally open double pole switch 18 to connect the heating elements 10, 11 to a power supply during a normal toasting cycle. At the end of the normal cycle, the device 20 disconnects power to the electromagnetic device 16 to open the switch 18. Similarly, if the device 20 senses any abnormal condition, power is disconnected from the device 16 to open the switch 18. The device 20 also provides power (only during a normal toasting cycle) to an electromagnetic latch 21 to hold the carriage 19 down in the toasting position. Once the normal toasting cycle is completed (either by timing, color sensing control of the product toasted or otherwise), power is removed from the latch 21 to allow the car-

riage to move upwardly to also open the auxiliary switch 17.

FIGS. 3 and 4 illustrate a still further preferred embodiment where FIG. 3 comprises a schematic circuit diagram and FIG. 4 illustrates schematically one physical embodiment. The main product supporting carriage 30 is conveniently supported at at least one end 31 for movement in a generally vertical direction from an elevated product (to be toasted) receiving position illustrated at 32 to a lowered toasting position illustrated at 33. The carriage naturally would include a product support arm (not shown) which would position the product, in the toasting position, in the toasting compartment 13 to receive heat from heating elements 10, 11 (not shown in FIG. 4). Typically the toaster might be a conventional arrangement with the product to be toasted being introduced through an upper slot providing access to the toasting compartment 13 with a heating element 10, 11 of any desired type on either side of the vertically arranged toasting compartment. Naturally, other toaster configurations embodying the present invention, could also be used.

A main carriage spring 34 acts between the carriage 30 and a chassis of the toaster tending to urge the carriage towards the elevated position 32. An auxiliary member 35 is carried by the carriage 30 having a lower part 36 adapted to be drawn to and retained by an electromagnetic latching device 37 located adjacent the lowered position 33. The member 35 conveniently includes a central slot 38 sliding on and retained by a pin 39 fixed to the carriage 30. Naturally any other suitable form of lost motion mechanism could be employed to retain the member 35 for bodily movement with the carriage 30 but permitting the member 35 to move vertically relative to the carriage 30 within defined limits (defined by the length of the slot 38 in the illustrated embodiment). The auxiliary member 35 is urged by spring means 40 in an upward direction and as shown in the position 32, is at its uppermost position relative to the carriage 30. The auxiliary member 35 also carries contacts 41 adapted to open or close a main power supply switch 42 to provide power (when closed) to the heating elements (not shown).

An auxiliary switch means 43 is illustrated, the contacts of which are normally open, but which are closed by contact with the carriage 30 when it has been moved to, or closely adjacent to, its lower position illustrated at 33. When the auxiliary switch means 43 is closed power is supplied to the printed circuit board 46 which may include a number of control features discussed below, but which also supplies power to the electromagnetic latch device 37 to activate same which attracts and hold auxiliary member 35 thereto. In moving to this held position, the contacts 41 also move to close the power supply switch means 42 to supply power to the heating elements. A physical stop means 45 is provided to limit the downward travel of the carriage 30 so that it does not normally move to a position whereby it can obstruct sufficient upward movement of the member 35 upon the electromagnetic latch being deactivated.

The printed circuit board (PCB) 46 would normally include suitable control elements to control the toasting cycle during normal operation such as timers or color control systems. Moreover other safety control elements could be utilized such as fire detectors which would deactivate the electromagnetic latch upon a predetermined fault condition being sensed. Naturally the PCB 46 will include a sensing device to sense any abnormal current leakage from the heating element conductors and to immediately deactivate the latching means 37 upon such a condition being detected. The sensing means is preferably a residual current device (RCD) 44 as previously discussed. Rather than using a printed circuit board, separate devices might be employed as described above.

In operation, when a product to be toasted (such as a bread slice) is placed onto the support carriage 30, the carriage is moved manually from the upper position 32 to the lowered position 33 against the spring 34. At position 33, the stop 45 has been engaged and further downward carriage movement is prevented. The auxiliary switch 43 has also been closed supplying power to the electromagnetic latch 37 and the auxiliary member 35 is drawn thereby down thereon to be held in this position with the pin 19 substantially at the upper end of the slot 38. Thus the carriage 30 and the member 35 are held in this position for as long as the latching device is activated. During this downward movement of the auxiliary member 35, the contacts 41 close the power supply switch 42. Conveniently this closing occurs before the member 35 is engaged on the latching device 37.

In normal operation, when the toasting cycle is completed, power is removed from the latching device and the member 35 moves upwardly (to the position shown at 32) relative to the carriage 30 and the carriage 30 also moves upwardly under action of the spring 34. With the member 35 moving upwardly, power is removed from the heating elements 10, 11 by opening the main power supply switch 42. If abnormal conditions are sensed by any sensing device supplied (e.g. an RCD device 44, fire or flame detector, over temperature device or any other similar device), then again power is removed from the latching device 37 and power is immediately removed from the heating elements and other relevant conducting parts of the toaster. Moreover, because the auxiliary member 35 is locatable in a position where it cannot become occasionally jammed by the product being toasted, immediately upon completion of a toasting cycle, the member 35 is released by the device 37 and moves upwardly to open the contacts 42 and discontinue power to the elements 10, 11.

While preferred embodiments of the invention have been described and illustrated, the invention should not be otherwise embodied within the scope of the following claims:

What is claimed is:

1. An electric toaster comprising a toasting compartment, electrically operated heating element means adapted to direct heat to said toasting compartment when activated, electric power supply means including switch means adapted to provide power to said heating element means during a toasting cycle, product supporting carriage means adapted to move a product to be toasted into said toasting compartment, latching means to retain said carriage means in a toasting position during said toasting cycle, said carriage means including an auxiliary member carried thereby, said auxiliary member being adapted to activate said switch means to close said switch means upon moving in a first direction and to open said switch means upon moving in a second direction, and sensor means adapted to detect any abnormal condition during said toasting cycle in response thereto move said auxiliary member in said second direction to open said switch means.

5,304,782

7

2. An electric toaster according to claim 1, wherein said sensor means is adapted to detect an over temperature condition in said toasting compartment.

3. An electric toaster according to claim 1, wherein the sensor means is a device for detecting an imbalance of currents in active and neutral wires of the electric power supply means indicative of an abnormal current leakage from said heating element means.

4. An electric toaster according to claim 3, wherein the auxiliary member is arranged for movement relative to said carriage means.

5. An electric toaster according to claim 4, wherein biasing means is provided to normally urge said auxiliary member in said second direction.

6. An electric toaster according to claim 5, wherein said carriage means moves in said first direction when a product to be toasted is moved into said toasting compartment.

7. An electric toaster according to claim 1, wherein the auxiliary member is arranged for movement relative to said carriage means.

8. An electric toaster according to claim 1 wherein said sensor means is adapted to detect a flame condition in said toasting compartment.

9. An electric toaster according to claim 1 wherein said sensor means is adapted to detect an abnormal current leakage from the heating element means.

10. An electric toaster comprising a toasting compartment, electrically operated heating means adapted to direct heat to said toasting compartment when activated, electric power supply means including switch means adapted to provide electric power to said heating element means during a toasting cycle, product supporting carriage means adapted to move a product to be toasted into said toasting compartment, latching means to retain said carriage means in a toasting position during said toasting cycle, said carriage means including an

8

auxiliary member carried thereby in a manner permitting movement relative to said carriage means, said auxiliary member being adapted to activate said switch means to close said switch means upon moving in a first direction and to open said switch means upon moving in a second direction, and biasing means adapted to urge said auxiliary member in said second direction.

11. An electric toaster according to claim 10, wherein said carriage means moves in said first direction when moving a product to be toasted into said toasting compartment.

12. An electric toaster according to claim 11, wherein said latching means includes an electromagnetic holding device adapted to hold said auxiliary member against force applied by said biasing means when said electromagnetic holding device is activated.

13. An electric toaster according to claim 12, wherein stop means is provided preventing the carriage means from being lowered into said toasting compartment beyond a position whereby the carriage means itself would restrict upward movement of the auxiliary member in said second direction upon deactivation of said latch means.

14. An electric toaster according to claim 13, further including auxiliary switch means to connect the electromagnetic holding device to said power supply prior to the auxiliary member contacting the latching means.

15. An electric toaster according to claim 10, wherein said latching means includes an electromagnetic holding device adapted to hold said auxiliary member against force applied by said biasing means when said electromagnetic holding device is activated.

16. An electric toaster according to claim 12, further including auxiliary switch means to connect the electromagnetic holding device to said power supply prior to the auxiliary member contacting the latching means.

* * * * *